**JOHN R. REMIS, JR., #4593**
P. O. Box 38112
Honolulu, Hawai'i  96837
Telephone: (808) 524-4343
Facsimile: (808) 524-5505
E-Mail: JRRHNL@aol.com

**ROBERT D. EHELER, Jr., #5786**
Pauahi Tower at Bishop Square
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i  96813
Telephone:  (808) 531-9957
E-Mail: rdelawoffice@gmail.com

Attorneys for Defendants
ABNER GAURINO, AURORA GAURINO,
and ABIGAIL GAURINO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ATOOI ALOHA, LLC, a Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>ABNER GAURINO, AURORA GAURINO, ABIGAIL GAURINO, INVESTORS FUNDING CORPORATION, as Trustee for an | CIVIL NO. 16-00347 JMS RLP<br><br>**CERTIFICATE OF SERVICE**<br><br>**[Re: Defendants Abner Gaurino, Aurora Gaurino and Abigail Gaurinos' Notice of Taking Depositions Upon Oral Examination]**<br><br><br>*(Caption continued on next page)* |

| | |
|---|---|
| unrecorded Loan Participation Agreement dated June 30, 2014, APT-320,LLC, a Hawai'i Limited Liability Company, CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROV/ OF HAV/AII and DOES 1-100 Inclusive,<br>                    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Gaurino Defendants' Notice of Taking Depositions Upon Oral Examination to Plaintiffs, Millicent Andrade and Craig B. Stanley, for examination on August 30, 2017 and August 31, 2017, respectfully, was duly hand delivered or sent by first class mail, postage prepaid, to the following party(ies):

TO:

| | |
|---|---|
| **DENNIS V. CHONG KEE, ESQ.**<br>**W. KEONI SHULTZ, ESQ.**<br>**CHRISTOPHER T. GOODIN, ESQ.**<br>Cades Schutte Building<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawai'i  96813 | **LAWRENE C. ECOFF, ESQ.**<br>**ALBERTO J. CAMPAIN, ESQ.**<br>**GINNI G. KIM, ESQ.**<br>280 South Beverly Drive, Suite 504<br>Beverly Hills, CA  90212 |
| Attorneys for Plaintiffs | Attorneys Pro Hac Vice for Plaintiffs |

**CHARLES A. PRICE, ESQ.**
707 Richards Street, Ste. 610
Honolulu, Hawaiʻi 96813

Attorney for Defendant
APT-320, LLC

**WILLIAM J. PLUM, ESQ.**
P. O. Box 3503
Honolulu, Hawaiʻi 96811

Attorney for Defendant
APT-320, LLC

**WAYNE NASSER, ESQ.**
First Hawaiian Center, Suite 1400
999 Bishop Street
PO Box 131
Honolulu, Hawaiʻi 96810

Attorney for Defendants
Fidelity National Tile & Escrow of Hawaiʻi and Rommel Guzman

**CRISTETA C. OWAN**
3714 Nawiliwili Rd.
Līhuʻe, Hawaiʻi 96766

Defendant Pro Se

    Dated: Honolulu, Hawaiʻi, August 9, 2017.

                       /S/ ROBERT D. EHELER, JR.
                       JOHN R. REMIS, JR.
                       ROBERT D. EHELER, JR.
                       Attorneys for Gaurino Defendants