ORIGINAL

Cristeta C. Owan
3714 Nawiliwili Rd.
Lihue, HI 96766
Tel: (808) 651-9727
Fax: (808)245-7783
Email: cristetao1@yahoo.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 15 2017

at __11__ o'clock and __11__ min. __A__M.
SUE BEITIA, CLERK

Defendant, Pro Se

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, A Nevada Limited Liability Company, CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually, MILLICENT ANDRADE, individually,<br><br>       Plaintiffs,<br>         vs.<br><br>ABNER GUARINO, AURORA GUARINO, INVESTOR FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawai'i limited liability company, CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I and Does 1-100 Inclusive,<br><br>       Defendants. | CIVIL NO. 16-00347 JMS RLP<br><br>DEFENDANT, CROSS-CLAIM DEFENDANT CRISTETA C. OWAN'S SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE |

SCHEDULING CONFERENCE STATEMENT OF
DEFENDANT, CROSS-CLAIM DEFENDANT CRISTETA C. OWAN.

Pursuant to L.R. 16.2(b), of the Rules of the United States District Court for the District of Hawaii, Defendant, Cross-Claim Defendant Cristeta C. Owan ("Cristeta"), hereby submits the following Scheduling Conference Statement:

## 1. STATEMENT OF THE CASE AND JURISDICTION

On May 8,2017, Plaintiff Millicent Andrade ("Plaintiff") filed her First Amended Complaint against Defendant Cristeta claiming that Cristeta induced Plaintiff Millie to invest in a company called Better Life Global Marketing ("BLGM") which was introduced to Plaintiff by Defendants Abner and Aurora Guarino ("Abner & Aurora")and not Cristeta.

Cristeta filed her Answer to the First Amended Complaint on July 10, 2017.

Jury trial has been demanded by Plaintiff.

## 2. STATEMENT CLAIMS AND DEFENSES

Plaintiff Millicent Andrade ("Millie") appears to claim that Cristeta induced Millie to invest in a company called Better Living Global Marketing ("BLGM"). Cristeta contends that Plaintiff should be barred from maintaining this action against Cristeta because Plaintiff knowingly and voluntarily chose to personally enroll as a member of BLGM on behalf of herself and her fiancé or boyfriend, Plaintiff Craig B. Stanley. Cristeta did not induce Millie to invest into BLGM. Cristeta simply allowed Defendants, Abner & Aurora Gaurino to use her office to make presentations for persons interested in joining BLGM.

Cristeta has not had any business or legal relationship with the Guarino Defendants except as another member of BLGM who also lost considerable sums of money to the BLGM scam. Cristeta also contends that Plaintiff cannot maintain an action against Cristeta because no conduct of Cristeta was a legal cause of any other injury or damage sustained by Plaintiff.

### 3. SUMMARY OF PROCEEDINGS

On May 8,2017, Plaintiff filed her First Amended Complaint against Cristeta. Cristeta filed her Answer to the First Amended Complaint on July 10, 2017.

On June 5, 2017, Defendants ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I filed a Cross-Claim against Cristeta in connection with a transaction or transactions with Plaintiff of which Cristeta had/has no personal knowledge or involvement. Thus, Cristeta became a Cross-Claim Defendant. Cristeta contends that Defendants ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I should not be allowed to maintain their Cross-Claim against Cristeta as Cristeta had/has absolutely no personal knowledge or involvement in any transaction(s) related to the claims being made.

### 4. STATUS OF DISCOVERY

From what Cristeta now knows discovery request(s) was/were made by Defendant APT-320, LLC, a Hawai'i limited liability company which Plaintiff has failed to answer or produce to date.

Thus, Discovery  is not completed and Cristeta suspects that this Discovery will spawn more discovery by other parties in the case.

### 5. STATEMENT OF PARTY'S POSITION ON SETTLEMENT

Cristeta's position on settlement is that insofar as she contends she was /is not even a proper party in this matter there is nothing for her to settle except her being dismissed from this case.

Cristeta has no idea whether there is any likelihood that the other parties will enter into a settlement agreement of the entire matter prior to any scheduled trial date.

DATED: Lihue, Kauai, Hawaii, _____August 11, 2017_____

_____

CRISTETA C. OWAN
Defendant, Cross-Claim Defendant,
Pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, A Nevada Limited Liability Company, CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually, MILLICENT ANDRADE, individually,<br><br>          Plaintiffs,<br>          vs.<br><br>ABNER GUARINO, AURORA GUARINO, INVESTOR FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawai'i limited liability company, CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I and Does 1-100 Inclusive,<br><br>          Defendants. | CIVIL NO. 16-00347 JMS RLP<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing will be served on the following parties by United States mail, postage prepaid to the following address:

John R. Remis, Jr. Esq.
P.O. Box 38112
Honolulu, HI 96837
jrrhnl@aol.com

Robert D. Eheler, Jr.
1188 Bishop st. Ste 1504
Honolulu, HI 96813

Attorneys for Gaurino Defendants


Charles A. Price
Koshiba Price & Cruebner
Puahi Tower
707 Richards St., ste 610
Honolulu, HI 96813

William J. Plum
The Plum Law Office ALC
1003 Bishop bishop St. Ste 1240
Honolulu, HI 96813

Attorneys for Apt 320 LLC and
Investors Funding Corporation


Dennis W. Chong Kee, Esq.
Cades Schutte LLP
Cades Schutte Bldg
1000 Bishop St. 12th Flr
Honolulu, HI 96813

Lead Attorney for Plaintiff


Wayne P. Nasser Esq.
First Hawaiian Center, Suite 1400
999 Bishop Street
P O Box 131
Honolulu, HI 96810

Attorney for Fidelity National Title & Escrow of Hawaii
and Rommel Guzman

DATED:   Lihue, Kauai, Hawaii   _August 11, 2017_

_____
CRISTETA OWAN
Defendant-Cross-Defendant, Pro Se

U.S. MAIL

7