CADES SCHUTTE
A Limited Liability Law Partnership

DENNIS W. CHONG KEE       5538-0
W. KEONI SHULTZ           7467-0
CHRISTOPHER T. GOODIN     8562-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email: dchongkee@cades.com

ECOFF CAMPAIN & TILLES, LLP
A Limited Liability Law Partnership
LAWRENCE C. ECOFF, *Pro Hac Vice*
ALBERTO J. CAMPAIN, *Pro Hac Vice*
GINNI G. KIM, *Pro Hac Vice*
280 S. Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone: (310) 887-1850
FAX: (310) 887-1855
Email: ecoff@ecofflaw.com

Attorneys for Plaintiffs
ATOOI ALOHA, LLC
CRAIG B. STANLEY, as Trustee for
THE EDMON KELLER AND CLEAVETTE
MAE STANLEY FAMILY TRUST;
CRAIG B. STANLEY, Individually; and
MILLICENT ANDRADE, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ABNER GAURINO; AURORA GAURINO; ABIGAIL GAURINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii Limited Liability Company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive.,<br><br>　　　　　Defendants. | CIVIL NO. 16-00347 JMS RLP<br><br>**CERTIFICATE OF SERVICE**<br><br>[Re: Amended Notices of Taking Deposition Upon Oral Examination of:<br>(1) Abner Gaurino;<br>(2) Aurora Gaurino; and<br>(3) Abigail Gaurino] |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of: (1) Amended Notice of Taking Deposition Upon Oral Examination of Abner Gaurino; (2) Amended Notice of Taking Deposition Upon Oral Examination of Aurora

Gaurino; and (3) Amended Notice of Taking Deposition Upon Oral Examination of Abigail Gaurino were duly served upon the following parties as indicated below on September 5, 2017:

**By U.S. Mail**
JOHN R. REMIS, JR., ESQ.
P.O. Box 38112
Honolulu, HI 96837

And

**Hand Delivery**
ROBERT D. EHELER, JR., ESQ.
Pauahi Tower at Bishop Square
1003 Bishop Street, Suite 2700
Honolulu, HI 96813
Attorneys for Defendants
ABNER GAURINO, AURORA GAURINO
and ABIGAIL GAURINO

**By Hand Delivery**
CHARLES A. PRICE, ESQ.
Koshiba Price Gruebner & Mau
707 Richards Street, Suite 610
Honolulu, HI 96813

And

**By U.S. Mail**
WILLIAM J. PLUM, ESQ.
The Plum Law Office, ALC
P.O. Box 3503
Honolulu, HI 96811
Attorneys for Defendants
INVESTORS FUNDING CORPORATION
and APT-320, LLC

- 4 -

**By Hand Delivery**
WAYNE P. NASSER, ESQ.
FRANCIS P. HOGAN, ESQ.
Ashford & Wriston
First Hawaiian Bank
999 Bishop Street, Suite 1400
Honolulu, HI 96813
Attorney for Defendants
ROMMEL GUZMAN and
FIDELITY NATIONAL TITLE &
ESCROW OF HAWAII, INC.

**By U.S. Mail**
THOMAS D. YANO, Esq.
KMPC
4374 Kukui Grove Street, Suite 204
Lihue, HI 96766
Attorney for Defendant
CRISTETA C. OWAN

DATED: Honolulu, Hawai'i, September 5, 2017.

        CADES SCHUTTE
        A Limited Liability Law Partnership

        */s/ Dennis W. Chong Kee*
        DENNIS W. CHONG KEE
        W. KEONI SHULTZ
        CHRISTOPHER T. GOODIN

        and

        LAWRENCE C. ECOFF, *Pro Hac Vice*
        ALBERTO J. CAMPAIN, *Pro Hac Vice*
        GINNI G. KIM, *Pro Hac Vice*

        Attorneys for Plaintiffs
        ATOOI ALOHA, LLC, CRAIG B.
        STANLEY, as Trustee for THE EDMON
        KELLER AND CLEAVETTE MAE
        STANLEY FAMILY TRUST; CRAIG B.
        STANLEY, Individually; and MILLICENT
        ANDRADE, Individually