KOSHIBA PRICE & GRUEBNER
Attorneys at Law, A Law Corporation

CHARLES A. PRICE      5098-0
707 Richards Street, Suite 610
Honolulu, Hawaii  96813
Telephone No.: (808) 523-3900
Facsimile No.:  (808) 526-9829
cprice@koshibalaw.com

WILLIAM J. PLUM      4839-0
The Plum Law Office, A Law Corporation
P.O. Box 3503
Honolulu, Hawaii  96811
Telephone:  (808) 528-0050

Attorneys for Defendant
APT-320, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, | ) ) ) ) ) ) ) ) | CIVIL NO. 16-00347 JMS RLP CERTIFICATE OF SERVICE [re:  DEFENDANT APT-320, LLC'S JOINDER IN PLAINTIFFS ATOOI ALOHA, LLC, CRAIG B. |
| Plaintiffs, | ) ) ) | STANLEY, AS TRUSTEE FOR THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST, CRAIG B. |
| vs. | ) ) ) | STANLEY, AND MILLICENT ANDRADE'S SECOND REQUESTS FOR PRODUCTION |
| ABNER GAURINO; AURORA GAURINO; ABIGAIL GAURINO; INVESTORS FUNDING CORPORATION, as Trustee for an | ) ) ) ) | OF DOCUMENTS TO DEFENDANTS ABNER GAURINO, AURORA GAURINO, |

unrecorded Loan Participation ) AND ABIGAIL GAURINO,
Agreement dated June 30, 2014; APT- ) DATED SEPTEMBER 8, 2017]
320, LLC, a Hawaii Limited Liability )
Company; CRISTETA C. OWAN, an )
individual; ROMMEL GUZMAN; )
FIDELITY NATIONAL TITLE & )
ESCROW OF HAWAII and DOES 1- )
100 Inclusive, )
 )
                Defendants. )
 )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date indicated below, a copy of

DEFENDANT APT-320, LLC'S JOINDER IN PLAINTIFFS ATOOI ALOHA, LLC,

CRAIG B. STANLEY, AS TRUSTEE FOR THE EDMOND KELLER AND

CLEAVETTE MAE STANLEY FAMILY TRUST, CRAIG B. STANLEY, AND

MILLICENT ANDRADE'S SECOND REQUESTS FOR PRODUCTION OF

DOCUMENTS TO DEFENDANTS ABNER GAURINO, AURORA GAURINO,

AND ABIGAIL GAURINO, DATED SEPTEMBER 8, 2017, will be served upon the

following parties:

DENNIS W. CHONG KEE, Esq.          *(Via Hand Delivery)*
W. KEONI SHULTZ, Esq.
CHRISTOPHER T. GOODIN, Esq.
Cades Schutte LLP
1000 Bishop Street, Fl. 10
Honolulu, Hawaii 96813

2

LAWRENCE C. ECOFF, Esq.                    *(Via U.S. Mail)*
ALBERTO J. CAMPAIN, Esq.
GINNI G. KIM, Esq.
Ecoff Campain & Tilles, LLP
280 S. Beverly Hill, Suite 504
Beverly Hills, California 90212

       Attorneys for Plaintiffs
       ATOOI ALOHA, LLC; CRAIG STANLEY,
       as Trustee for The Edmon Keller and
       Cleavette Mae Stanley Family Trust;
       CRAIG B. STANLEY, Individually; and
       MILLICENT ANDRADE, Individually

JOHN R. REMIS, JR., Esq.                    *(Via U.S. MAIL)*
P.O. Box 38112
Honolulu, Hawaii 96837

ROBERT D. EHELER, JR., Esq.                 *(Via Hand Delivery)*
1003 Bishop Street, Suite 2700
Honolulu, Hawaii 96813

       Attorneys for Defendants
       ABNER GAURINO, AURORA GAURINO,
       and ABIGAIL GAURINO

WAYNE P. NASSER, Esq.                       *(Via Hand Delivery)*
999 Bishop Street, Suite 1400
Honolulu, Hawaii 96813

       Attorney for Defendants
       ROMMEL GUZMAN and
       FIDELITY NATIONAL TITLE &
       ESCROW OF HAWAII

THOMAS D. YANO, Esq.                    *(Via U.S. Mail)*
4374 Kukui Grove Street, Suite 204
Lihue, Hawaii 96766

Attorney for Defendant
CRISTETA C. OWAN

DATED:  Honolulu, Hawaii; September 12, 2017.


    /s/ Charles A. Price
CHARLES A. PRICE
Attorney for Defendant
APT-320