Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

WAYNE NASSER        1097-0
FRANCIS P. HOGAN    2722-0
First Hawaiian Center, Suite 1400
999 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 539-0400
Facsimile:  (808) 533-4945
E-mail:     wnasser@awlaw.com
            fhogan@awlaw.com

Attorneys for Defendants
 FIDELITY NATIONAL TITLE & ESCROW
 OF HAWAII, INC. and ROMMEL GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company, et al. | CIVIL NO. 16-00347 JMS RLP |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| ABNER GAURINO, et al. | |
| Defendants. | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of a copy of DEFENDANTS

FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC. AND

2046439 v1

ROMMEL GUZMAN'S JOINDER IN 1) PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CRISTETA C. OWAN, DATED 8/30/17; AND 2) PLAINTIFFS' SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS ABNER GAURINO, AURORA GAURINO, AND ABIGAIL GAURINO, DATED 9/8/17, dated September 9, 2017, will be duly served on September 12, 2017 on the following parties by United States mail, postage prepaid:

>DENNIS W. CHONG KEE, ESQ.
>W. KEONI SHULTZ, ESQ.
>CHRISTOPHER T. GOODIN, ESQ.
>Cades Schutte LLP
>1000 Bishop Street, Suite 1200
>Honolulu, Hawaii 96813-4212
>dchongkee@cades.com
>
>LAWRENCE C. ECOFF, ESQ., Pro Hac Vice
>ALBERTO J. CAMPAIN, ESQ., Pro Hac Vice
>GINNI G. KIM, ESQ., Pro Hac Vice
>Ecoff Campain & Tilles, LLP
>280 S. Beverly Drive, Suite 504
>Beverly Hills, CA 90212
>ecoff@ecofflaw.com
>
>Attorneys for Plaintiffs
>
>JOHN R. REMIS, JR., ESQ.
>P.O. Box 38112
>Honolulu, Hawaii 96837
>jrrhnl@aol.com

ROBERT D. EHELER, JR., ESQ
1003 Bishop Street, Suite 2700
Honolulu, Hawaii 96813
rdelawoffice@gmail.com

Attorneys for Defendants
  ABNER GAURINO, AURORA GAURINO
  and ABIGAIL GAURINO

CHARLES A. PRICE, ESQ.
Koshiba Price & Gruebner
707 Richards Street, Suite 610
Honolulu, Hawaii 96813
cprice@koshibalaw.com

WILLIAM J. PLUM, ESQ.
The Plum Law Office, ALC
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
wplum@plumlaw.com

Attorneys for Defendants
  APT-320, LLC and INVESTORS
  FUNDING CORPORATION

CRISTETA C. OWAN
3714 Nawiliwili Road
Lihue, Hawaii 96766

Defendant Pro Se

DATED: Honolulu, Hawaii; September 12, 2017.

                                           */s/ Wayne Nasser*
                                           WAYNE NASSER
                                           FRANCIS P. HOGAN
                                           Attorneys for Defendants
                                             Fidelity National Title & Escrow of
                                             Hawaii and Rommel Guzman