Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

WAYNE NASSER         1097-0
FRANCIS P. HOGAN     2722-0
First Hawaiian Center, Suite 1400
999 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 539-0400
Facsimile:   (808) 533-4945
E-mail:       wnasser@awlaw.com
                    fhogan@awlaw.com

Attorneys for Defendants
 FIDELITY NATIONAL TITLE & ESCROW
 OF HAWAII, INC. and ROMMEL GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company, et al. | CIVIL NO. 16-00347 JMS RLP |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| ABNER GAURINO, et al. | |
| Defendants. | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of a copy of 1) DEFENDANT

FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC.'S FIRST

2046216 v1

REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF ATOOI ALOHA, LLC; 2) DEFENDANT FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF CRAIG B. STANLEY, INDIVIDUALLY AND AS TRUSTEE FOR THE EDMOND KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; and 3) DEFENDANT FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF MILLICENT ANDRADE, dated September 9, 2017, will be duly served on September 12, 2017 on the following parties by United States mail, postage prepaid:

> DENNIS W. CHONG KEE, ESQ.
> W. KEONI SHULTZ, ESQ.
> CHRISTOPHER T. GOODIN, ESQ.
> Cades Schutte LLP
> 1000 Bishop Street, Suite 1200
> Honolulu, Hawaii 96813-4212
> dchongkee@cades.com
>
> LAWRENCE C. ECOFF, ESQ., Pro Hac Vice
> ALBERTO J. CAMPAIN, ESQ., Pro Hac Vice
> GINNI G. KIM, ESQ., Pro Hac Vice
> Ecoff Campain & Tilles, LLP
> 280 S. Beverly Drive, Suite 504
> Beverly Hills, CA 90212
> ecoff@ecofflaw.com
>
> Attorneys for Plaintiffs

JOHN R. REMIS, JR., ESQ.
P.O. Box 38112
Honolulu, Hawaii 96837
jrrhnl@aol.com

ROBERT D. EHELER, JR., ESQ
1003 Bishop Street, Suite 2700
Honolulu, Hawaii 96813
rdelawoffice@gmail.com

Attorneys for Defendants
  ABNER GAURINO, AURORA GAURINO
  and ABIGAIL GAURINO

CHARLES A. PRICE, ESQ.
Koshiba Price & Gruebner
707 Richards Street, Suite 610
Honolulu, Hawaii 96813
cprice@koshibalaw.com

WILLIAM J. PLUM, ESQ.
The Plum Law Office, ALC
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
wplum@plumlaw.com

Attorneys for Defendants
  APT-320, LLC and INVESTORS
  FUNDING CORPORATION

    CRISTETA C. OWAN
    3714 Nawiliwili Road
    Lihue, Hawaii 96766

    Defendant Pro Se

DATED:  Honolulu, Hawaii; September 12, 2017.

                          */s/ Wayne Nasser*
                          WAYNE NASSER
                          FRANCIS P. HOGAN
                          Attorneys for Defendants
                            Fidelity National Title & Escrow of
                            Hawaii and Rommel Guzman