Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

WAYNE NASSER         1097-0
FRANCIS P. HOGAN    2722-0
First Hawaiian Center, Suite 1400
999 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 539-0400
Facsimile:   (808) 533-4945
E-mail:       wnasser@awlaw.com
                    fhogan@awlaw.com

Attorneys for Defendants
 FIDELITY NATIONAL TITLE & ESCROW
 OF HAWAII, INC. and ROMMEL GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company, et al. ) ) ) | CIVIL NO. 16-00347 JMS RLP |
| Plaintiffs, ) ) | CERTIFICATE OF SERVICE |
| vs. ) ) | |
| ABNER GAURINO, et al. ) ) | |
| Defendants. ) ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of a copy of DEFENDANTS

FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC. AND

2036385 v1

ROMMEL GUZMAN'S RESPONSE TO PLAINTIFFS ATOOI ALOHA, LLC, CRAIG B. STANLEY AS TRUSTEE FOR THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST, CRAIG B. STANLEY, AND MILLICENT ANDRADE'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS FIDELITY NATIONAL TITLE & ESCROW OF HAWAII AND ROMMEL GUZMAN, DATED 8/11/17, dated September 15, 2017, will be duly served on this date on the following parties by United States mail, postage prepaid:

> DENNIS W. CHONG KEE, ESQ.
> W. KEONI SHULTZ, ESQ.
> CHRISTOPHER T. GOODIN, ESQ.
> Cades Schutte LLP
> 1000 Bishop Street, Suite 1200
> Honolulu, Hawaii 96813-4212
> dchongkee@cades.com
>
> LAWRENCE C. ECOFF, ESQ., Pro Hac Vice
> ALBERTO J. CAMPAIN, ESQ., Pro Hac Vice
> GINNI G. KIM, ESQ., Pro Hac Vice
> Ecoff Campain & Tilles, LLP
> 280 S. Beverly Drive, Suite 504
> Beverly Hills, CA 90212
> ecoff@ecofflaw.com
>
> Attorneys for Plaintiffs
>
> CHARLES A. PRICE, ESQ.
> Koshiba Price & Gruebner
> 707 Richards Street, Suite 610
> Honolulu, Hawaii 96813
> cprice@koshibalaw.com

WILLIAM J. PLUM, ESQ.
The Plum Law Office, ALC
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
wplum@plumlaw.com

Attorneys for Defendants
 APT-320, LLC and INVESTORS
 FUNDING CORPORATION

DATED:  Honolulu, Hawaii; September 15, 2017.

/s/ Wayne Nasser
WAYNE NASSER
FRANCIS P. HOGAN
Attorneys for Defendants
 Fidelity National Title & Escrow of
 Hawaii and Rommel Guzman