KOSHIBA PRICE & GRUEBNER
Attorneys at Law, A Law Corporation

CHARLES A. PRICE     5098-0
707 Richards Street, Suite 610
Honolulu, Hawaii  96813
Telephone No.: (808) 523-3900
Facsimile No.:  (808) 526-9829
cprice@koshibalaw.com

WILLIAM J. PLUM     4839-0
The Plum Law Office, A Law Corporation
P.O. Box 3503
Honolulu, Hawaii  96811
Telephone:  (808) 528-0050

Attorneys for Defendant
APT-320, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>ABNER GAURINO; AURORA GAURINO; ABIGAIL GAURINO; INVESTORS FUNDING CORPORATION, as Trustee for an | CIVIL NO. 16-00347 JMS RLP<br><br>CERTIFICATE OF SERVICE<br><br>[re: DEFENDANT APT-320, LLC'S JOINDER IN DEFENDANTS FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC.'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS ATOOI ALOHA, LLC, MILLICENT ANDRADE, AND CRAIG B. STANLEY, INDIVIDUALLY AND AS TRUSTEE FOR THE EDMOND KELLER AND CLEAVETTE MAE |

| | |
|---|---|
| unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii Limited Liability Company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive,<br><br>          Defendants. | STANLEY FAMLY TRUST, DATED SEPTEMBER 9, 2017] |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date indicated below, a copy of DEFENDANT APT-320, LLC'S JOINDER IN DEFENDANTS FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC.'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS ATOOI ALOHA, LLC, MILLICENT ANDRADE, AND CRAIG B. STANLEY, INDIVIDUALLY AND AS TRUSTEE FOR THE EDMOND KELLER AND CLEAVETTE MAE STANLEY FAMLY TRUST, DATED SEPTEMBER 9, 2017, will be served upon the following parties by U.S. Mail, postage prepaid, addressed as follows:

    DENNIS W. CHONG KEE, Esq.
    W. KEONI SHULTZ, Esq.
    CHRISTOPHER T. GOODIN, Esq.
    Cades Schutte LLP
    1000 Bishop Street, Fl. 10
    Honolulu, Hawaii 96813

LAWRENCE C. ECOFF, Esq.
ALBERTO J. CAMPAIN, Esq.
GINNI G. KIM, Esq.
Ecoff Campain & Tilles, LLP
280 S. Beverly Hill, Suite 504
Beverly Hills, California 90212

    Attorneys for Plaintiffs
    ATOOI ALOHA, LLC; CRAIG STANLEY,
    as Trustee for The Edmon Keller and
    Cleavette Mae Stanley Family Trust;
    CRAIG B. STANLEY, Individually; and
    MILLICENT ANDRADE, Individually

JOHN R. REMIS, JR., Esq.
P.O. Box 38112
Honolulu, Hawaii 96837

ROBERT D. EHELER, JR., Esq.
1003 Bishop Street, Suite 2700
Honolulu, Hawaii 96813

    Attorneys for Defendants
    ABNER GAURINO, AURORA GAURINO,
    and ABIGAIL GAURINO

WAYNE P. NASSER, Esq.
999 Bishop Street, Suite 1400
Honolulu, Hawaii 96813

    Attorney for Defendants
    ROMMEL GUZMAN and
    FIDELITY NATIONAL TITLE &
    ESCROW OF HAWAII

THOMAS D. YANO, Esq.
4374 Kukui Grove Street, Suite 204
Lihue, Hawaii 96766

Attorney for Defendant
CRISTETA C. OWAN

DATED: Honolulu, Hawaii; September 18, 2017.

        /s/ Charles A. Price
CHARLES A. PRICE
Attorney for Defendant
APT-320