**JOHN R. REMIS, JR., #4593**
P. O. Box 38112
Honolulu, Hawai'i  96837
Telephone: (808) 524-4343
Facsimile: (808) 524-5505
E-Mail: JRRHNL@aol.com

**ROBERT D. EHELER, Jr., #5786**
Pauahi Tower at Bishop Square
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i  96813
Telephone:  (808) 531-9957
E-Mail: rdelawoffice@gmail.com

Attorneys for Defendants
ABNER GAURINO, AURORA GAURINO
and ABIGAIL GAURINO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ATOOI ALOHA, LLC, a Nevada Limited Liability Company, et. al., | Civil No. 16-00347 JMS - RLP |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | **[Re: Gaurino Defendants Joinder in Defendant Fidelity National Title & Escrow of Hawai'i , Inc.'s First Requests for Production of Documents to Plaintiffs Atooi Aloha, LLC, Millicent Andrade, and Craig B. Stanley, Individually and as Trustee for the Edmond Keller and Cleavette Mae Stanley Family Trust, Dated September 9, 2017]** |
| ABNER GAURINO, et. al. | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the date indicated below, a copy of Gaurino Defendants Joinder in Defendant Fidelity National Title & Escrow of Hawaiʻi , Inc.'s First Requests for Production of Documents to Plaintiffs Atooi Aloha, LLC, Millicent Andrade, and Craig B. Stanley, Individually and as Trustee for the Edmond Keller and Cleavette Mae Stanley Family Trust, Dated September 9, 2017, will be served upon the following parties by U.S. Mail, postage prepaid, addressed as follows:

**DENNIS W. CHONG KEE, ESQ.**
**W. KEONI SHULTZ, ESQ.**
**CHRISTOPHER T. GOODIN, ESQ.**
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, Hawaiʻi 96813

Attorneys for Plaintiffs

**LAWRENCE C. ECOFF, ESQ.**
**ALBERTO J. CAMPAIN, ESQ.**
**GINNI G. KIM, ESQ.**
280 South Beverly Drive, Suite 504
Beverly Hills, CA 90212

Attorneys Pro Hac Vice for Plaintiffs

**CHARLES A. PRICE, ESQ.**
707 Richards Street, Ste. 610
Honolulu, Hawaiʻi 96813

Attorney for Defendant
APT-320, LLC

**WILLIAM J. PLUM, ESQ.**
P. O. Box 3503
Honolulu, Hawaiʻi 96811

Attorney for Defendant
APT-320, LLC

**WAYNE NASSER, ESQ.**
**FRANCIS P. HOGAN, ESQ.**
First Hawaiian Center, Suite 1400
999 Bishop Street
Honolulu, Hawaiʻi 96813

Attorney for Defendants
Fidelity National Tile & Escrow of Hawaiʻi and Rommel Guzman

**THOMAS D. YANO, ESQ.**
4374 Kukui Grove St., Ste. 204
Līhuʻe, Hawaiʻi 96766

Attorney for Defendant
Cristeta C. Owan

    DATED:  Honolulu, Hawaiʻi, September 18, 2017.


                  /s/ *ROBERT D. EHELER,, JR.*
                  JOHN R. REMIS, JR.
                  ROBERT D. EHELER, JR.
                  Attorneys for Gaurino Defendants