Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

WAYNE NASSER       1097-0
FRANCIS P. HOGAN   2722-0
First Hawaiian Center, Suite 1400
999 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 539-0400
Facsimile:  (808) 533-4945
E-mail:     wnasser@awlaw.com
            fhogan@awlaw.com

Attorneys for Defendants
 FIDELITY NATIONAL TITLE & ESCROW
 OF HAWAII, INC. and ROMMEL GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company, et al. ) ) ) | CIVIL NO. 16-00347 JMS RLP |
| ) | CERTIFICATE OF SERVICE |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| ABNER GAURINO, et al. ) ) | |
| Defendants. ) ) | |

CERTIFICATE OF SERVICE

   The undersigned hereby certifies that service of a copy of 1) DEFENDANT

FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC.'S RESPONSE

2049922 v1

TO PLAINTIFFS ATOOI ALOHA, LLC, CRAIG B. STANLEY AS TRUSTEE FOR THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST, CRAIG B. STANLEY, AND MILLICENT ANDRADE'S FIRST WRITTEN INTERROGATORIES TO DEFENDANT FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, DATED 8/15/17; and 2) DEFENDANT ROMMEL GUZMAN'S RESPONSE TO PLAINTIFFS ATOOI ALOHA, LLC, CRAIG B. STANLEY AS TRUSTEE FOR THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST, CRAIG B. STANLEY, AND MILLICENT ANDRADE'S FIRST WRITTEN INTERROGATORIES TO DEFENDANT ROMMEL GUZMAN, DATED 8/15/17, dated September 22, 2017, will be duly served on this date on the following parties by United States mail, postage prepaid:

> DENNIS W. CHONG KEE, ESQ.
> W. KEONI SHULTZ, ESQ.
> CHRISTOPHER T. GOODIN, ESQ.
> Cades Schutte LLP
> 1000 Bishop Street, Suite 1200
> Honolulu, Hawaii 96813-4212
>
> LAWRENCE C. ECOFF, ESQ., Pro Hac Vice
> ALBERTO J. CAMPAIN, ESQ., Pro Hac Vice
> GINNI G. KIM, ESQ., Pro Hac Vice
> Ecoff Campain & Tilles, LLP
> 280 S. Beverly Drive, Suite 504
> Beverly Hills, CA 90212
>
> Attorneys for Plaintiffs

JOHN R. REMIS, JR., ESQ.
P.O. Box 38112
Honolulu, Hawaii 96837

ROBERT D. EHELER, JR., ESQ
1003 Bishop Street, Suite 2700
Honolulu, Hawaii 96813

Attorneys for Defendants
  ABNER GAURINO, AURORA GAURINO
  and ABIGAIL GAURINO

CHARLES A. PRICE, ESQ.
Koshiba Price & Gruebner
707 Richards Street, Suite 610
Honolulu, Hawaii 96813

WILLIAM J. PLUM, ESQ.
The Plum Law Office, ALC
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813

Attorneys for Defendants
  APT-320, LLC and INVESTORS
  FUNDING CORPORATION

CRISTETA C. OWAN
3714 Nawiliwili Road
Lihue, Hawaii 96766

Defendant Pro Se

DATED:  Honolulu, Hawaii; September 22, 2017.

                                                */s/ Wayne Nasser*
                                                WAYNE NASSER
                                                FRANCIS P. HOGAN
                                                Attorneys for Defendants
                                                  Fidelity National Title & Escrow of
                                                  Hawaii and Rommel Guzman