IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, <br><br>    Plaintiffs, <br><br>ABNER GAURINO; AURORA GAURINO; ABIGAIL GAURINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii Limited Liability Company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive, <br><br>    Defendants. <br>_____ <br><br>APT-320, LLC, a Hawaii Limited Liability Company <br><br>    Third Party Plaintiff, | CIVIL NO. 16-00347 JMS RLP <br><br>SUMMONS |

| | |
|---|---|
| APARTMENT OWNERS OF <br> DIAMOND HEAD SANDS <br> <br>       Third Party Defendant. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) |

\summons 3rd.apt

## **SUMMONS**

STATE OF HAWAII

To Third Party Defendant:
APARTMENT OWNERS OF DIAMOND HEAD SANDS

     YOU ARE HEREBY summoned and required to file with the court and serve upon Defendant and Third Party Plaintiff APT-320's counsel, William J. Plum, 700 Bishop Street, Suite 2100, Honolulu, Hawaii, 96813, an Answer to DEFENDANT AND THIRD PARTY PLAINTIFF APT-320, LLC'S THIRD PARTY COMPLAINT AGAINST ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer of employee of the United States described in Fed. R. Civ. P. 12(a)(1)(a)(i). If you fail to make an answer within the 21 day limit, judgment by default will be taken against you for the relief demanded.

     This Summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m., on premises not open to the general public, unless a judge of the above-

entitled court permits, in writing on this Summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

DATED: Honolulu, Hawaii; September 27, 2017.



SUE BEITIA
CLERK OF THE COURT

/s/SUE BEITIA by AFC, Deputy Clerk

---

*Atooi Aloha, LLC, et al. vs. Abner Gaurino, et al.*; United States District Court for the District of Hawaii; Civil No. 16-00347 JMS RLP; SUMMONS