KOSHIBA PRICE & GRUEBNER
Attorneys at Law, A Law Corporation

CHARLES A. PRICE     5098-0
707 Richards Street, Suite 610
Honolulu, Hawaii  96813
Telephone No.: (808) 523-3900
Facsimile No.:  (808) 526-9829
cprice@koshibalaw.com

WILLIAM J. PLUM     4839-0
The Plum Law Office, A Law Corporation
P.O. Box 3503
Honolulu, Hawaii  96811
Telephone:  (808) 528-0050

Attorneys for Defendant
APT-320, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ABNER GAURINO; AURORA GAURINO; ABIGAIL GAURINO; INVESTORS FUNDING CORPORATION, as Trustee for an | CIVIL NO. 16-00347 JMS RLP<br><br>CERTIFICATE OF SERVICE<br><br>[re: DEFENDANT APT-320, LLC'S RESPONSE TO PLAINTIFFS ATOOI ALOHA, LLC, CRAIG B. STANLEY, AS TRUSTEE FOR THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST, CRAIG B. STANLEY, AND MILLICENT ANDRADE'S FIRST WRITTEN INTERROGATORIES, DATED AUGUST 15, 2017] |

| | |
|---|---|
| unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii Limited Liability Company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date indicated below, a copy of above-identified document will be served upon the following parties:

| | |
|---|---|
| DENNIS W. CHONG KEE, Esq.<br>W. KEONI SHULTZ, Esq.<br>CHRISTOPHER T. GOODIN, Esq.<br>Cades Schutte LLP<br>1000 Bishop Street, Fl. 10<br>Honolulu, Hawaii 96813 | *(Via Hand Delivery)*<br>*(Original + 1 Copy)* |
| LAWRENCE C. ECOFF, Esq.<br>ALBERTO J. CAMPAIN, Esq.<br>GINNI G. KIM, Esq.<br>Ecoff Campain & Tilles, LLP<br>280 S. Beverly Hill, Suite 504<br>Beverly Hills, California 90212 | *(Via U.S. Mail)* |

    Attorneys for Plaintiffs
    ATOOI ALOHA, LLC; CRAIG STANLEY,
    as Trustee for The Edmon Keller and
    Cleavette Mae Stanley Family Trust;
    CRAIG B. STANLEY, Individually; and
    MILLICENT ANDRADE, Individually

JOHN R. REMIS, JR., Esq.  *(Via U.S. Mail)*
P.O. Box 38112
Honolulu, Hawaii 96837

ROBERT D. EHELER, JR., Esq.  *(Via Hand Delivery)*
1003 Bishop Street, Suite 2700
Honolulu, Hawaii 96813

    Attorneys for Defendants
    ABNER GAURINO, AURORA GAURINO,
    and ABIGAIL GAURINO

WAYNE P. NASSER, Esq.  *(Via Hand Delivery)*
999 Bishop Street, Suite 1400
Honolulu, Hawaii 96813

    Attorney for Defendants
    ROMMEL GUZMAN and
    FIDELITY NATIONAL TITLE &
    ESCROW OF HAWAII

THOMAS D. YANO, Esq.  *(Via U.S. Mail)*
4374 Kukui Grove Street, Suite 204
Lihue, Hawaii 96766

    Attorney for Defendant
    CRISTETA C. OWAN

DATED:  Honolulu, Hawaii; September 27, 2017.


                                          /s/ Charles A. Price
                                          CHARLES A. PRICE
                                          Attorney for Defendant
                                          APT-320