AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-00347-JMS-RLP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 05 2017

at 3 o'clock and 26 min. P M.
SUE BEITIA, CLERK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Apartment Owners of Diamond Head Sands** was received by me on *(date)* **10/02/2017**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Pamela J. Schell, Esq.**, who is designated by law to accept service of process on behalf of *(name of organization)* **Apartment Owners of Diamond Heads Sands at 733 Bishop St #2301, Honolulu HI 96813** on *(date)* **OCT 04 2017 AT 2:19 PM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **OCT 04 2017**

*Server's signature*

TAD Y. OIE
CIVIL PROCESS SERVER

*Printed name and title*

P.O. Box 283163
Honolulu, HI 96828
(808) 729-1778

*Server's address*

Additional information regarding attempted service, etc:
Documents Served:
Defendant and Third Party Plaintiff Apt-320, LLC's Third Party Complaint Against Association of Apartment Owners of Diamond Head Sands: Summons; Certificate of Service