**JOHN R. REMIS, JR., #4593**
P. O. Box 38112
Honolulu, Hawai'i 96837
Telephone: (808) 524-4343
Facsimile: (888) 502-9102
E-Mail: JRRHNL@aol.com

**ROBERT D. EHELER, Jr., #5786**
Pauahi Tower at Bishop Square
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i 96813
Telephone: (808) 531-9957
Facsimile: (866) 612-9956
E-Mail: rdelawoffice@gmail.com

Attorneys for Crossdefendant
ABIGAIL GAURINO

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ATOOI ALOHA, LLC, an[sic] Nevada Limited Liability Company, CRAIG B. STANLEY, as TRUSTEE for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, <br><br>            Plaintiffs, <br><br>            vs. <br><br>ABNER GAURINO, AURORA GAURINO, ABIGAIL GAURINO, INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation | Civil No. 16-00347 JMS - RLP <br><br>**CERTIFICATE OF SERVICE** <br>RE: ABNER GAURINO, AURORA GAURINO AND ABIGAIL GAURINO'S RESPONSES TO PLAINTIFFS ATOOI ALOHA, LLC, CRAIG B. STANLEY, AS TRUSTEE FOR THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY AND MILLICENT ANDRADE'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS, DATED AUGUST 11, 2017 <br>   *(Caption continued on next page)* |

| | |
|---|---|
| Agreement dated June 30, 2014; | ) |
| APT-320, LLC, a Hawaiʻi Limited | ) |
| Liability Company, CRISTETA C. | ) |
| OWAN, an individual; ROMMEL | ) |
| GUZMAN; FIDELITY NATIONAL | ) |
| TITLE & ESCROW OF HAWAIʻI and | ) |
| DOES 1-100 Inclusive, | ) |
| | ) |
| Defendants | ) |
| | ) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 29, 2017 an original and copy of the Gaurino Defendants' Responses to Plaintiffs Atooi Aloha, LLC, Craig B. Stanley, as Trustee for The Edmon Keller And Cleavette Mae Stanley Family Trust, Craig B. Stanley and Millicent Andrade's First Requests for Production of Documents, Dated August 11, 2017 were mailed first class, postage prepaid or via email to the following:

**DENNIS W. CHONG KEE, Esq.**
**W. KEONI SHULTZ, Esq.**
**CHRISTOPHER T. GOODIN, Esq.**
Cades Schutte LLP
1000 Bishop Street, Fl. 10
Honolulu, Hawaiʻi  96813
dchongkee@cades.com

Attorneys for Plaintiffs

ATOOI ALOHA, LLC; CRAIG STANLEY,
as Trustee for The Edmon Keller and
Cleavette Mae Stanley Family Trust;
CRAIG B. STANLEY, Individually; and
MILLICENT ANDRADE, Individually

**WAYNE P. NASSER, Esq.**
**FRANK HOGAN, Esq.**
999 Bishop Street, Suite 1400
Honolulu, Hawai'i  96813
wnasser@awlaw.com

Attorney for Defendants

FIDELITY NATIONAL TITLE &
ESCROW OF HAWAI'I and ROMMEL GUZMAN

CHARLES A. PRICE, Esq.
KOSHIBA PRICE & GRUEBNER, ALC
707 Richards Street, Suite 610
Honolulu, Hawai'i  96813
cprice@koshibalaw.com

**WILLIAM J. PLUM**
The Plum Law Office, A Law Corporation
P.O. Box 3503
Honolulu, Hawai'i  96811
wplum@plumlaw.com

Attorneys for Defendant
APT-320, LLC

**THOMAS D. YANO, Esq.**
4374 Kukui Grove Street, Suite 204
Līhu'e, Hawai'i 96766
thomasdyano@gmail.com

Attorney for Defendant
CRISTETA C. OWAN

Dated: Honolulu, Hawai'i, October 9, 2017.

/s/ John R. Remis, Jr.
John R. Remis, Jr.
Robert D. Eheler, Jr.
Attorneys for Gaurino Defendants