**JOHN R. REMIS, JR., #4593**
P. O. Box 38112
Honolulu, Hawai'i  96837
Telephone: (808) 524-4343
Facsimile: (888) 502-9102
E-Mail: JRRHNL@aol.com

**ROBERT D. EHELER, Jr., #5786**
Pauahi Tower at Bishop Square
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i  96813
Telephone:  (808) 531-9957
Facsimile: (866) 612-9956
E-Mail: rdelawoffice@gmail.com

Attorneys for Crossdefendant
ABIGAIL GAURINO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ATOOI ALOHA, LLC, an[sic] Nevada Limited Liability Company, CRAIG B. STANLEY, as TRUSTEE for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>             Plaintiffs,<br><br>       vs.<br><br>ABNER GAURINO, AURORA GAURINO, ABIGAIL GAURINO, INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation | Civil No. 16-00347 JMS - RLP<br><br>**CERTIFICATE OF SERVICE**<br>RE: ABNER GAURINO, AURORA GAURINO AND ABIGAIL GAURINO'S  MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT DATED SEPTEMBER 29, 2017; EXHIBITS A-J AND PROPOSED THIRD PARTY COMPLAINT [D No.149]<br>   *(Caption continued on next page)* |

| | |
|---|---|
| Agreement dated June 30, 2014;<br>APT-320, LLC, a Hawaiʻi Limited<br>Liability Company, CRISTETA C.<br>OWAN, an individual; ROMMEL<br>GUZMAN; FIDELITY NATIONAL<br>TITLE & ESCROW OF HAWAIʻI and<br>DOES 1-100 Inclusive,<br><br>              Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 29, 2017 a copy of the Gaurino Defendants' Motion for Leave to File Third Party Complaint Dated September 29, 2017; Exhibits A-J and Proposed Third Party Complaint [D No. 149]were served via ecf to the following:

**DENNIS W. CHONG KEE, Esq.**
**W. KEONI SHULTZ, Esq.**
**CHRISTOPHER T. GOODIN, Esq.**
Cades Schutte LLP
1000 Bishop Street, Fl. 10
Honolulu, Hawaiʻi  96813
dchongkee@cades.com

**ECOFF CAMPAIN & TILLES, LLP**
280 S, Beverky Druuvem Suite 504
Beverly Hils, CA 90212
ecoff@ecofflaw.com

Attorneys for Plaintiffs

ATOOI ALOHA, LLC; CRAIG STANLEY,
as Trustee for The Edmon Keller and
Cleavette Mae Stanley Family Trust;
CRAIG B. STANLEY, Individually; and
MILLICENT ANDRADE, Individually

**WAYNE P. NASSER, Esq.**
**FRANK HOGAN, Esq.**
999 Bishop Street, Suite 1400
Honolulu, Hawai'i  96813
wnasser@awlaw.com

Attorney for Defendants

FIDELITY NATIONAL TITLE &
ESCROW OF HAWAI'I and ROMMEL GUZMAN

**CHARLES A. PRICE, Esq.**
**KOSHIBA PRICE & GRUEBNER, ALC**
707 Richards Street, Suite 610
Honolulu, Hawai'i  96813
cprice@koshibalaw.com

**WILLIAM J. PLUM, Esq.**
The Plum Law Office, A Law Corporation
P.O. Box 3503
Honolulu, Hawai'i  96811
wplum@plumlaw.com

Attorneys for Defendant
APT-320, LLC

**THOMAS D. YANO, Esq.**
4374 Kukui Grove Street, Suite 204
Līhu'e, Hawai'i 96766
thomasdyano@gmail.com

Attorney for Defendant
CRISTETA C. OWAN

Dated: Honolulu, Hawai'i, October 9, 2017.

                                           /s/ John R. Remis, Jr.
                                           John R. Remis, Jr.
                                           Robert D. Eheler, Jr.
                                           Attorneys for Gaurino Defendants