CADES SCHUTTE
A Limited Liability Law Partnership

DENNIS W. CHONG KEE     5538-0
W. KEONI SHULTZ         7467-0
CHRISTOPHER T. GOODIN   8562-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email: dchongkee@cades.com

ECOFF CAMPAIN & TILLES, LLP
A Limited Liability Law Partnership
LAWRENCE C. ECOFF, *Pro Hac Vice*
ALBERTO J. CAMPAIN, *Pro Hac Vice*
GINNI G. KIM, *Pro Hac Vice*
280 S. Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone: (310) 887-1850
FAX: (310) 887-1855
Email: ecoff@ecofflaw.com

Attorneys for Plaintiffs
ATOOI ALOHA, LLC
CRAIG B. STANLEY, as Trustee for
THE EDMON KELLER AND CLEAVETTE
MAE STANLEY FAMILY TRUST;
CRAIG B. STANLEY, Individually; and
MILLICENT ANDRADE, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ABNER GAURINO; AURORA GAURINO; ABIGAIL GAURINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii Limited Liability Company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive,<br><br>Defendants. | CIVIL NO. 16-00347 JMS RLP<br><br>**CERTIFICATE OF SERVICE**<br><br>**[RE: (1) PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION OF PERSON MOST KNOWLEDGEABLE OF DEFENDANT FIDELITY NATIONAL TITLE ESCROW OF HAWAII AND (2) PLAINTIFFS' NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION OF ROMMEL GUZMAN]** |
| APT-320, LLC, a Hawaii Limited Liability Company,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>APARTMENT OWNERS OF DIAMOND HEAD SANDS,<br><br>Third-Party Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of: (1) Plaintiffs' Notice of Taking Deposition Upon Oral Examination of Person Most Knowledgeable of Defendant Fidelity National Title Escrow of Hawaii and (2) Plaintiffs' Notice of Taking Deposition Upon Oral Examination of Rommel Guzman were duly served upon the following parties by hand delivery as indicated below on October 12, 2017:

>JOHN R. REMIS, JR., ESQ.
>P.O. Box 38112
>Honolulu, HI 96837

>And

>ROBERT D. EHELER, JR., ESQ.
>Pauahi Tower at Bishop Square
>1003 Bishop Street, Suite 2700
>Honolulu, HI 96813
>Attorneys for Defendants
>ABNER GAURINO, AURORA GAURINO
>and ABIGAIL GAURINO

CHARLES A. PRICE, ESQ.
Koshiba Price Gruebner & Mau
707 Richards Street, Suite 610
Honolulu, HI 96813

And

WILLIAM J. PLUM, ESQ.
The Plum Law Office, ALC
P.O. Box 3503
Honolulu, HI 96811
Attorneys for Defendants
INVESTORS FUNDING CORPORATION
and APT-320, LLC

WAYNE P. NASSER, ESQ.
FRANCIS P. HOGAN, ESQ.
Ashford & Wriston
First Hawaiian Bank
999 Bishop Street, Suite 1400
Honolulu, HI 96813
Attorney for Defendants
ROMMEL GUZMAN and
FIDELITY NATIONAL TITLE &
ESCROW OF HAWAII, INC.

THOMAS D. YANO, Esq.
KMPC
4374 Kukui Grove Street, Suite 204
Lihue, HI 96766
Attorney for Defendant
CRISTETA C. OWAN

DATED: Honolulu, Hawai'i, October 12, 2017.

        CADES SCHUTTE
        A Limited Liability Law Partnership

        */s/ Dennis W. Chong Kee*
        DENNIS W. CHONG KEE
        W. KEONI SHULTZ
        CHRISTOPHER T. GOODIN

        and

        LAWRENCE C. ECOFF, *Pro Hac Vice*
        ALBERTO J. CAMPAIN, *Pro Hac Vice*
        GINNI G. KIM, *Pro Hac Vice*

        Attorneys for Plaintiffs
        ATOOI ALOHA, LLC, CRAIG B.
        STANLEY, as Trustee for THE EDMON
        KELLER AND CLEAVETTE MAE
        STANLEY FAMILY TRUST; CRAIG B.
        STANLEY, Individually; and MILLICENT
        ANDRADE, Individually