CADES SCHUTTE
A Limited Liability Law Partnership

DENNIS W. CHONG KEE      5538-0
W. KEONI SHULTZ          7467-0
CHRISTOPHER T. GOODIN    8562-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
FAX:  (808) 521-9210
Email:  dchongkee@cades.com

ECOFF CAMPAIN & TILLES, LLP
A Limited Liability Law Partnership
LAWRENCE C. ECOFF, *Pro Hac Vice*
ALBERTO J. CAMPAIN, *Pro Hac Vice*
GINNI G. KIM, *Pro Hac Vice*
280 S. Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone:  (310) 887-1850
FAX:  (310) 887-1855
Email:  ecoff@ecofflaw.com

Attorneys for Plaintiffs
ATOOI ALOHA, LLC
CRAIG B. STANLEY, as Trustee for
THE EDMON KELLER AND CLEAVETTE
MAE STANLEY FAMILY TRUST;
CRAIG B. STANLEY, Individually; and
MILLICENT ANDRADE, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, | CIVIL NO. 16-00347 JMS RLP<br><br>**CERTIFICATE OF SERVICE**<br><br>**[RE: (1) PLAINTIFF ATOOI ALOHA, LLC'S RESPONSE TO DEFENDANT FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, DATED SEPTEMBER 9, 2017; (2) PLAINTIFF CRAIG B. STANLEY'S RESPONSE TO DEFENDANT FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, DATED SEPTEMBER 9, 2017; AND (3) PLAINTIFF MILLICENT ANDRADE'S RESPONSE TO DEFENDANT FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, DATED SEPTEMBER 9, 2017]** |

Plaintiffs,

v.

ABNER GAURINO; AURORA GAURINO; ABIGAIL GAURINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii Limited Liability Company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive,

Defendants.

APT-320, LLC, a Hawaii Limited Liability Company,

Third-Party Plaintiff,

v.

APARTMENT OWNERS OF DIAMOND HEAD SANDS,

Third-Party Defendant.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of: (1) Plaintiff Atooi Aloha, LLC's Response to Defendant Fidelity National Title & Escrow of Hawaii, Inc.'s First Request for Production of Documents, Dated September 9, 2017; (2) Plaintiff Craig B. Stanley's Response to Defendant Fidelity National Title & Escrow of Hawaii, Inc.'s First Request for Production of Documents, Dated September 9, 2017; and (3) Plaintiff Millicent Andrade's Response to Defendant Fidelity National Title & Escrow of Hawaii, Inc.'s First Request for Production of Documents, Dated September 9, 2017, were duly served upon the following parties by U.S. Mail and e-mail as indicated below on October 17, 2017:

WAYNE P. NASSER, ESQ.
FRANCIS P. HOGAN, ESQ.
Ashford & Wriston
First Hawaiian Bank
999 Bishop Street, Suite 1400
Honolulu, HI 96813
wnasser@awlaw.com
fhogan@awlaw.com

Attorneys for Defendants
ROMMEL GUZMAN and
FIDELITY NATIONAL TITLE &
ESCROW OF HAWAII, INC.

JOHN R. REMIS, JR., ESQ.
P.O. Box 38112
Honolulu, HI  96837
JRRHNL@aol.com

And

ROBERT D. EHELER, JR., ESQ.
Pauahi Tower at Bishop Square
1003 Bishop Street, Suite 2700
Honolulu, HI  96813
rdelawoffice@gmail.com

Attorneys for Defendants
ABNER GAURINO, AURORA GAURINO
and ABIGAIL GAURINO

CHARLES A. PRICE, ESQ.
Koshiba Price Gruebner & Mau
707 Richards Street, Suite 610
Honolulu, HI  96813
cprice@koshibalaw.com

And

WILLIAM J. PLUM, ESQ.
The Plum Law Office, ALC
P.O. Box 3503
Honolulu, HI  96811
wplum@plumlaw.com

Attorneys for Defendants
INVESTORS FUNDING CORPORATION
and APT-320, LLC

DATED:  Honolulu, Hawai'i, October 18, 2017.

> CADES SCHUTTE
> A Limited Liability Law Partnership
>
> */s/ Dennis W. Chong Kee*
> DENNIS W. CHONG KEE
> W. KEONI SHULTZ
> CHRISTOPHER T. GOODIN
>
> and
>
> LAWRENCE C. ECOFF, *Pro Hac Vice*
> ALBERTO J. CAMPAIN, *Pro Hac Vice*
> GINNI G. KIM, *Pro Hac Vice*
>
> Attorneys for Plaintiffs
> ATOOI ALOHA, LLC, CRAIG B.
> STANLEY, as Trustee for THE EDMON
> KELLER AND CLEAVETTE MAE
> STANLEY FAMILY TRUST; CRAIG B.
> STANLEY, Individually; and MILLICENT
> ANDRADE, Individually