THOMAS D. YANO   3780
4374 Kukui Grove Street, Suite 204
Lihue, Kaua'i, Hawai'i 96766
Telephone: (808) 245-8686
Metrofax:  (877) 888-7657
Email: thomasdyano@gmail.com

Attorney for Defendant
CRISTETA C. OWAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, A Nevada Limited Liability Company, CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually, MILLICENT ANDRADE, individually,<br><br>            Plaintiffs,<br><br>vs.<br><br>ABNER GUARINO, AURORA GUARINO, INVESTOR FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawai'i limited liability company, CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I and Does 1-100 Inclusive,<br><br>            Defendants. | CIVIL NO. 16-00347 JMS RLP<br><br>NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE |

NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

THOMAS D. YANO hereby enters his appearance as counsel for Defendant CRISTETA C. OWAN and requests service of all pleadings and notices filed herein.

DATED: October 9, 2017

_____
THOMAS D. YANO
Attorney for Defendant Cristeta C. Owan