THOMAS D. YANO  3780
4374 Kukui Grove Street, Suite 204
Lihue, Kaua'i, Hawai'i  96766
Telephone:  (808) 245-8686
Facsimile:  (808) 245-6771
Email:  thomasdyano@gmail.com

Attorney for Defendant
CRISTETA C. OWAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, A Nevada Limited Liability Company, CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually, MILLICENT ANDRADE, individually,<br><br>                    Plaintiffs,<br>    vs.<br><br>ABNER GAURINO, AURORA GAURINO, ABIGAIL GAURINO, INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawai'i limited liability company, CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I and Does 1-100 Inclusive,<br><br>                    Defendants. | CIVIL NO. 16-00347 JMS RLP<br><br>DEFENDANT CRISTETA C. OWAN'S EX PARTE APPLICATION TO EXTEND RULE 16 SCHEDULING ORDER DEADLINE TO FILE DISPOSITIVE MOTIONS; DECLARATION OF COUNSEL; PROPOSED ORDER GRANTING DEFENDANT CRISTETA C. OWAN'S EX PARTE APPLICATION TO EXTEND RULE 16 SCHEDULING ORDER DEADLINE TO FILE DISPOSITIVE MOTIONS; CERTIFICATE OF SERVICE<br><br>Judge:  Honorable Richard L. Puglisi<br><br>Trial:  March 27, 2018 at 9:00 a.m. |
| APT-320, LLC, Hawaii Limited Liability Company,<br>               Third-Party Plaintiff,<br>    vs.<br><br>APARTMENT OWNERS OF DIAMOND HEAD SANDS,<br><br>               Third-Party Defendant. | |

DEFENDANT CRISTETA C. OWAN'S EX PARTE
APPLICATION TO EXTEND RULE 16 SCHEDULING
ORDER DEADLINE TO FILE DISPOSITIVE MOTIONS

Comes now Defendant CRISTETA C. OWAN above-named, by and through her undersigned counsel, THOMAS D. YANO, and moves for an order to extend Rule 16 Scheduling Order Deadline to File Dispositive Motions presently set for October 25, 2017.

This Motion is made pursuant to Local Rules 6.2(c), LR-7.1, LR-7.2, LR-7.3 and LR-7.5 of the Local Rules of Practice of the United States District Court for the District of Hawaii, and is supported by the attached Declaration of Counsel, the records and files herein, and such other information as may be presented further herein.

DATED: Lihue, Kaua'i, Hawai'i,  October 22, 2017.

THOMAS D. YANO
Attorney for Defendant
CRISTETA C. OWAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, A Nevada Limited Liability Company, CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually, MILLICENT ANDRADE, individually,<br><br>      Plaintiffs,<br>vs.<br><br>ABNER GAURINO, AURORA GAURINO, ABIGAIL GAURINO, INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawai'i limited liability company, CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I and Does 1-100 Inclusive,<br><br>      Defendants. | CIVIL NO. 16-00347 JMS RLP<br><br>DECLARATION OF COUNSEL |
| APT-320, LLC, Hawaii Limited Liability Company,<br>    Third-Party Plaintiff,<br><br>vs.<br><br>APARTMENT OWNERS OF DIAMOND HEAD SANDS,<br><br>    Third-Party Defendant. | |

## DECLARATION OF COUNSEL

  THOMAS D. YANO, hereby declares and says:

  1. I am the attorney for Defendant CRISTETA C. OWAN in this case.

  2. I make the following statements from personal knowledge and am competent to do so.

3

3.      Attorneys Charles A. Price, Esq. and William J. Plum, Esq. representing Defendants Apt-320, LLC and Investors Funding Corporation, Francis P. Hogan, Esq. representing Fidelity National Tile & Escrow of Hawaii, Inc. and Rommel Guzman, and John R. Remis, Jr., Esq. and Robert D. Eheler, Jr., Esq. representing Defendants Abner Gaurino, Aurora Gaurino and Abigail Gaurino in this proceeding have all agreed and are willing to stipulate to allowing Defendant CRISTETA C. OWAN an extension of the Rule 16 Scheduling Order Deadline to File Dispositive Motions which is presently set for October 25, 2017.

4.      Plaintiffs' attorneys are the only parties to date that have not agreed to stipulate to allowing Defendant CRISTEA C. OWAN an extension of the present Rule 16 Scheduling Order Deadline to File Dispositive Motions.

5.      Discovery has not been completed.

6.      Defendant CRISTETA C. OWAN's deposition has not yet been scheduled.

7.      On information and belief, a third party may still be added to this case.

8.      Given the present Trial date of March 27, 2018, according to Rule 7.3 of the Local Rules of Practice of the United States District Court for the District of Hawaii ("Local Rule 7.3") the current, absolute Rule 16 Scheduling Order Deadline to File Dispositive Motions would be on or about February 20, 2018. Local Rule 7.3, states as follows:

> Unless otherwise ordered by the court, all dispositive motions shall be heard no later than thirty-five (35) days (five weeks) prior to the scheduled trial date.

9.      Based on the foregoing, your Declarant would pray for an extension up to and including December 26, 2017 or such other date as is deemed appropriate under the present circumstances.

10.     This Motion is filed in good faith and not for purposes of delay.

I, THOMAS D. YANO, do declare under penalty of law that the foregoing is true and correct to the best of my personal knowledge, information and belief.

