ANDERSON LAHNE & FUJISAKI LLP
A Limited Liability Law Partnership

PHILIP L. LAHNE            (3709-O)
PAMELA J. SCHELL           (6408-O)
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
Telephone: (808) 536-8177
email: plahne@alf-hawaii.com
       pschell@alf-hawaii.com

Attorneys for Defendant
ASSOCIATION OF APARTMENT OWNERS
OF DIAMOND HEAD SANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ABNER GUARINO; AURORA GAURINO; ABIGAIL GUARINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii limited liability company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive,<br><br>Defendants. | Case No. 16-00347 JMS RLP<br><br>NOTICE OF APPEARANCE<br>(Philip L. Lahne)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*(Caption continued on next page)* |

|  |  |
|---|---|
| APT-320, LLC, a Hawaii Limited Liability Company | ) ) ) ) |
| Third Party Plaintiff | ) ) ) ) |
| APARTMENT OWNERS OF DIAMOND HEAD SANDS, | ) ) ) |
| Third Party Defendant. | ) ) |
| ABIGAIL LEE GAURINO; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually, | ) ) ) ) ) ) |
| Third Party Cross-Claim Defendants. | ) ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that PHILIP L. LAHNE, ESQ., partner in the law firm of Anderson Lahne & Fujisaki LLP A Limited Liability Law Partnership, hereby enters his appearance in this case for Defendant ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS ("Association"). The Association, through its counsel, hereby requests that all pleadings, documents and other papers served or filed in this case by any other party in interest, be served on the Association to the following address:

        ANDERSON LAHNE & FUJISAKI LLP
        A Limited Liability Law Partnership

PHILIP L. LAHNE
PAMELA J. SCHELL
733 Bishop Street, Suite 2301
Honolulu, Hawaii  96813
Telephone: (808) 536-8177
email: plahne@alf-hawaii.com
 pschell@alf-hawaii.com


Dated: Honolulu, Hawai`i, October 26, 2017


/s/ Philip L. Lahne
PHILIP L. LAHNE
PAMELA J. SCHELL
Attorneys for Defendant
ASSOCIATION OF APARTMENT OWNERS OF
DIAMOND HEAD SANDS