IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>           Plaintiffs,<br><br>vs.<br><br>ABNER GUARINO; AURORA GAURINO; ABIGAIL GUARINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii limited liability company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive,<br>           Defendants.<br>_____<br><br>APT-320, LLC, a Hawaii Limited Liability Company<br><br>           Third Party Plaintiff<br><br>APARTMENT OWNERS OF | Case No. 16-00347 JMS RLP<br><br>SUMMONS<br><br><br><br><br><br><br><br><br>*Caption continued on next page)* |

```
DIAMOND HEAD SANDS,              )
       Third Party Defendant.    )
                                 )
                                 )
ABIGAIL LEE GAURINO; CRAIG B.    )
STANLEY, as Trustee for THE      )
EDMON KELLER AND CLEAVETTE       )
MAE STANLEY FAMILY TRUST;        )
CRAIG B. STANLEY, individually,  )
                                 )
       Third Party               )
       Cross-Claim Defendants.   )
                                 )
_____)
```

## SUMMONS

To Defendant and
Third Party Plaintiff:       APT-320, LLC, a Hawaii Limited Liability Company

To Plaintiffs and
Third Party Counter-         CRAIG B. STANLEY, as Trustee for THE EDMON
Claim Defendants:            KELLER AND CLEAVETTE MAE STANLEY
                             FAMILY TRUST and CRAIG B. STANLEY,
                             individually

To Defendant and Third
Party Cross-claim Defendant:   ABIGAIL LEE GAURINO

You are hereby summoned and required to file with the Court and serve upon Anderson Lahne & Fujisaki LLP A Limited Liability Law Partnership, attorneys for Third Party Defendant ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS, whose address is 733 Bishop Street, Suite 2301, Pacific Guardian Center, Makai Tower, Honolulu, Hawaii 96813, an answer to the Third

Party Counterclaim or Third Party Cross-Claim which is served upon you, within twenty-one (21) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Third Party Counterclaim or Third Party Cross-Claim.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

DATED: Honolulu, Hawaii  October 26, 2017 .



SUE BEITIA
Clerk of the above-entitled Court

/s/SUE BEITIA by AFC, Deputy Clerk