Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

WAYNE NASSER      1097-0
FRANCIS P. HOGAN   2722-0
First Hawaiian Center, Suite 1400
999 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 539-0400
Facsimile:   (808) 533-4945
E-mail:      wnasser@awlaw.com
               fhogan@awlaw.com

Attorneys for Defendants
 FIDELITY NATIONAL TITLE & ESCROW
 OF HAWAII, INC. and ROMMEL GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ATOOI ALOHA, LLC, an Nevada Limited Liability Company, et al. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 16-00347 JMS RLP<br><br>CERTIFICATE OF SERVICE |
|---|---|---|
| Plaintiffs, | | |
| vs. | | |
| ABNER GAURINO, et al. | | |
| Defendants. | | |

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that true and correct copies of:  1)

DEFENDANTS FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC.

2069288 v1

AND ROMMEL GUZMAN'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS ASSERTED BY PLAINTIFFS AGAINST FIDELITY AND GUZMAN IN THE FIRST AMENDED COMPLAINT [#30], FILED ON 5/8/17; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF WAYNE NASSER; EXHIBITS "A"-"I"; CERTIFICATE OF SERVICE [#166], filed on October 25, 2017; and 2) DEFENDANTS FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC. AND ROMMEL GUZMAN'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE [#167], filed on October 25, 2017, were duly served on October 26, 2017 on the following party by United States mail, postage prepaid:

> PHILIP L. LAHNE, ESQ.
> PAMELA J. SCHELL, ESQ.
> Anderson Lahne & Fujisaki LLP
> 733 Bishop Street, Suite 2301
> Honolulu, Hawaii 96813
>
> Attorneys for Third-Party Defendant
>   APARTMENT OWNERS OF
>   DIAMOND HEAD SANDS

DATED:  Honolulu, Hawaii; October 26, 2017.

>                         /s/ Wayne Nasser
>                         WAYNE NASSER
>                         FRANCIS P. HOGAN
>                         Attorneys for Defendants
>                           Fidelity National Title & Escrow of
>                           Hawaii, Inc. and Rommel Guzman