ANDERSON LAHNE & FUJISAKI LLP
A Limited Liability Law Partnership

PHILIP L. LAHNE        (3709-O)
PAMELA J. SCHELL    (6408-O)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
Telephone: (808) 536-8177
email: plahne@alf-hawaii.com
           pschell@alf-hawaii.com

Attorneys for Third-Party Defendant,
Third Party Counterclaimant and
Third Party Cross-claimant
ASSOCIATION OF APARTMENT OWNERS
OF DIAMOND HEAD SANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, <br><br>                Plaintiffs, <br><br> vs. <br><br> ABNER GUARINO; AURORA GAURINO; ABIGAIL GUARINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation | Case No. 16-00347 JMS RLP <br><br> CORPORATE DISCLOSURE STATEMENT <br><br><br><br><br><br><br><br><br><br><br> *(Caption continued on next page)* |

Agreement dated June 30, 2014; APT-320, LLC, a Hawaii limited liability company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive,

          Defendants.

APT-320, LLC, a Hawaii Limited Liability Company

          Third Party Plaintiff

APARTMENT OWNERS OF DIAMOND HEAD SANDS,

          Third Party Defendant.

ABIGAIL LEE GAURINO; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually,

          Third Party Cross-Claim Defendants.

## CORPORATE DISCLOSURE STATEMENT

Third Party Defendant, Third Party Counterclaimant, and Third Party Cross-claimant ASSOCIATION OF APARTMENT OWNERS OF DIAMOND

HEAD SANDS ("Association"), by and through its attorneys, Anderson Lahne & Fujisaki LLP A Hawaii Limited Liability Law Partnership, herein discloses that the Association is a non-governmental Hawaii nonprofit corporation which operates and administers the Diamond Head Sands condominium project, situate, lying and being on the west side of Kanaina Avenue at Kapahulu, Honolulu, City and County of Honolulu, State of Hawaii, and is established and existing pursuant to Chapter 514A and/or Chapter 514B, Hawai'i Revised Statutes, and that certain Diamond Head Sands Declaration of Horizontal Property Regime under Chapter 514, Hawaii Revised Statutes filed on December 23, 1974 in the Bureau of Conveyances of the State of Hawaii in Liber 10334 at Page 417, and the Association's Bylaws attached thereto, as amended and/or restated. No parent or other publicly held corporation owns ten percent (10%) or more of its stock.

This disclosure is made pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, October 27, 2017                    .

/s/ Pamela J. Schell
PHILIP L. LAHNE
PAMELA J. SCHELL
Attorneys for Third-Party Defendant, Third Party Counterclaimant and Third Party Cross-Claimant
ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS