ANDERSON LAHNE & FUJISAKI LLP
A Limited Liability Law Partnership

PHILIP L. LAHNE       (3709)
PAMELA J. SCHELL     (6408)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
Telephone: (808) 536-8177
email: plahne@alf-hawaii.com
       pschell@alf-hawaii.com

Attorneys for Third Party Defendant Defendant, Third Party CounterClaim Plaintiff and Third Party Cross-Claim Plaintiff
ASSOCIATION OF APARTMENT OWNERS
OF DIAMOND HEAD SANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ABNER GUARINO; AURORA GAURINO; ABIGAIL GUARINO; INVESTORS FUNDING | Case No. 16-00347 JMS RLP<br><br>CERTIFICATE OF SERVICE<br><br>re: [Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Answer to Defendant and Third Party Plaintiff APT-320 LLC's Third Party Complaint Against Association of Apartment Owners of Diamond Head Sands filed on September 26, 2017; Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Counterclaim; Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Cross- |

| | |
|---|---|
| CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii limited liability company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive,<br><br>    Defendants.<br>_____<br><br>APT-320, LLC, a Hawaii Limited Liability Company<br><br>   Third Party Plaintiff<br><br><br><br>APARTMENT OWNERS OF DIAMOND HEAD SANDS,<br><br>   Third Party Defendant.<br><br>ABIGAIL LEE GAURINO; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually,<br><br>   Third Party<br>   Cross-Claim Defendants.<br>_____ | ) Claim Against Defendant and Third<br>) Party Cross-Claim Defendant Abigail<br>) Lee Gaurino and Plaintiffs and Third<br>) Party Cross-Claim Defendants Craig B.<br>) Stanley, as Trustee for the Edmon Keller<br>) and Cleavette Mae Stanley Family Trust;<br>) and Craig B. Stanley, Individually;<br>) Notice Re: Approved Housing<br>) Counselors and Approved Budget and<br>) Credit Counselors; Exhibits "A" and "B"<br>) ] |

## CERTIFICATE OF SERVICE

re: [Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Answer to Defendant and Third Party Plaintiff APT-320 LLC's Third Party

Complaint Against Association of Apartment Owners of Diamond Head Sands filed on September 26, 2017; Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Counterclaim; Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Cross-Claim Against Defendant and Third Party Cross-Claim Defendant Abigail Lee Gaurino and Plaintiffs and Third Party Cross-Claim Defendants Craig B. Stanley, as Trustee for the Edmon Keller and Cleavette Mae Stanley Family Trust; and Craig B. Stanley, Individually; Notice Re: Approved Housing Counselors and Approved Budget and Credit Counselors; Exhibits "A" and "B" ]

The undersigned hereby certifies that Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Answer to Defendant and Third Party Plaintiff Apt-320 LLC's Third Party Complaint Against Association of Apartment Owners of Diamond Head Sands filed on September 26, 2017; Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Counterclaim; Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Cross-Claim Against Defendant and Third Party Cross-Claim Defendant Abigail Lee Gaurino and Plaintiffs and Third Party Cross-Claim Defendants Craig B. Stanley, as Trustee for the Edmon Keller and Cleavette Mae Stanley Family Trust; and Craig B. Stanley, Individually; Notice re: Approved Housing Counselors and Approved Budget and Credit Counselors; Exhibits "A" and "B" ("ACC") was filed herein as Document #169 and served (to refile Document #168, the Answer to Third Party Complaint, filed and served electronically as purported ACC on October 25, 2017) upon the following parties electronically, through CM/ECF, on October 26, 2017:

      CHARLES A. PRICE, ESQ.
      cprice@koshibalaw.com / jseki@koshibalaw.com
      and   WILLIAM J. PLUM, ESQ.
      wplum@plumlaw.com
          Attorneys for Defendants
          INVESTORS FUNDING CORPORATION and
          APT-320, LLC and Third Party Plaintiff/ Third Party
          Counterclaim Defendant APT-320, LLC

DENNIS W. CHONG KEE, ESQ. / W. KEONI SHULTZ, ESQ.
CHRISTOPHER T. GOODIN, ESQ.
dchongkee@cades.com / wshultz@cades.com / cgoodin@cades.com / akawamura@cades.com / acoloma@cades.com / lchongkee@cades.com
and
LAWRENCE C. ECOFF, ESQ. /ALBERTO J. CAMPAIN, ESQ.
GINNI G. KIM, ESQ.
ecoff@ecofflaw.com / campain@ecofflaw.com / kim@ecofflaw.com / aguero@ecofflaw.com /marquez@ecofflaw.com yoon@ecofflaw.com
       Attorneys for Plaintiffs (and Cross-claim Defendant Defendant Craig B.Stanley and Craig B. Stanley, an individual)
       ATOOI ALOHA, LLC an Nevada Limited Liability Company,   CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST, CRAIG B. STANLEY, individually, and Third Party Cross-Claim Defendants CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST, CRAIG B. STANLEY, individually


JOHN R. REMIS, JR., ESQ.
JRRHNL@aol.com
and
ROBERT D. EHELER, ESQ.
rdelawoffice@gmail.com
    Attorneys for Defendant/Third Party Cross-Claim Defendant
    ABIGAIL LEE GAURINO and Defendants
    ABNER GAURINO and AURORA GAURINO


WAYNE NASSER, ESQ.
FRANCIS P. HOGAN, ESQ.
wnasser@awlaw.com / fhogan@awlaw.com   lsasaki@awlaw.com
lsakuoto@awlaw.com
    Attorney for Defendants
    FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC., and ROMMEL GUZMAN

THOMAS D. YANO, ESQ.
thomas.yano@hawaiiantel.net
    Attorney for Defendant CRISTETA C. OWAN

DATED: Honolulu, Hawaii  October 27, 2017                              .

                /s/ Pamela J. Schell
                PHILIP L. LAHNE
                PAMELA J. SCHELL
                Attorneys for Third Party Defendant, Third Party CounterClaim Plaintiff and Third Party Cross-Claim Plaintiff
                ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS