ANDERSON LAHNE & FUJISAKI LLP
A Limited Liability Law Partnership

PHILIP L. LAHNE        (3709)
PAMELA J. SCHELL     (6408)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawaii  96813
Telephone:  (808) 536-8177
email: plahne@alf-hawaii.com
         pschell@alf-hawaii.com

Attorneys forThird Party Defendant. Third Party
 Counterclaimant and Third Party
 Cross-Claimant
ASSOCIATION OF APARTMENT OWNERS
OF DIAMOND HEAD SANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, | Case No. 16-00347 JMS RLP |
| | CERTIFICATE OF SERVICE |
| | re: [Notice of Appearance- Philip L. Lahne, (#172)] |
| Plaintiffs, | |
| vs. | |
| ABNER GUARINO; AURORA GAURINO; ABIGAIL GUARINO; INVESTORS FUNDING CORPORATION, as Trustee for an | *(Caption continued on next page)* |

| | |
|---|---|
| unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii limited liability company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |
| _____ | ) |
| APT-320, LLC, a Hawaii Limited Liability Company | ) ) ) |
| Third Party Plaintiff | ) |
| | ) ) ) |
| APARTMENT OWNERS OF DIAMOND HEAD SANDS, | ) ) ) |
| Third Party Defendant. | ) |
| | ) |
| ABIGAIL LEE GAURINO; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually, | ) ) ) ) ) ) |
| Third Party Cross-Claim Defendants. | ) ) |

CERTIFICATE OF SERVICE
re: [Notice of Appearance (Philip L. Lahne, #172)]

The undersigned hereby certifies that a copy of Third-party Defendant/Third Party Counterclaimant/Third Party Cross-claimant Association of Apartment Owners

of Diamond Head Sands' Notice of Appearance (Philip L. Lahne, #172) was filed and served upon the following parties electronically, through CM/ECF, unless otherwise indicated, on October 26. 2017:

>CHARLES A. PRICE, ESQ.
>cprice@koshibalaw.com / jseki@koshibalaw.com
>and    WILLIAM J. PLUM, ESQ.
>wplum@plumlaw.com
>>Attorneys for Defendants
>
>>INVESTORS FUNDING CORPORATION and
>>APT-320, LLC and Third Party Plaintiff/ Third Party Counterclaim Defendant  APT-320, LLC
>
>DENNIS W. CHONG KEE, ESQ. / W. KEONI SHULTZ, ESQ.
>CHRISTOPHER T. GOODIN, ESQ.
>dchongkee@cades.com / wshultz@cades.com / cgoodin@cades.com / akawamura@cades.com / acoloma@cades.com / lchongkee@cades.com
>and
>LAWRENCE C. ECOFF, ESQ. /ALBERTO J. CAMPAIN, ESQ.
>GINNI G. KIM, ESQ.
>ecoff@ecofflaw.com / campain@ecofflaw.com / kim@ecofflaw.com / aguero@ecofflaw.com /marquez@ecofflaw.com yoon@ecofflaw.com
>>Attorneys for Plaintiffs (and Cross-claim Defendant Defendant Craig B.Stanley and Craig B. Stanley, an individual)
>>ATOOI ALOHA, LLC an Nevada Limited Liability Company,          CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST, CRAIG B. STANLEY, individually, and Third Party Cross-Claim Defendants CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST, CRAIG B. STANLEY, individually

      JOHN R. REMIS, JR., ESQ.
      JRRHNL@aol.com
      and
      ROBERT D. EHELER, ESQ.
      rdelawoffice@gmail.com
           Attorneys for Defendant/Third Party Cross-Claim Defendant
           ABIGAIL LEE GAURINO and Defendants
           ABNER GAURINO and AURORA GAURINO


      WAYNE NASSER, ESQ.
      FRANCIS P. HOGAN, ESQ.
      wnasser@awlaw.com / fhogan@awlaw.com    lsasaki@awlaw.com
      lsakuoto@awlaw.com
           Attorney for Defendants
           FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC.,
           and ROMMEL GUZMAN


      THOMAS D. YANO, ESQ.
      thomas.yano@hawaiiantel.net
           Attorney for Defendant CRISTETA C. OWAN


      DATED:  Honolulu, Hawaii October 27, 2017                            .


                                /Pamela J. Schell
                                PHILIP L. LAHNE
                                PAMELA J. SCHELL
                                Attorneys for Third Party Defendant, Third Party Counterclaimant and Third Party Cross-Claimant
                                ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS