**JOHN R. REMIS, JR., #4593**
P. O. Box 38112
Honolulu, Hawai'i  96837
Telephone: (808) 524-4343
Facsimile: (888) 502-9102
E-Mail: JRRHNL@aol.com

**ROBERT D. EHELER, Jr., #5786**
Pauahi Tower at Bishop Square
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i  96813
Telephone:  (808) 531-9957
Facsimile: (866) 612-9956
E-Mail: rdelawoffice@gmail.com

Attorneys for Crossdefendant
ABIGAIL GAURINO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ATOOI ALOHA, LLC, an[sic] Nevada Limited Liability Company, CRAIG B. STANLEY, as TRUSTEE for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, <br><br>             Plaintiffs, <br><br>        vs. <br><br> ABNER GAURINO, AURORA GAURINO, ABIGAIL GAURINO, INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation | Civil No. 16-00347 JMS - RLP <br><br> **CERTIFICATE OF SERVICE** <br> RE: Gaurino Defendants' Motion [#184] for Leave to Extend Time to File Joinder to Defendants Fidelity National Title & Escrow of Hawai'i, Inc. and Rommel Guzman's Motion for Summary Judgment on All Claims Asserted by Plaintiffs Against Fidelity and Guzman in the First Amended Complaint [#30], Filed on 5/8/17 |

| | |
|---|---|
| Agreement dated June 30, 2014;<br>APT-320, LLC, a Hawaiʻi Limited<br>Liability Company, CRISTETA C.<br>OWAN, an individual; ROMMEL<br>GUZMAN; FIDELITY NATIONAL<br>TITLE & ESCROW OF HAWAIʻI and<br>DOES 1-100 Inclusive,<br><br>           Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*(Caption continued on next page)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 2, 2017 a true and correct copy of the Gaurino Defendants' Motion [#184] for Leave to Extend Time to File Joinder to Defendants Fidelity National Title & Escrow of Hawai'i , Inc. and Rommel Guzman's Motion for Summary Judgment on All Claims Asserted by Plaintiffs Against Fidelity and Guzman in the First Amended Complaint [#30], Filed on 5/8/17 was served upon the following parties via CM/ECF:

**DENNIS W. CHONG KEE, Esq.**
**W. KEONI SHULTZ, Esq.**
**CHRISTOPHER T. GOODIN, Esq.**
Cades Schutte LLP
1000 Bishop Street, Fl. 10
Honolulu, Hawaiʻi  96813
dchongkee@cades.com

Attorneys for Plaintiffs

**LAWRENCE C. ECOFF, Esq.**
**ALBERTO J. CAMPAIN, Esq.**
**GINNI G. KIM, Esq.**
Ecoff Campain & Tilles, LLP
280 S. Beverly Hill, Suite 504
Beverly Hills, California 90212
ecoff@ecofflaw.com

Attorneys *Pro Hac Vice* for Plaintiffs

ATOOI ALOHA, LLC; CRAIG STANLEY,
as Trustee for The Edmon Keller and
Cleavette Mae Stanley Family Trust;
CRAIG B. STANLEY, Individually; and
MILLICENT ANDRADE, Individually

**WAYNE P. NASSER, Esq.**
**FRANK HOGAN, Esq.**
999 Bishop Street, Suite 1400
Honolulu, Hawai'i  96813
wnasser@awlaw.com

Attorney for Defendants

FIDELITY NATIONAL TITLE &
ESCROW OF HAWAI'I and ROMMEL GUZMAN

**CHARLES A. PRICE, Esq.**
KOSHIBA PRICE & GRUEBNER, ALC
707 Richards Street, Suite 610
Honolulu, Hawai'i  96813
cprice@koshibalaw.com

**WILLIAM J. PLUM**
The Plum Law Office, A Law Corporation
P.O. Box 3503
Honolulu, Hawai'i  96811
wplum@plumlaw.com

Attorneys for Defendant
APT-320, LLC

**THOMAS D. YANO, Esq.**
4374 Kukui Grove Street, Suite 204
Līhuʻe, Hawaiʻi 96766
thomasdyano@gmail.com

Attorney for Defendant
CRISTETA C. OWAN

Dated: Honolulu, Hawaiʻi, November 2, 2017.

/s/ John R. Remis, Jr.
John R. Remis, Jr.
Robert D. Eheler, Jr.
Attorneys for Gaurino Defendants