**JOHN R. REMIS, JR., #4593**
P. O. Box 38112
Honolulu, Hawaiʻi  96837
Telephone: (808) 524-4343
Facsimile: (888) 502-9102
E-Mail: JRRHNL@aol.com

**ROBERT D. EHELER, Jr., #5786**
Pauahi Tower at Bishop Square
1003 Bishop Street, Suite 2700
Honolulu, Hawaiʻi  96813
Telephone:  (808) 531-9957
Facsimile: (866) 612-9956
E-Mail: rdelawoffice@gmail.com

Attorneys for Defendants
ABNER GAURINO, AURORA GAURINO
and ABIGAIL GAURINO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAIʻI**

| | |
|---|---|
| ATOOI ALOHA, LLC, an[sic] Nevada Limited Liability Company, CRAIG B. STANLEY, as TRUSTEE for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, <br><br>  Plaintiffs, <br><br> vs. <br><br> ABNER GAURINO, AURORA GAURINO, ABIGAIL GAURINO, INVESTORS FUNDING CORPORATION, as Trustee for an | Civil No. 16-00347 JMS - RLP <br><br> **DEFENDANTS AND THIRD PARTY PLAINTIFFS ABNER GAURINO, AURORA GAURINO AND ABIGAIL GAURINO'S THIRD PARTY COMPLAINT AGAINST THIRD PARTY DEFENDANTS BEVERLY G. ALVAREZ, Individually and doing business as Westrend Realty, VERLIN LIM SANCIANGCO AND WESTREND REALTY, INC., a California Corporation** <br><br> (Caption continued on next page) |

| | |
|---|---|
| unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaiʻi Limited Liability Company, CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAIʻI and DOES 1-100 Inclusive, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| ABNER GAURINO, AURORA GAURINO AND ABIGAIL GAURINO, | ) ) ) ) ) |
| Third Party Plaintiffs, | ) ) |
| vs. | ) ) |
| BEVERLY G. ALVAREZ, Individually and doing business as Westrend Realty, VERLIN LIM SANCIANGCO AND WESTREND REALTY, INC., a California Corporation, | ) ) ) ) ) ) |
| Third Party Defendants. | ) ) ) |

**DEFENDANTS AND THIRD PARTY PLAINTIFFS ABNER GAURINO, AURORA GAURINO AND ABIGAIL GAURINO'S THIRD PARTY COMPLAINT AGAINST THIRD PARTY DEFENDANTS BEVERLY G. ALVAREZ, INDIVIDUALLY AND DOING BUSINESS AS WESTREND REALTY, VERLIN LIM SANCIANGCO AND WESTREND REALTY, INC., A CALIFORNIA CORPORATION**

Defendants and Third Party Plaintiffs, Abner Gaurino, Aurora Gaurino and Abigail Gaurino bring a third party complaint against Beverly G. Alvarez, Individually and doing business as Westrend Realty, Verlin Lim Sanciangco, and Westrend Realty, Inc., a California Corporation and allege as follows:

## JURISDICTION:

1. This Court has supplemental jurisdiction over the above Third Party Defendants pursuant to 28 U.S.C. § 1367. The First Amended Complaint alleges violations of "Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5SEC", violations of which this Court has exclusive jurisdiction, and diversity jurisdiction pursuant to 28 U.S.C. § 1332. This Third Party Complaint alleges claims arising out of the same case or controversy.

2. This Court has further supplemental jurisdiction pursuant to H.R.S. § 634-35 because the Third Party Defendants unlawfully conducted a real estate transaction in Hawai'I involving Hawai'i real estate.

## PARTIES:

3. Abner Gaurino is and was at all times relevant herein, a California resident;

4. Aurora Gaurino is and was at all times relevant herein, a California resident;

5. Abigail Gaurino is and was at all times relevant herein, a California resident;

6. Upon information and belief, Verlin Lim Sanciangco is and was at all times relevant herein, a California resident and a California licensed real estate salesperson operating under license number 01707290 with the California Bureau of Real Estate;

7. Upon information and belief, Beverly G. Alvarez is and was at all times relevant herein, a California Resident and a California Licensed real estate broker doing business as Westrend Realty, operating under license number 01263030 with the California Bureau of Real Estate and the Licensed/Designated Officer for Westrend Realty, Inc.;

8. Upon information and belief, Westrend Realty, Inc. is a California corporation with its principal place of business located at 3610 Central Avenue, Suite 400, Riverside, California 92506 and a branch office located at 8880 Benson Avenue, Suite 108, Montclair, California 91763;

9. Upon information and belief, Beverly G. Alvarez, as the principal broker or broker in charge, of Westrend Realty, Inc., is Mr. Sanciangco's employing broker;

10. Upon information and belief, Mr. Sanciangco was at all times herein alleged the branch and/or division manager for Westrend Realty, Inc.'s branch office with a physical address of 8880 Benson Avenue, Suite 108, Montclair, California 91763 and held himself out to be the founder and Chief Executive Officer. Mr. Sanciangco controlled and directed the branch office's actions and conduct.

