**JOHN R. REMIS, JR., #4593**
P. O. Box 38112
Honolulu, Hawai'i  96837
Telephone: (808) 524-4343
Facsimile: (888) 502-9102
E-Mail: JRRHNL@aol.com

**ROBERT D. EHELER, Jr., #5786**
Pauahi Tower at Bishop Square
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i  96813
Telephone:  (808) 531-9957
Facsimile: (866) 612-9956
E-Mail: reheler@rdelawoffice.com

Attorneys for Defendants
ABNER GAURINO, AURORA GAURINO
and ABIGAIL GAURINO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ATOOI ALOHA, LLC, an[sic] Nevada Limited Liability Company, CRAIG B. STANLEY, as TRUSTEE for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, <br><br>                    Plaintiffs, <br><br>          vs. <br><br> ABNER GAURINO, AURORA GAURINO, ABIGAIL GAURINO, INVESTORS FUNDING CORPORATION, as Trustee for an | Civil No. 16-00347 JMS - RLP <br><br> **GAURINO DEFENDANTS' JOINDER TO DEFENDANTS FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I , INC. AND ROMMEL GUZMAN'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS ASSERTED BY PLAINTIFFS AGAINST FIDELITY AND GUZMAN IN THE FIRST AMENDED COMPLAINT [#30], FILED ON 5/8/17** <br><br> *(caption continued on next page)* |

| | |
|---|---|
| unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawai'i Limited Liability Company, CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I and DOES 1-100 Inclusive,<br><br>                Defendants. | DATE:<br>TIME:<br>JUDGE: Michael J. Seabright<br><br>TRIAL DATE: March 27, 2018 |

**GAURINO DEFENDANTS' JOINDER TO DEFENDANTS FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I, INC. AND ROMMEL GUZMAN'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS ASSERTED BY PLAINTIFFS AGAINST FIDELITY AND GUZMAN IN THE FIRST AMENDED COMPLAINT [#30], FILED ON 5/8/17**

COME NOW Defendants Abner Gaurino, Aurora Gaurino and Abigail Gaurino ("Gaurino Defendants") by and through their attorneys, John R. Remis, Jr. and Robert D. Eheler, Jr. and hereby submit their Joinder to Defendants Fidelity National Title & Escrow of Hawai'i, Inc. and Rommel Guzman's Motion for Summary Judgment on all Claims Asserted by Plaintiffs against Fidelity and Guzman in the First Amended Complaint [#30], filed on 5/8/17.

In joining said Motion, the Gaurino Defendants seek a determination by this Court that Plaintiffs Craig B. Stanley, as Trustee for the Edmon Keller and Cleavette Mae Stanley Family Trust; Craig B. Stanley, Individually and Millicent Andrade, Individually have no standing and fail to state a claim against the Gaurino Defendants as alleged in Plaintiffs' First Amended Complaint [#30].

This Joinder is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, and Local Rule 7.9 and the Order Granting the Gaurino Defendants Motion [184]for Leave to File Joinder to Defendants Fidelity National Title & Escrow of Hawaiʻi , Inc. and Rommel Guzmans Motion for Summary Judgment [186].  This Joinder adopts the law and arguments presented by Movant's Motion for Summary Judgment [166] as applicable to the Gaurino Defendants on the issue of standing and failure to state a claim, the Declaration of Counsel therein and the Exhibits, records and files herein as well as any evidence which may be adduced at the hearing on this motion.

DATED: Honolulu, Hawaiʻi, November 7, 2017.

    /s/ JOHN R. REMIS, JR.
JOHN R. REMIS, JR.
ROBERT D. EHELER, JR.
Attorneys for Gaurino Defendants