CADES SCHUTTE
A Limited Liability Law Partnership

DENNIS W. CHONG KEE     5538-0
W. KEONI SHULTZ              7467-0
CHRISTOPHER T. GOODIN   8562-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
FAX:  (808) 521-9210
Email:  dchongkee@cades.com

ECOFF CAMPAIN & TILLES, LLP
A Limited Liability Partnership
LAWRENCE C. ECOFF, *Pro Hac Vice*
ALBERTO J. CAMPAIN, *Pro Hac Vice*
GINNI G. KIM, *Pro Hac Vice*
280 S. Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone:  (310) 887-1850
FAX:  (310) 887-1855
Email:  ecoff@ecofflaw.com

Attorneys for Plaintiffs
ATOOI ALOHA, LLC
CRAIG B. STANLEY, as Trustee for
THE EDMON KELLER AND CLEAVETTE MAE
STANLEY FAMILY TRUST;
CRAIG B. STANLEY, Individually; and
MILLICENT ANDRADE, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ABNER GAURINO; AURORA GAURINO; ABIGAIL GAURINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii Limited Liability Company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive,<br><br>Defendants. | CIVIL NO. 16-00347 JMS RLP<br><br>**THIRD PARTY CROSS-CLAIM DEFENDANT CRAIG B. STANLEY AS TRUSTEE FOR EDMON KELLER A AND CLEAVETTE MAE STANLEY FAMILY TRUST AND CRAIG B. STANLEY INDIVIDUALLY'S ANSWER TO THIRD PARTY DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS' CROSS-CLAIM; CERTIFICATE OF SERVICE** |
| APT-320, LLC, a Hawaii Limited Liability Company,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>APARTMENT OWNERS OF DIAMOND HEAD SANDS,<br><br>Third-Party Defendant. | |

- 2 -

**THIRD PARTY CROSS-CLAIM DEFENDANT CRAIG B. STANLEY AS TRUSTEE FOR EDMON KELLER A AND CLEAVETTE MAE STANLEY FAMILY TRUST AND CRAIG B. STANLEY INDIVIDUALLY'S ANSWER TO THIRD PARTY DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS' CROSS-CLAIM**

Comes now, THIRD PARTY CROSS-CLAIM DEFENDANT CRAIG B. STANLEY AS TRUSTEE FOR EDMON KELLER A AND CLEAVETTE MAE STANLEY FAMILY TRUST AND CRAIG B. STANLEY INDIVIDUALLY'S (collectively, "STANLEY") hereby answer, deny and admit the allegations of THIRD PARTY DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS' CROSS-CLAIM as follows:

1. In answer to Paragraph 1 of the Cross-Claim, STANLEY lacks sufficient information and knowledge to form a belief concerning the truth of the factual allegations, and on that basis denies such allegations.

2. In answer to Paragraph 2 of the Cross-Claim, STANLEY admits the allegations contained therein.

3. In answer to Paragraph 2 of the Cross-Claim, STANLEY lacks sufficient information and knowledge to form a belief concerning the truth of the factual allegations, and on that basis denies such allegations.

4. In answer to Paragraph 4 of the Cross-Claim, STANLEY admits the allegations contained therein.

5. In answer to Paragraph 5 of the Cross-Claim, STANLEY admits the allegations contained therein.

6. In answer to Paragraph 6 of the Cross-Claim, STANLEY admits the allegations contained therein.

7. In answer to Paragraph 7 of the Cross-Claim, STANLEY admits the allegations contained therein.

8. In answer to Paragraph 8 of the Cross-Claim, STANLEY lacks sufficient information and knowledge to form a belief concerning the truth of the factual allegations, and on that basis denies such allegations.

9. In answer to Paragraph 9 of the Cross-Claim, STANLEY admits the allegations contained therein.

10. In answer to Paragraph 10 of the Cross-Claim, STANLEY admits the allegations contained therein.

11. In answer to Paragraph 11 of the Cross-Claim, STANLEY lacks sufficient information and knowledge to form a belief concerning the truth of the factual allegations, and on that basis denies such allegations.

12. In answer to Paragraph 12 of the Cross-Claim, STANLEY lacks sufficient information and knowledge to form a belief concerning the truth of the factual allegations, and on that basis denies such allegations.

13. In answer to Paragraph 13 of the Cross-Claim, STANLEY lacks sufficient information and knowledge to form a belief concerning the truth of the factual allegations, and on that basis denies such allegations.

14. In answer to Paragraph 14 of the Cross-Claim, STANLEY lacks sufficient information and knowledge to form a belief concerning the truth of the factual allegations, and on that basis denies such allegations.

15. In answer to Paragraph 15 of the Cross-Claim, said paragraph is an incorporation paragraph, and therefore does not require a response. Nevertheless, STANLEY incorporates by reference as thought fully set forth herein, the responses contained in Paragraph 1 through 14, inclusive, of this Answer.

16. In answer to Paragraph 16 of the Cross-Claim, STANLEY lacks sufficient information and knowledge to form a belief concerning the truth of the factual allegations, and on that basis denies such allegations.

17. In answer to Paragraph 17 of the Cross-Claim, said paragraph is an incorporation paragraph, and therefore does not require a response. Nevertheless, STANLEY incorporates by reference as thought fully set forth herein, the responses contained in Paragraph 1 through 16, inclusive, of this Answer.

18. In answer to Paragraph 18 of the Cross-Claim, STANLEY lacks sufficient information and knowledge to form a belief concerning the truth of the factual allegations, and on that basis denies such allegations.

19. In answer to Paragraph 19 of the Cross-Claim, STANLEY lacks sufficient information and knowledge to form a belief concerning the truth of the factual allegations, and on that basis denies such allegations.

