ANDERSON LAHNE & FUJISAKI LLP
A Limited Liability Law Partnership

PHILIP L. LAHNE     (3709)
PAMELA J. SCHELL    (6408)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
Telephone: (808) 536-8177
email: plahne@alf-hawaii.com
       pschell@alf-hawaii.com

Attorneys for Third Party Defendant
ASSOCIATION OF APARTMENT OWNERS
OF DIAMOND HEAD SANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> ABNER GUARINO; AURORA GAURINO; ABIGAIL GUARINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii limited liability | Case No. 16-00347 JMS RLP <br><br> THIRD-PARTY DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS' INITIAL DISCLOSURES <br><br><br><br><br><br><br><br> *(Caption continued on next page)* |

| | |
|---|---|
| company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |
| APT-320, LLC, a Hawaii Limited Liability Company | )<br>)<br>) |
| Third Party Plaintiff | )<br>)<br>)<br>) |
| APARTMENT OWNERS OF DIAMOND HEAD SANDS, | )<br>)<br>) |
| Third Party Defendant. | )<br>) |
| ABIGAIL LEE GAURINO; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually, | )<br>)<br>)<br>)<br>)<br>) |
| Third Party Cross-Claim Defendants. | )<br>)<br>) |

**THIRD PARTY DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS' INITIAL DISCLOSURES**

COMES NOW THIRD PARTY DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS ("ASSOCIATION") and hereby makes initial disclosures pursuant to Rule 26(a)(1), Federal Rules of Civil

Procedure, as follows:

I. **Individuals likely to have discoverable information supporting the Association's claims or defenses**

April Padello, Senior Property Manager, Hawaiian Properties

Julie Kemmis / Mika Pacheco, Accounts Receivables, Hawaiian Properties

Dan Gomez, Resident Manager, Diamond Head Sands

Board of Directors, Association of Apartment Owners of Diamond Head Sands, Inc.

The above-named individuals may be contacted through Anderson Lahne & Fujisaki LLP, Pacific Guardian Center, 733 Bishop Street, Suite 2301; Honolulu, Hawaii 96813; telephone: (808) 697-6007; email: pschell@alf-hawaii.com.

Abigail Gaurino (Defendant)
Owner of Record, Unit 320, Diamond Head Sands
c/o   JOHN R. REMIS, JR., ESQ. ,  JRRHNL@aol.com
      and ROBERT D. EHELER, ESQ. rdelawoffice@gmail.com

Craig B. Stanley, an Individual
Craig B. Stanley, as Successor Trustee (Plaintiff)
former owner of record, Unit 320, Diamond Head Sands
c/o   DENNIS W. CHONG KEE, ESQ. / W. KEONI SHULTZ, ESQ.
      CHRISTOPHER T. GOODIN, ESQ.
      dchongkee@cades.com / wshultz@cades.com / cgoodin@cades.com /
      akawamura@cades.com / acoloma@cades.com / lchongkee@cades.com
      and
      LAWRENCE C. ECOFF, ESQ. /ALBERTO J. CAMPAIN, ESQ.
      GINNI G. KIM, ESQ.
      ecoff@ecofflaw.com / campain@ecofflaw.com / kim@ecofflaw.com
      / aguero@ecofflaw.com /marquez@ecofflaw.com yoon@ecofflaw.com

>APT-320 LLC (Defendant)
>through its managing member, Joseph Gedan
>c/o   CHARLES A. PRICE, ESQ.
>    cprice@koshibalaw.com / jseki@koshibalaw.com
>    and   WILLIAM J. PLUM, ESQ.
>    wplum@plumlaw.com

## II. Documents, electronically stored information, or tangible things in the Association's possession, custody or control supporting the Association's claims or defenses

Diamond Head Sands Declaration of Horizontal Property Regime under Chapter 514, Hawaii Revised Statutes filed in the Bureau of Conveyances of the State of Hawai'i in Liber 10334, page 417, and the ASSOCIATION's Bylaws (collectively, the Association's "Governing Documents"); Conveyance Instruments regarding Unit No. 320 of Diamond Head Sands evidencing membership in Association of Apartment Owners of Diamond Head Sands, Inc.; Account ledger reflecting charges and payment transactions relating to Unit No. 320 maintenance fees, special assessment, late fees, fines, and legal fees and costs related to said unit.

## III. Computation of each category of damages claimed by the Association

The Association discloses that its Notice of Lien dated May 19, 2017, recorded in the Bureau of Conveyances of the State of Hawaii as Document No. A-63510657 on May 22, 2017, reflects the Association's claim for a lien for unpaid maintenance fees assessments in the amount of $10,812.06 as of May 17, 2017. Pursuant to the Association's Governing Documents and Chapter 514B, Hawaii Revised Statutes, the Association also claims all additional common expense assessments, special assessments, late fees and all reasonable attorneys' fees and all costs incurred in

collecting delinquent assessments, foreclosing the Association's lien and enforcing the provisions of the Governing Documents.

The Association reserves its right to make further disclosure to the extent that disclosure by its legal counsel and/or its corporate managing agent may violate state or federal law to comply with the requested disclosure.

Documents in support of the Association's claimed damages, including ledgers, ownership, accounting, and governing document records are in the custody and control of the Association's managing agent and will be made available for review and inspection at a mutually-agreed date through the Association's attorneys:

>Anderson Lahne & Fujisaki LLP
>733 Bishop Street, Suite 2301
>Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, November 21, 2017.

>/s/ Pamela J. Schell
>PHILIP L. LAHNE
>PAMELA J. SCHELL
>Attorneys for Third Party Defendant
>ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS