ANDERSON LAHNE & FUJISAKI LLP
A Limited Liability Law Partnership

PHILIP L. LAHNE     (3709)
PAMELA J. SCHELL    (6408)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
Telephone: (808) 536-8177
email: plahne@alf-hawaii.com
       pschell@alf-hawaii.com

Attorneys for Third Party Defendant Defendant, Third
Party CounterClaim Plaintiff and Third Party
Cross-Claim Plaintiff
ASSOCIATION OF APARTMENT OWNERS
OF DIAMOND HEAD SANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> ABNER GUARINO; AURORA GAURINO; ABIGAIL GUARINO; INVESTORS FUNDING | ) Case No. 16-00347 JMS RLP <br> ) <br> ) CERTIFICATE OF SERVICE <br> ) <br> ) re: [Third Party Defendant Association <br> ) of Apartment Owners of Diamond Head <br> ) Sands' Initial Disclosures] <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii limited liability company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| APT-320, LLC, a Hawaii Limited Liability Company<br><br>   Third Party Plaintiff | )<br>)<br>)<br>)<br>)<br>) |
| APARTMENT OWNERS OF DIAMOND HEAD SANDS,<br><br>   Third Party Defendant. | )<br>)<br>)<br>)<br>)<br>) |
| ABIGAIL LEE GAURINO; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually,<br><br>   Third Party<br>   Cross-Claim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

re: [Third Party Defendant Association of Apartment Owners of Diamond Head

Sands' Initial Disclosures]

The undersigned hereby certifies that Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Initial Disclosures was filed herein as Document #195 and served upon the following parties electronically, through CM/ECF, on November 21, 2017:

>CHARLES A. PRICE, ESQ.
>cprice@koshibalaw.com / jseki@koshibalaw.com
>and    WILLIAM J. PLUM, ESQ.
>wplum@plumlaw.com
>>Attorneys for Defendants
>
>INVESTORS FUNDING CORPORATION and
>APT-320, LLC and Third Party Plaintiff/ Third Party Counterclaim Defendant  APT-320, LLC
>
>
>DENNIS W. CHONG KEE, ESQ. / W. KEONI SHULTZ, ESQ.
>CHRISTOPHER T. GOODIN, ESQ.
>dchongkee@cades.com / wshultz@cades.com / cgoodin@cades.com /
>akawamura@cades.com / acoloma@cades.com / lchongkee@cades.com
>and
>LAWRENCE C. ECOFF, ESQ. /ALBERTO J. CAMPAIN, ESQ.
>GINNI G. KIM, ESQ.
>ecoff@ecofflaw.com / campain@ecofflaw.com / kim@ecofflaw.com
>/ aguero@ecofflaw.com /marquez@ecofflaw.com yoon@ecofflaw.com
>>Attorneys for Plaintiffs (and Cross-claim Defendant Defendant Craig B.Stanley and Craig B. Stanley, an individual)
>>ATOOI ALOHA, LLC an Nevada Limited Liability Company,           CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST, CRAIG B. STANLEY, individually, and Third Party Cross-Claim Defendants CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST, CRAIG B. STANLEY, individually

JOHN R. REMIS, JR., ESQ.
JRRHNL@aol.com
and
ROBERT D. EHELER, ESQ.
rdelawoffice@gmail.com
    Attorneys for Defendant/Third Party Cross-Claim Defendant
    ABIGAIL LEE GAURINO and Defendants
    ABNER GAURINO and AURORA GAURINO


WAYNE NASSER, ESQ.
FRANCIS P. HOGAN, ESQ.
wnasser@awlaw.com / fhogan@awlaw.com   lsasaki@awlaw.com
lsakuoto@awlaw.com
    Attorney for Defendants
    FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC.,
    and ROMMEL GUZMAN


THOMAS D. YANO, ESQ.
thomas.yano@hawaiiantel.net
    Attorney for Defendant CRISTETA C. OWAN

DATED: Honolulu, Hawaii  November 21, 2017             .


                        /s/ Pamela J. Schell
                        PHILIP L. LAHNE
                        PAMELA J. SCHELL
                        Attorneys for Third Party Defendant, Third Party CounterClaim Plaintiff and Third Party Cross-Claim Plaintiff
                        ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS