ANDERSON LAHNE & FUJISAKI LLP
A Limited Liability Law Partnership

PHILIP L. LAHNE           (3709)
PAMELA J. SCHELL          (6408)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
Telephone: (808) 536-8177
email: plahne@alf-hawaii.com
       pschell@alf-hawaii.com

Attorneys for Third Party Defendant
ASSOCIATION OF APARTMENT OWNERS
OF DIAMOND HEAD SANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ABNER GUARINO; AURORA GAURINO; ABIGAIL GUARINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT- | Case No. 16-00347 JMS RLP<br><br>RETURN ON SERVICE<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*[Caption continued on next page]* |

320, LLC, a Hawaii Limited Liability )
Company; CRISTETA C. OWAN, an )
individual; ROMMEL GUZMAN; )
FIDELITY NATIONAL TITLE & )
ESCROW OF HAWAII and DOES 1- )
100 Inclusive, )
            Defendants. )
                                    )
_____ )
                                    )
APT-320, LLC, a Hawaii Limited )
Liability Company, )
                                    )
      Third Party Plaintiff, )
                                    )
    vs. )
                                    )
APARTMENT OWNERS OF )
DIAMOND HEAD SANDS, )
      Third Party Defendant. )
                                    )
ABIGAIL GUARINO; ATOOI )
ALOHA, LLC, an Nevada Limited )
Liability Company; CRAIG B. )
STANLEY, as Trustee for THE )
EDMON KELLER AND CLEAVETTE )
MAE STANLEY FAMILY TRUST; )
CRAIG B. STANLEY, individually; )
MILLICENT ANDRADE, individually, )
                                    )
      Additional Third Party )
      Cross-Claim Defendants. )
                                    )
_____ )

## RETURN ON SERVICE

    I HEREBY CERTIFY that I served the documents listed herein by delivering

certified copies of same to the persons at the time, date, and place herein shown.

Documents served:

1. (Filed) Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Answer to Defendant and Third Party Plaintiff Apt-320 LLC's Third Party Complaint Against Association of Apartment Owners of Diamond Head Sands filed on September 26, 2017; Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Counterclaim; Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Cross-claim against Defendant and Third Party Cross-claim Defendant Abigail Lee Guarino and Plaintiffs and Third Party Cross-claim Defendants Craig B. Stanley, as Trustee for the Edmon Keller and Cleavette Mae Stanley Family Trust; and Craig B. Stanley, Individually; Notice Re: Approved Housing Counselors and Approved Budget and Credit Counselors; Exhibits "A" and "B;" Summons

2. (Filed) Third-Party Defendant Association of Apartment Owners of Diamond Head Sands' Notice of Pendency of Action; Affidavit in Support of Filing Notice of Pendency of Action; Exhibit "A"; Certificate of Service (recorded in the Bureau of Conveyances of the State of Hawai'i)

| NAME OF PERSON SERVED | TIME | DATE | PLACE |
|---|---|---|---|
| Craig B. Stanley, an individual through Dennis W. Chong Kee, Esq. | 0925 hrs | 11/13/17 | 1000 Bishop Street 12th floor Honolulu, HI 96813 |

I am not a party to the above-referenced legal action. I am not less than 18 years of age. I do declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, 11/13/17 .

_Wadsley K. Abihai_
Signature
**Wadsley K. Abihai**
Printed name

3

## ACKNOWLEDGMENT OF SERVICE

Receipt of the documents listed as Item Nos. 1 and 2 are hereby acknowledged.

_[signature]_  0925 hrs.  11/13/17
Name                                    Time            Date

Dennis Chongkee
Name                                    Time            Date

4