ANDERSON LAHNE & FUJISAKI LLP
A Limited Liability Law Partnership

PHILIP L. LAHNE            (3709)
PAMELA J. SCHELL           (6408)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
Telephone: (808) 536-8177
email: plahne@alf-hawaii.com
       pschell@alf-hawaii.com

Attorneys for Third Party Defendant
ASSOCIATION OF APARTMENT OWNERS
OF DIAMOND HEAD SANDS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, ) | Case No. 16-00347 JMS RLP<br><br>RETURN ON SERVICE |
| Plaintiffs, ) | |
| vs. ) | |
| ABNER GUARINO; AURORA GAURINO; ABIGAIL GUARINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT- ) | *[Caption continued on next page]* |

*[Caption continued on next page]*

320, LLC, a Hawaii Limited Liability )
Company; CRISTETA C. OWAN, an )
individual; ROMMEL GUZMAN; )
FIDELITY NATIONAL TITLE & )
ESCROW OF HAWAII and DOES 1- )
100 Inclusive, )
                Defendants. )
_____ )
                         )
APT-320, LLC, a Hawaii Limited )
Liability Company, )
                 )
          Third Party Plaintiff, )
                 )
      vs. )
                 )
APARTMENT OWNERS OF )
DIAMOND HEAD SANDS, )
         Third Party Defendant. )
                 )
ABIGAIL GUARINO; ATOOI )
ALOHA, LLC, an Nevada Limited )
Liability Company; CRAIG B. )
STANLEY, as Trustee for THE )
EDMON KELLER AND CLEAVETTE )
MAE STANLEY FAMILY TRUST; )
CRAIG B. STANLEY, individually; )
MILLICENT ANDRADE, individually, )
                 )
         Additional Third Party )
         Cross-Claim Defendants. )
_____ )

## RETURN ON SERVICE

I HEREBY CERTIFY that I served the documents listed herein by delivering

2

certified copies of same to the persons at the time, date, and place herein shown.

<u>Documents served</u>:

1.   (Filed) Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Answer to Defendant and Third Party Plaintiff Apt-320 LLC's Third Party Complaint Against Association of Apartment Owners of Diamond Head Sands filed on September 26, 2017; Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Counterclaim; Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Cross-claim against Defendant and Third Party Cross-claim Defendant Abigail Lee Guarino and Plaintiffs and Third Party Cross-claim Defendants Craig B. Stanley, as Trustee for the Edmon Keller and Cleavette Mae Stanley Family Trust; and Craig B. Stanley, Individually; Notice Re: Approved Housing Counselors and Approved Budget and Credit Counselors; Exhibits "A" and "B;" Summons

2.   (Filed) Third-Party Defendant Association of Apartment Owners of Diamond Head Sands' Notice of Pendency of Action; Affidavit in Support of Filing Notice of Pendency of Action; Exhibit "A"; Certificate of Service (recorded in the Bureau of Conveyances of the State of Hawai'i)

| NAME OF PERSON SERVED | TIME | DATE | PLACE |
|---|---|---|---|
| Craig B. Stanley, as Trustee through Dennis W. Chong Kee, Esq. | 0925 hrs | 11/13/17 | 1000 Bishop Street 12th floor Honolulu, HI 96813 |

I am not a party to the above-referenced legal action. I am not less than 18 years of age. I do declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, 11/13/17 .

Wadsly K. Ahha.
Signature          Wadsley K. Abihai

Printed name

3

## ACKNOWLEDGMENT OF SERVICE

Receipt of the documents listed as Item Nos. 1 and 2 are hereby acknowledged.

_____        0925 hrs        6/13/17
Name                             Time             Date

Dennis Chongkee
_____        _____    _____
Name                             Time             Date

4