ANDERSON LAHNE & FUJISAKI LLP
A Limited Liability Law Partnership

PHILIP L. LAHNE           (3709)
PAMELA J. SCHELL          (6408)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
Telephone: (808) 536-8177
email: plahne@alf-hawaii.com
       pschell@alf-hawaii.com

Attorneys for Third Party Defendant
ASSOCIATION OF APARTMENT OWNERS
OF DIAMOND HEAD SANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> ABNER GUARINO; AURORA GAURINO; ABIGAIL GUARINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT- | Case No. 16-00347 JMS RLP <br><br> RETURN ON SERVICE <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> *[Caption continued on next page]* |



| | |
|---|---|
| 320, LLC, a Hawaii Limited Liability Company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |
| APT-320, LLC, a Hawaii Limited Liability Company, | ) ) ) ) |
| Third Party Plaintiff, | ) ) |
| vs. | ) ) ) |
| APARTMENT OWNERS OF DIAMOND HEAD SANDS, | ) ) ) |
| Third Party Defendant. | ) ) |
| ABIGAIL GUARINO; ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, | ) ) ) ) ) ) ) ) ) |
| Additional Third Party Cross-Claim Defendants. | ) ) ) ) |

## RETURN ON SERVICE

I HEREBY CERTIFY that I served the documents listed herein by delivering

2

certified copies of same to the persons at the time, date, and place herein shown.

Documents served:

1. (Filed) Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Answer to Defendant and Third Party Plaintiff Apt-320 LLC's Third Party Complaint Against Association of Apartment Owners of Diamond Head Sands filed on September 26, 2017; Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Counterclaim; Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Cross-claim against Defendant and Third Party Cross-claim Defendant Abigail Lee Guarino and Plaintiffs and Third Party Cross-claim Defendants Craig B. Stanley, as Trustee for the Edmon Keller and Cleavette Mae Stanley Family Trust; and Craig B. Stanley, Individually; Notice Re: Approved Housing Counselors and Approved Budget and Credit Counselors; Exhibits "A" and "B;" Summons

2. (Filed) Third-Party Defendant Association of Apartment Owners of Diamond Head Sands' Notice of Pendency of Action; Affidavit in Support of Filing Notice of Pendency of Action; Exhibit "A"; Certificate of Service (recorded in the Bureau of Conveyances of the State of Hawai'i)

| NAME OF PERSON SERVED | TIME | DATE | PLACE |
|---|---|---|---|
| Abigail Guarino through her attorney, Bob Eheler, Esq. | 1215 hrs | 11/29/17 | 1003 Bishop Street Suite 2700 Honolulu, HI 96813 |

I am not a party to the above-referenced legal action. I am not less than 18 years of age. I do declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, 11/29/17.

_____CK_____
Signature

Cody Kamakana
Printed name

3

## ACKNOWLEDGMENT OF SERVICE

Receipt of the documents listed as Item Nos. 1 and 2 are hereby acknowledged.

_____
Name                                              Time                    Date

_____
Name                                              Time                    Date