**JOHN R. REMIS, JR., #4593**
P. O. Box 38112
Honolulu, Hawai'i  96837
Telephone: (808) 524-4343
Facsimile: (888) 502-9102
E-Mail: JRRHNL@aol.com

**ROBERT D. EHELER, Jr., #5786**
Pauahi Tower at Bishop Square
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i  96813
Telephone:  (808) 531-9957
Facsimile: (866) 612-9956
E-Mail: rdelawoffice@gmail.com

Attorneys for Defendants
ABNER GAURINO, AURORA GAURINO
and ABIGAIL GAURINO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ATOOI ALOHA, LLC, an[sic] Nevada Limited Liability Company, CRAIG B. STANLEY, as TRUSTEE for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,  )<br><br>                    Plaintiffs,  )<br><br>          vs.  )<br><br>ABNER GAURINO, AURORA GAURINO, ABIGAIL GAURINO, INVESTORS FUNDING CORPORATION, as Trustee for an  ) | Civil No. 16-00347 JMS - RLP<br><br>**DEFENDANTS ABNER GAURINO, AURORA GAURINO AND ABIGAIL GAURINO'S STATEMENT OF NO OPPOSITION TO DEFENDANT APT-320, LLC'S MOTION FOR SUMMARY JUDGMENT AND FOR INTERLOCUTORY DECREE OF FORECLOSURE [164] FILED 10/25/17; CERTIFICATE OF SERVICE** |

| | | |
|---|---|---|
| unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawai'i Limited Liability Company, CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I and DOES 1-100 Inclusive, | ) ) ) ) ) ) ) ) ) | Hearing: January 16, 2018 Time: 10:00 am Chief Judge: Michael J. Seabright Trial Date: March 27, 2018 |
| Defendants. | ) ) | |
| APT-320, LLC, a Hawaii Limited Liability Company, Third-Party Plaintiff, | ) ) ) ) ) | |
| vs. | ) ) | |
| APARTMENT OWNERS OF DIAMOND HEAD SANDS, | ) ) ) ) | |
| Third-Party Defendant. | ) ) ) | |

**DEFENDANTS ABNER GAURINO,
AURORA GAURINO AND ABIGAIL GAURINO'S
STATEMENT OF NO OPPOSITION TO DEFENDANT
APT-320, LLC'S MOTION FOR SUMMARY JUDGMENT AND FOR
INTERLOCUTORY DECREE OF FORECLOSURE [164] FILED 10/25/17**

Come now Defendants, Abner Gaurino, Aurora Gaurino and Abigail Gaurino, by and through their attorneys, John R. Remis, Jr. and Robert D. Eheler, Jr., and hereby submit their Statement of No Opposition to Defendant Apt-320, LLC's Motion for Summary Judgment and for Interlocutory Decree of Foreclosure [164] Filed 10/25/17.

DATED: Honolulu, Hawai'i`, December 21, 2017.


/S/ JOHN R. REMIS, JR.
JOHN R. REMIS, JR.
ROBERT D. EHELER, JR.
Attorneys for Gaurino Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Statement of No Opposition to Defendant Apt-320 LLC's Motion for Summary Judgment and Interlocutory Decree of Foreclosure was duly served on the parties below via CM/ECF.

TO:

**CHARLES A. PRICE, Esq.**
cprice@koshibalaw.com

**WILLIAM J. PLUM, Esq.**
wplum@plumlaw.com

Attorneys for Defendant APT-320, LLC

**DENNIS W. CHONG KEE, Esq.**
**W. KEONI SHULTZ, Esq.**
**CHRISTOPHER T. GOODIN, Esq.**
dchongkee@cades.com
wshultz@cades.com
cgoodin@cades.com

**LAWRENCE C. ECOFF, Esq.**
**ALBERTO J. CAMPAIN, Esq.**
**GINNI G. KIM, Esq.**
ecoff@ecofflaw.com
campain@ecofflaw.com
kim@ecofflaw.com

Attorney for Plaintiffs
ATOOI ALOHA, LLC; CRAIG STANLEY,
as Trustee for The Edmon Keller and
Cleavette Mae Stanley Family Trust;
CRAIG B. STANLEY, Individually;
and MILLICENT ANDRADE, Individually

**WAYNE P. NASSER, Esq.**
**FRANCIS P. HOGAN, Esq.**
wnasser@awlaw.com
fhogan@awlaw.com
Attorneys for Defendants
ROMMEL GUZMAN and
FIDELITY NATIONAL
TITLE & ESCROW OF
HAWAI'I

**THOMAS D. YANO, Esq.**
thomasdyano@gmail.com
Attorney for Defendant CRISTETA C. OWAN

**PAMELA J. SCHELL, Esq.**
pschell@alf-hawaii.com
Attorney for Third-Party Defendant
APARTMENT OWNERS OF DIAMOND HEAD SANDS

    DATED: Honolulu, Hawai'i , December 21, 2017.


                        /s/ John R. Remis, Jr.
                        JOHN R.  REMIS, JR.
                        ROBERT D. EHELER, JR.
                        Attorneys for Gaurino Defendants