CADES SCHUTTE
A Limited Liability Law Partnership

DENNIS W. CHONG KEE      5538-0
W. KEONI SHULTZ          7467-0
CHRISTOPHER T. GOODIN    8562-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
FAX:  (808) 521-9210
Email:  dchongkee@cades.com

ECOFF CAMPAIN & TILLES, LLP
A Limited Liability Partnership
LAWRENCE C. ECOFF, *Pro Hac Vice*
ALBERTO J. CAMPAIN, *Pro Hac Vice*
GINNI G. KIM, *Pro Hac Vice*
280 S. Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone:  (310) 887-1850
FAX:  (310) 887-1855
Email:  ecoff@ecofflaw.com

Attorneys for Plaintiffs
ATOOI ALOHA, LLC
CRAIG B. STANLEY, as Trustee for
THE EDMON KELLER AND CLEAVETTE MAE
STANLEY FAMILY TRUST;
CRAIG B. STANLEY, Individually; and
MILLICENT ANDRADE, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, | CIVIL NO. 16-00347 JMS RLP |
| | **PLAINTIFFS' CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GAURINO DEFENDANTS' JOINDER TO FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC. AND ROMMEL GUZMAN'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS ASSERTED BY PLAINTIFFS AGAINST FIDELITY AND GUZMAN IN THE FIRST AMENDED COMPLAINT [#30] FILED ON 5/8/17; DECLARATION OF GINNI G. KIM; EXHIBITS A-C; DECLARATION OF MILLICENT ANDRADE; EXHIBITS 1-2; CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| v. | |
| ABNER GAURINO; AURORA GAURINO; ABIGAIL GAURINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii Limited Liability Company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive, | |
| Defendants. | |

HEARING;
DATE:      January 22, 2018
TIME:      9:00 a.m.
JUDGE:     The Honorable
           J. Michael Seabright

APT-320, LLC, a Hawaii Limited
Liability Company,

        Third-Party Plaintiff,

   v.

APARTMENT OWNERS OF
DIAMOND HEAD SANDS,
Third-Party Defendant.

## PLAINTIFFS' CONCISE STATEMENT OF FACTS IN SUPPORT OF GAURINO DEFENDANTS' JOINDER TO FIDELITY NATIONAL TITLE & ESCROW OF HAWAII, INC. AND ROMMEL GUZMAN'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56.1 of the Civil Local Rules of Practice for the United

States District Court for the District of Hawaii, in opposition to the GAURINO

DEFENDANTS' Joinder to the Motion for Summary Judgment filed by

DEFENDANTS FIDELITY NATIONAL TITLE & ESCROW, INC. AND

ROMMEL GUZMAN, hereby submit their Separate and Concise Statement of

Facts as follows:

| | |
|---|---|
| 1. On or about September 29, 2013, Andrade attended a seminar held at Defendant Cristeta Owan's ("Owan") office in Lihue, Kauai. At the seminar, a PowerPoint presentation was given by Owan, Abner ("Abner")[1] and Aurora ("Aurora") Gaurino (collectively, the "Gaurinos"). | Deposition of Millicent Andrade ("Andrade depo.") 12:10-16:9, attached as Exhibit "A" to Declaration of Ginni G. Kim ("Kim Decl.") |

---

[1] The Gaurinos are referred to by their first names to avoid confusion, and not to impart any disrespect.

