**JOHN R. REMIS, JR., #4593**
P. O. Box 38112
Honolulu, Hawaiʻi  96837
Telephone: (808) 524-4343
Facsimile: (888) 502-9102
E-Mail: JRRHNL@aol.com

**ROBERT D. EHELER, Jr., #5786**
Pauahi Tower at Bishop Square
1003 Bishop Street, Suite 2700
Honolulu, Hawaiʻi  96813
Telephone:  (808) 531-9957
Facsimile: (866) 612-9956
E-Mail: rdelawoffice@gmail.com

Attorneys for Defendants
ABNER GAURINO, AURORA GAURINO
and ABIGAIL GAURINO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ATOOI ALOHA, LLC, an[sic] Nevada Limited Liability Company, CRAIG B. STANLEY, as TRUSTEE for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>              Plaintiffs,<br><br>vs.<br><br>ABNER GAURINO, AURORA GAURINO, ABIGAIL GAURINO, INVESTORS FUNDING CORPORATION, as Trustee for an | Civil No. 16-00347 JMS - RLP<br><br>**DEFENDANTS ABNER GAURINO, AURORA GAURINO AND ABIGAIL GAURINO'S STATEMENT OF QUALIFIED NO OPPOSITION TO DEFENDANT CRISTETA C. OWAN'S MOTION FOR SUMMARY JUDGMENT [202] FILED 12/18/17**<br><br>Hearing: January 22, 2018.<br>Time:     9:00 am<br>Chief Judge: Michael J. Seabright<br>*(caption continued on next page)* |

| | |
|---|---|
| unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawai'i Limited Liability Company, CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I and DOES 1-100 Inclusive, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| APT-320, LLC, a Hawai'i Limited Liability Company, Third-Party Plaintiff, | ) ) ) ) |
| vs. | ) ) |
| APARTMENT OWNERS OF DIAMOND HEAD SANDS, | ) ) ) |
| Third-Party Defendant. | ) ) |

**DEFENDANTS ABNER GAURINO, AURORA GAURINO AND ABIGAIL GAURINO'S STATEMENT OF QUALIFIED NO OPPOSITION TO DEFENDANT CRISTETA C. OWAN C'S MOTION FOR SUMMARY JUDGMENT [202] FILED 12/18/17**

Come now Defendants, Abner Gaurino, Aurora Gaurino and Abigail Gaurino, by and through their attorneys, John R. Remis, Jr. and Robert D. Eheler, Jr., and hereby submit their Statement of Qualified No Opposition to Defendant Cristeta C. Owan's Motion for Summary Judgment [202] filed 12/18/17.

The Gaurino Defendants submit there are two factual errors in the instant motion, to wit: (1) Abner Gaurino is stated to have led the BLGM presentation and did so by (2) conducting same via Power Point.  These allegations are denied.

DATED: Honolulu, Hawai'i`, January 8, 2018.

/S/ JOHN R. REMIS, JR.
JOHN R. REMIS, JR.
ROBERT D. EHELER, JR.
Attorneys for Gaurino Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Statement of Qualified No Opposition to Defendant Cristeta C. Owan's Motion for Summary Judgment was duly served on the parties below via CM/ECF.

TO:

**CHARLES A. PRICE, Esq.**
cprice@koshibalaw.com

**WILLIAM J. PLUM, Esq.**
wplum@plumlaw.com

Attorneys for Defendant APT-320, LLC

**DENNIS W. CHONG KEE, Esq.**
**W. KEONI SHULTZ, Esq.**
**CHRISTOPHER T. GOODIN, Esq.**
dchongkee@cades.com
wshultz@cades.com
cgoodin@cades.com

**LAWRENCE C. ECOFF, Esq.**
**ALBERTO J. CAMPAIN, Esq.**
**GINNI G. KIM, Esq.**
ecoff@ecofflaw.com
campain@ecofflaw.com
kim@ecofflaw.com

Attorney for Plaintiffs
ATOOI ALOHA, LLC; CRAIG STANLEY,
as Trustee for The Edmon Keller and
Cleavette Mae Stanley Family Trust;
CRAIG B. STANLEY, Individually;
and MILLICENT ANDRADE, Individually

**WAYNE P. NASSER, Esq.**
**FRANCIS P. HOGAN, Esq.**
wnasser@awlaw.com
fhogan@awlaw.com
Attorneys for Defendants
ROMMEL GUZMAN and
FIDELITY NATIONAL
TITLE & ESCROW OF
HAWAIʻI

**THOMAS D. YANO, Esq.**
thomasdyano@gmail.com
Attorney for Defendant CRISTETA C. OWAN

**PAMELA J. SCHELL, Esq.**
pschell@alf-hawaii.com
Attorney for Third-Party Defendant
APARTMENT OWNERS OF DIAMOND HEAD SANDS

    DATED: Honolulu, Hawaiʻi, January 8, 2018.

                                         /s/ John R. Remis, Jr.
                                         JOHN R. REMIS, JR.
                                         ROBERT D. EHELER, JR.
                                         Attorneys for Gaurino Defendants