DATED: Lihue, Kaua'i, Hawai'i, _October 22, 2017_.

_/s/ Thomas D. Yano_
THOMAS D. YANO
Attorney for Defendant
CRISETA C. OWAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, A Nevada Limited Liability Company, CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually, MILLICENT ANDRADE, individually,<br><br>                   Plaintiffs,<br>vs.<br><br>ABNER GAURINO, AURORA GAURINO, ABIGAIL GAURINO, INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawai'i limited liability company, CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I and Does 1-100 Inclusive,<br><br>                   Defendants. | CIVIL NO. 16-00347 JMS RLP<br><br>PROPOSED ORDER GRANTING DEFENDANT CRISTETA C. OWAN'S EX PARTE APPLICATION TO EXTEND RULE 16 SCHEDULING ORDER DEADLINE TO FILE DISPOSITIVE MOTIONS |
| APT-320, LLC, Hawaii Limited Liability Company,<br>               Third-Party Plaintiff,<br>vs.<br>APARTMENT OWNERS OF DIAMOND HEAD SANDS,<br>               Third-Party Defendant. | |

PROPOSED ORDER GRANTING DEFENDANT
CRISTETA C. OWAN'S EX PARTE APPLICATION
TO EXTEND RULE 16 SCHEDULING ORDER
<u>DEADLINE TO FILE DISPOSITIVE MOTIONS</u>

It appearing to the satisfaction of the undersigned judge that Defendant Cristeta C.

Owan's Ex Parte Application to Extend Rule 16 Scheduling Order Deadline to File Dispositive Motions is appropriate and reasonable,

    IT IS HEREBY ORDERED that Defendant Cristeta C. Owan's Ex Parte Application to Extend Rule 16 Scheduling Order Deadline to File Dispositive Motions is granted and that the time within which Defendant CRISTETA C. OWAN may file her dispositive motions is extended to (December 26, 2017) or _____ .

    DATED: Honolulu, Hawai'i, _____ .

                                                          JUDGE OF THE ABOVE ENTITLED COURT

CIVIL NO. 16-00347 JMS RLP; ATOOI ALOHA, LLC, et al. vs. GAURINO, et al.; Proposed Order Granting Defendant Cristeta C. Owan's Ex Parte Application to Extend Rule 16 Scheduling Order Deadline to File Dispositive Motions

6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, A Nevada Limited Liability Company, CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually, MILLICENT ANDRADE, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> ABNER GAURINO, AURORA GAURINO, ABIGAIL GAURINO, INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawai'i limited liability company, CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I and Does 1-100 Inclusive, <br><br> Defendants. | CIVIL NO. 16-00347 JMS RLP <br><br> CERTIFICATE OF SERVICE |
| APT-320, LLC, Hawaii Limited Liability Company, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> APARTMENT OWNERS OF DIAMOND HEAD SANDS, <br><br> Third-Party Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of DEFENDANT CRISTETA C. OWAN'S EX PARTE APPLICATION TO EXTEND RULE 16 SCHEDULING ORDER DEADLINE TO FILE DISPOSITIVE MOTIONS will be served electronically via CM/ECF, c/o the United States District Court for the District of Hawaii:

7

DENNIS W. CHONG KEE, ESQ.
W. KEONI SHULTZ, ESQ.
CHRISTOPHER T. GOODIN, ESQ.
Cades Schutte Building
1000 Bishop Street, Suite 1200

and

ECOFF CAMPAIN & TILLES, LLP
A Limited Liability Law Partnership
LAWRENCE C. ECOFF, *Pro Hac Vice*
ALBERTO J. CAMPAIN, *Pro Hac Vice*
GINNI G. KIM, *Pro Hac Vice*
280 S. Beverly Drive, Suite 504
Beverly Hills, CA 90212
Attorneys for Plaintiffs
ATOOI ALOHA, LLC, CRAIG B. STANLEY,
as Trustee for THE EDMON KELLER and
Cleavette Mae Stanley Family Trust; CRAIG
B. STANLEY, Individually; and MILLICENT
ANDRADE, Individually

JOHN R. REMIS, JR., ESQ.
P.O. Box 38112
Honolulu, Hawaii 96837

and

ROBERT D. EHELER, JR., ESQ.
1003 Bishop Street, Suite 2700
Honolulu, Hawaii 96813
Attorneys for Defendants
ABNER GAURINO, AURORA GAURINO
and ABIGAIL GAURINO

WAYNE NASSER, ESQ.
FRANCIS P. HOGAN, ESQ.
First Hawaiian Center, Suite 1400
999 Bishop Street
Honolulu, Hawaii 96813
Attorneys for Defendants
FIDELITY NATIONAL TITLE & ESCROW
OF HAWAII, INC. and ROMMEL GUZMAN

        CHARLES A. PRICE, ESQ.
        Koshiba Price & Gruebner
        707 Richards Street, Suite 610
        Honolulu, Hawaii 96813

        and

        WILLIAM J. PLUM, ESQ.
        The Plum Law Office, ALC
        P.O. Box 3503
        Honolulu, Hawaii 96811
        Attorneys for Defendants
        INVESTORS FUNDING CORPORATION
        and APT-320, LLC

DATED: Lihue, Kaua'i, Hawai'i, _October 22, 2017_.


                                            THOMAS D. YANO
                                            Attorney for Defendant
                                            CRISTETA C. OWAN