## FACTUAL ALLEGATIONS:

11. Upon information and belief, Ms. Alvarez, as the principal broker or broker in charge, knew or should have known of Mr. Sanciangco's wrongful conduct hereinafter alleged;

12. Upon information and belief, Mr. Sanciangco acted in a dual agent capacity for a Hawai'i real estate transaction in which he represented Atooi Aloha, LLC, a Hawai'i Limited Liability Company, Millicent Andrade as its Managing Member and Defendants, Abner, Aurora and Abigail Gaurino when he wasn't licensed as a real estate agent in Hawai'i or registered to do business in Hawai'i;

13. Upon information and belief, Westrend Realty, Inc. was not registered to do business in Hawai'i;

14. Westrend Realty received $8,000.00 as a commission in the form of a check dated January 31, 2014 for $5,000.00 and a second check dated February 6, 2017 for $3,000.00 both of which occurred before the closing of escrow on or about February 7, 2014;

15. Shortly after closing, Mr. Sanciangco entered into a Property Management Agreement with Abner and Aurora Gaurino for the real property commonly known as 3721 Kanaina Avenue, Apartment 320, Honolulu, Hawai'i 96815 ("Apartment 320") that was to begin on March 1, 2014 and began collecting rents and receiving a percentage of the rent collected;

16. During the Summer of 2014, Mr. Sanciangco explained to Abner and Aurora Gaurino that to sell the property shortly after closing would not be of much benefit to them because of the tax consequences. Instead he convinced them to have their daughter Abigail obtain a hard money loan and use the money for his personal real estate investment purposes. Mr. Sanciangco found Defendant

Investors Funding Corporation and Abigail applied for and received an interest only loan for $220,000.00 on or about early July, 2014.  Of that amount, Mr. Sanciangco convinced Abner and Aurora to extend him a $100,000.00 loan for investment purposes.  Mr. Sanciangco explained that he would flip houses and pay the Gaurinos an annual percentage and pay back the loan in a years time.  Such was not done although duly demanded;

17. The third-party Defendants, BEVERLY G. ALVAREZ, Individually and doing business as Westrend Realty, VERLIN SANCIANGCO and WESTREND REALTY, INC. all breached their contracts with the Gaurino Third Party Plaintiffs, breached their fiduciary duties to the Gaurino Third Party Plaintiffs, were unjustly enriched, acted without legal authority, owed a duty of care to the Gaurino Third Party Plaintiffs which they breached and thus were negligent, and acted with gross negligence and failed to return moneys demanded.

18. At all times relevant, said Third Party Defendants were licensed professionals subject to the laws, rules and regulations of the State of California pertaining to real estate brokers and salespersons.  Said Defendants conduct led to the acquisition of the Property by the Gaurino Defendants and Third Party Plaintiffs.

19. It is the actions of these professionals that was the proximate cause of any damage to the Gaurino Third Party Plaintiffs, if it is determined that there was such damage.

20. The Gaurino Defendants and Third Party Plaintiffs are entitled to full contribution and indemnification from Third Party Defendants for any and all damages awarded in this litigation to Plaintiff.

21. As a result the foregoing conduct of the Third Party Defendants, Third Party Plaintiffs were damaged in an amount to be determined at the trial of this action.

**WHEREFORE**, Third Party Plaintiffs, Abner, Aurora and Abigail Gaurino, pray for Judgment Jointly and Severally against the Third Party Defendants as follows:

1. That process of this Court issue commanding the Third Party Defendants to appear and answer this Third Party Complaint;

2. That each of the Third Party Defendants be ordered to account for all funds received for or on account of the Gaurinos in connection with the foregoing allegations;

3. That there be an Order that all funds received by the Third Party Defendants from or on behalf of the Gaurinos be disgorged and returned to them including any unpaid principal, accrued interest, late charges, advances, expenses, pre- and post-judgment interest, and attorneys fees;

4. That the Third Party Defendants be adjudged to contribute and/or indemnify the Gaurinos for any and all damages awarded in this litigation to Plaintiff and against the Gaurino Defendants.

5.      That the Gaurinos may have such other and further relief as this Court deems proper.

Dated:  Honolulu, Hawaiʻi, November 6, 2017.

                /s/ John R. Remis, Jr.
                John R. Remis, Jr.
                Robert D. Eheler, Jr.
                Attorneys for Defendants and Third Party Plaintiffs Abner, Aurora, and Abigail Gaurino