20.     In answer to Paragraph 20 of the Cross-Claim, STANLEY lacks sufficient information and knowledge to form a belief concerning the truth of the factual allegations, and on that basis denies such allegations.

### FIRST AFFIRMATIVE DEFENSE
### [FAILURE TO STATE SUFFICIENT FACTS]

1.      As a first, separate and distinct affirmative defense, STANLEY alleges that the Cross-Claim, and each claim set forth therein, fails to state forth sufficient facts to constitute a claim for relief.

### SECOND AFFIRMATIVE DEFENSE
### [ESTOPPEL]

2.      As a second, separate and distinct affirmative defense, these STANLEY alleges that Cross-Claim is estopped from asserting any claims that he may have, or have had, against STANLEY.

### THIRD AFFIRMATIVE DEFENSE
### [ACTS, CONDUCT OR OMISSIONS OF OTHERS]

3.      As a third, separate and distinct affirmative defense, STANLEY alleges that Cross-Claimant's damages, if any, were caused, in whole or in part, by the acts, conduct or omissions of individuals or entities other than STANLEY, and who are therefore responsible for Cross-Claimant's damages, if any, or at all.

### FOURTH AFFIRMATIVE DEFENSE
### [PROPORTIONATE FAULT OF OTHERS]

4.      As an fourth, separate and distinct affirmative defense, STANLEY alleges that Cross-Claimant's damages, if any, or at all, shall be denied or reduced based upon the proportionate fault of individuals or entities other than STANLEY.

## FIFTH AFFIRMATIVE DEFENSE
## [ONGOING DISCOVERY AND INVESTIGATION]

5.   As a fifth separate and distinct affirmative defense, STANLEY alleges that he has not yet completed discovery or investigation, and therefore reserves the right to supplement or add any affirmative defenses as investigation and discovery so justifies.

DATED:  Honolulu, Hawai'i, November 16, 2017.

> CADES SCHUTTE
> A Limited Liability Law Partnership
>
> */s/ Christopher T. Goodin*
> DENNIS W. CHONG KEE
> W. KEONI SHULTZ
> CHRISTOPHER T. GOODIN
>
> and
>
> ECOFF CAMPAIN & TILLES, LLP
> A Limited Liability Partnership
>
> LAWRENCE C. ECOFF, *Pro Hac Vice*
> ALBERTO J. CAMPAIN, *Pro Hac Vice*
> GINNI G. KIM, *Pro Hac Vice*
>
> Attorneys for Plaintiffs
> ATOOI ALOHA, LLC, CRAIG G. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG G. STANLEY, Individually; and MILLICENT ANDRADE, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>   Plaintiffs,<br><br>  v.<br><br>ABNER GAURINO; AURORA GAURINO; ABIGAIL GAURINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii Limited Liability Company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive,<br><br>   Defendants. | CIVIL NO. 16-00347 JMS RLP<br><br>**CERTIFICATE OF SERVICE** |
| APT-320, LLC, a Hawaii Limited Liability Company,<br><br>   Third-Party Plaintiff,<br><br>  v.<br><br>APARTMENT OWNERS OF DIAMOND HEAD SANDS,<br><br>   Third-Party Defendant. | |

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was duly served upon the following parties via CM/ECF on November 16, 2017:

>JOHN R. REMIS, JR., ESQ.
>P.O. Box 38112
>Honolulu, HI  96837
>
>And
>
>ROBERT D. EHELER, JR., ESQ.
>Pauahi Tower at Bishop Square
>1003 Bishop Street, Suite 2700
>Honolulu, HI  96813
>Attorneys for Defendants
>ABNER GAURINO, AURORA GAURINO
>and ABIGAIL GAURINO
>
>CHARLES A. PRICE, ESQ.
>Koshiba Price Gruebner & Mau
>707 Richards Street, Suite 610
>Honolulu, HI  96813
>
>And
>
>WILLIAM J. PLUM, ESQ.
>The Plum Law Office, ALC
>P.O. Box 3503
>Honolulu, HI  96811
>Attorneys for Defendants
>INVESTORS FUNDING CORPORATION
>and APT-320, LLC
>
>WAYNE P. NASSER, ESQ.
>FRANCIS P. HOGAN, ESQ.
>Ashford & Wriston
>First Hawaiian Bank
>999 Bishop Street, Suite 1400
>Honolulu, HI  96813
>Attorney for Defendants
>ROMMEL GUZMAN and
>FIDELITY NATIONAL TITLE &
>ESCROW OF HAWAII, INC.

    THOMAS D. YANO, Esq.
    KMPC
    4374 Kukui Grove Street, Suite 204
    Lihue, HI  96766
    Attorney for Defendant
    CRISTETA C. OWAN

DATED:  Honolulu, Hawai'i, November 16, 2017.

        CADES SCHUTTE
        A Limited Liability Law Partnership


        */s/ Christopher T. Goodin*
        DENNIS W. CHONG KEE
        W. KEONI SHULTZ
        CHRISTOPHER T. GOODIN

        and

        ECOFF CAMPAIN & TILLES, LLP
        A Limited Liability Partnership

        LAWRENCE C. ECOFF, *Pro Hac Vice*
        ALBERTO J. CAMPAIN, *Pro Hac Vice*
        GINNI G. KIM, *Pro Hac Vice*

        Attorneys for Plaintiffs
        ATOOI ALOHA, LLC, CRAIG G.
        STANLEY, as Trustee for THE EDMON
        KELLER AND CLEAVETTE MAE
        STANLEY FAMILY TRUST; CRAIG G.
        STANLEY, Individually; and MILLICENT
        ANDRADE, Individually