| | |
|---|---|
| 2. Attendees were encouraged to purchase "units" of BLGM and told that they would triple their investment within 90 days. Andrade testified that she was specifically told by Owan, Aurora, and Abner that she would triple her investment. | Andrade depo., 23:25-24:16; 43:25-44:8; 61:22-62:2, attached as Exhibit "A" to Kim Decl. |
| 3. The Trust wrote four checks to purchase units: (1) October 2, 2013: $9767 check to "Bliss 4 Life"; (2) October 2, 2013: $8,250 check to "Cash"; (3) October 3, 2013: $8,250 check to "Cash"; and (4) October 9, 2013, $5,000 to "So Chau Pui." From October 21, 2013 to November 14, 2013, the Trust transferred $30,000 to the Gaurinos via Chase Bank account Quick Pay. | Checks written from The Edmon Keller and Cleavette Mae Stanley Family Trust bank account, and bank statements, attached as Exhibits "1" and "2" to Millicent Andrade's Declaration. |
| 4. The foregoing monies were used to purchase 77 units. | Andrade depo., 83:17-18, attached as Exhibit "A" to Kim Decl. |
| 5. The Trust never received the triple returns on the 77 units purchased. | Andrade depo., 40:13-15, attached as Exhibit "A" to Kim Decl. |
| 6. Andrade and the Gaurinos discussed Andrade purchasing 333 units in exchange for title to the Property. The Gaurinos told Andrade that they would return the Property to Andrade and take the units back if Andrade was not happy with the transaction. | Andrade depo., 144:13-17, attached as Exhibit "A" to Kim Decl. Deposition of Aurora Gaurino ("Aurora depo."), 212:21-25, attached as Exhibit "B" to Kim Decl. |

| | |
|---|---|
| 7. At the time, Aurora knew that BLGM members could only transfer commissions, not units, to other members. The only way to possibly transfer units from one member to another was to physically go to Hong Kong. Aurora never transferred actual units to Andrade; she simply transferred her electronic commissions to Andrade that were used to purchase new units. These new units could not be transferred to another member. | Aurora depo., 237:16-239:12, attached as Exhibit "B" to Kim Decl. |
| 8. Based on Aurora's representations, on February 13, 2014, Atooi entered into escrow to purchase 333 units of BLGM (allegedly worth approximately $429,000) from the Gaurinos in exchange for the transfer of the Property to the Gaurinos' daughter, Abigail Gaurino ("Abigail"). Andrade was told that within 90 days, the 333 units worth $429,000 would triple in value to over $1.2 million. | Andrade depo., 232:6-22, attached as Exhibit "A" to Kim Decl. Exh. L Andrade depo., attached as Exhibit "C" to Kim Decl. (9/22/2014 email). |
| 9. When the units did not triple in value after 90 days, Andrade was told to wait and let the stocks "mature." | Andrade depo., 62:8-20; 236:8-237:18, attached as Exhibit "A" to Kim Decl. |
| 10. Approximately after a month after escrow closed, Andrade requested the return of the Property, as promised by the Gaurinos. | Aurora depo., 212:7-214:11, attached as Exhibit "B" to Kim Decl. |
| 11. Contrary to their agreement, in addition to the return of the 333 units, Aurora demanded an additional $100,000 to pay for units that Aurora had to purchase to transfer to Andrade because Aurora did not have the 333 units to transfer at that time. | Aurora depo., 221:1-21; 225:7-25, attached as Exhibit "B" to Kim Decl. |

DATED:  Honolulu, Hawai'i, January 2, 2018.

CADES SCHUTTE
A Limited Liability Law Partnership

*/s/ Dennis W. Chong Kee*
DENNIS W. CHONG KEE
W. KEONI SHULTZ
CHRISTOPHER T. GOODIN

and

LAWRENCE C. ECOFF, *Pro Hac Vice*
ALBERTO J. CAMPAIN, *Pro Hac Vice*
GINNI G. KIM, *Pro Hac Vice*

Attorneys for Plaintiffs
ATOOI ALOHA, LLC, CRAIG B.
STANLEY, as Trustee for THE EDMON
KELLER AND CLEAVETTE MAE
STANLEY FAMILY TRUST; CRAIG B.
STANLEY, Individually; and MILLICENT
ANDRADE, Individually; and
Third Party Cross-Claim Defendants
CRAIG B. STANLEY, as Trustee for THE
EDMON KELLER AND CLEAVETTE
MAE STANLEY FAMILY TRUST and
CRAIG B. STANLEY, Individually