**JOHN R. REMIS, JR., #4593**
P. O. Box 38112
Honolulu, Hawai'i  96837
Telephone: (808) 524-4343
Facsimile: (888) 502-9102
E-Mail: JRRHNL@aol.com

**ROBERT D. EHELER, Jr., #5786**
Pauahi Tower at Bishop Square
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i  96813
Telephone:  (808) 531-9957
Facsimile: (866) 612-9956
E-Mail: rdelawoffice@gmail.com

Attorneys for Defendants
ABNER GAURINO, AURORA GAURINO
and ABIGAIL GAURINO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAI'I**

| | |
|---|---|
| ATOOI ALOHA, LLC, an[sic] Nevada Limited Liability Company, CRAIG B. STANLEY, as TRUSTEE for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, <br><br>                    Plaintiffs, <br><br> vs. <br><br> ABNER GAURINO, AURORA GAURINO, ABIGAIL GAURINO, INVESTORS FUNDING CORPORATION, as Trustee for an | Civil No. 16-00347 JMS - RLP <br><br> **DEFENDANTS ABNER GAURINO, AURORA GAURINO AND ABIGAIL GAURINO'S REPLY TO PLAINTIFFS' OPPOSITION [#213] TO GAURINO DEFENDANTS' JOINDER [#191] TO FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I, INC. AND ROMMEL GUZMAN'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS ASSERTED BY PLAINTIFFS AGAINST** |

| | |
|---|---|
| unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawai'i Limited Liability Company, CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I and DOES 1-100 Inclusive,<br><br>        Defendants.<br>_____<br>APT-320, LLC, a Hawai'i Limited Liability Company, Third-Party Plaintiff,<br><br>    vs.<br><br>APARTMENT OWNERS OF DIAMOND HEAD SANDS,<br><br>        Third-Party Defendant.<br>_____ | **FIDELITY NATIONAL TITLE & ESCROW OF HAWAI'I AND ROMMEL GUZMAN IN THE FIRST AMENDED COMPLAINT [#30] FILED ON 5/8/17; CERTIFICATE OF SERVICE**<br><br>Hearing:  January 22, 2018<br>Time:    9:00 am<br>Chief Judge: Michael J. Seabright<br><br>Trial Date: March 27, 2018 |

**DEFENDANTS ABNER GAURINO, AURORA GAURINO
AND ABIGAIL GAURINO'S REPLY TO PLAINTIFFS'
OPPOSITION [#213] TO GAURINO DEFENDANTS' JOINDER [#191]
TO FIDELITY NATIONAL TITLE & ESCROW OF HAWAIʻI, INC. AND
ROMMEL GUZMAN'S MOTION FOR SUMMARY JUDGMENT ON ALL
CLAIMS ASSERTED BY PLAINTIFFS AGAINST FIDELITY NATIONAL
TITLE & ESCROW OF HAWAIʻI AND ROMMEL GUZMAN
<u>IN THE FIRST AMENDED COMPLAINT [#30] FILED ON 5/8/17</u>**

 Come now Defendants, Abner Gaurino, Aurora Gaurino and Abigail Gaurino, by and through their attorneys, John R. Remis, Jr. and Robert D. Eheler, Jr., and hereby submits their Reply to Plaintiffs' Opposition [#213] to Gaurino Defendants' Joinder [#191] to Fidelity National Title & Escrow of Hawaiʻi, Inc. and Rommel Guzman's Motion for Summary Judgment on All Claims Asserted by Plaintiffs against Fidelity National Title & Escrow of Hawaiʻi and Rommel Guzman in the First Amended Complaint [#30] Filed on 5/8/17.

 DATED:  Honolulu, Hawaiʻi, January 8, 2018.

            /S/ JOHN R. REMIS, JR.
            JOHN R. REMIS, JR.
            ROBERT D. EHELER, JR.
            Attorneys for Gaurino Defendants

## REPLY MEMORANDUM

I. <u>INTRODUCTION</u>

The gravamen of Plaintiffs' claims are based upon the false premise that they were solicited by Abner and Aurora Gaurino to purchase shares or "units" in a Ponzi scheme. Plaintiff, Millicent Andrade (Andrade), was solicited by Rosaly Demenden (Cristeta Owan's cousin) to attend a meeting at Cristeta Owan's office involving BLGM in September 2013. See Ex. A. p12 L14-16; p13 L24. See also Ex. C at para. 3. Abner and Aurora Gaurino did not solicit Andrade, Atooi Aloha, LLC (Atooi) Craig Stanley, individually or in his capacity as sole trustee of The Edmon Keller and Cleavette Mae Stanley Family Trust (Trust). Craig Stanley (Stanley) claims no knowledge of any of the events alleged in Plaintiffs' First Amended Complaint. Ex. B pp 81 L 24, 25; 82 L 1. Thus, Atooi had no authorized representative present at said meeting to purchase or invest in anything. It was solely Andrade's decision to acquire her personal interest in BLGM units with her personal funds. See Ex. C. Andrade's initial acquisition occurred at the Owan meeting venue. Stanley, a member of Atooi never authorized Andrade to issue checks from the Plaintiff Trust. Ex. A p 95. In essence Ms. Andrade was self-serving at the expense of Mr. Stanley and his trust. She admitted to signing Craig Stanley trust checks without Craig Stanley's knowledge or permission and without any authority from the Craig Stanley Trust. See Ex. A at pp 95 L 11 through 98 L 10. This belies Ms. Andrade's assertion at page 4 of Plaintiff's Memorandum in Opposition that she purchased BLGM units on behalf of the Trust. Craig Stanley was the sole trustee of the trust and solely responsible for the trust property Ex. B at P68 L7-13.

II. <u>LEGAL ARGUMENT</u>

Plaintiffs argue at page 6 of their Memorandum in Opposition that they have stated a claim for relief against the Gaurinos. In doing so, Plaintiffs ignore the proscription of FRCP Rule (9)(b) requiring fraud to be plead with particularity. Plaintiffs have already amended their Complaint without properly pleading fraud against the Gaurinos. As such, the First Amended Complaint as to the Gaurinos should be dismissed. See: *Destfino v. Reiswig,* 630 F.3d 952, 958-959 (9th Cir. 2011)

Plaintiffs argument as to standing at page 9 of their Memorandum in Opposition fails as the trust did not suffer injury by reason of any conduct on the part of the Gaurinos but rather, because of the conduct of Millicent Andrade. The cited tendered payments of $61,267. for the purchase of 77 units was made without the knowledge or consent of the sole trustee, Craig Stanley. Ex. B Mr. Stanley did not authorize Ms. Andrade to make this purchase nor sign trust checks with his name. Ex. A at p 95 L 11-22.

As a result of the fraudulent conduct of Ms. Andrade, the trust lost $61,267. The Gaurinos owe the trust nothing. Mr. Stanley elected not to pursue a claim against Ms. Andrade for her unauthorized actions. The Gaurinos should not be held responsible for his election not to pursue a claim against Ms. Andrade.

Atooi never entered into an agreement to transfer title to the property for 333 units. It was Millicent Andrade who did so without the knowledge or permission of Atooi. Craig Stanley testified he knew nothing about this transfer.

The Gaurinos never promised the 333 units would triple in value. Such is a self-serving statement of Ms. Andrade who acted in discord with her relationship to Mr. Stanley and without any authority from Atooi or the trust. See Declaration

of Aurora Gaurino dated January 7, 2018.

No units, electronic or otherwise were intended to by transferred by the Gaurinos to Atooi but instead to Ms. Andrade. See Ex. D. Atooi lost title to the property due to the unauthorized conduct of Ms. Andrade.

III.     CONCLUSION

The Gaurino Defendants Joinder to the Motion for Summary Judgment should be granted and Plaintiffs First Amended Complaint should be dismissed as to the Gaurinos with prejudice.

DATED: Honolulu, Hawaii. January 8, 2018.

/s/ John R. Remis, Jr.
John R. Remis, Jr.
Robert D. Eheler, Jr.
Attorneys for the
Gaurino Defendants

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Reply to Plaintiffs' Opposition to the Gaurino Defendants was duly served on the parties below via CM/ECF.
TO:

**CHARLES A. PRICE, Esq.**
cprice@koshibalaw.com

**WILLIAM J. PLUM, Esq.**
wplum@plumlaw.com

Attorneys for Defendant APT-320, LLC

**DENNIS W. CHONG KEE, Esq.**
**W. KEONI SHULTZ, Esq.**
**CHRISTOPHER T. GOODIN, Esq.**
dchongkee@cades.com
wshultz@cades.com
cgoodin@cades.com

**LAWRENCE C. ECOFF, Esq.**
**ALBERTO J. CAMPAIN, Esq.**
**GINNI G. KIM, Esq.**
ecoff@ecofflaw.com
campain@ecofflaw.com
kim@ecofflaw.com

Attorney for Plaintiffs
ATOOI ALOHA, LLC; CRAIG STANLEY,
as Trustee for The Edmon Keller and
Cleavette Mae Stanley Family Trust;
CRAIG B. STANLEY, Individually;
and MILLICENT ANDRADE, Individually

**WAYNE P. NASSER, Esq.**
**FRANCIS P. HOGAN, Esq.**

wnasser@awlaw.com
fhogan@awlaw.com
Attorneys for Defendants
ROMMEL GUZMAN and
FIDELITY NATIONAL
TITLE & ESCROW OF
HAWAIʻI

**THOMAS D. YANO, Esq.**
thomasdyano@gmail.com
Attorney for Defendant CRISTETA C. OWAN

**PAMELA J. SCHELL, Esq.**
pschell@alf-hawaii.com
Attorney for Third-Party Defendant
APARTMENT OWNERS OF DIAMOND HEAD SANDS

DATED: Honolulu, Hawaiʻi , January 8, 2018.

/s/ John R. Remis, Jr.
JOHN R.  REMIS, JR.
ROBERT D. EHELER, JR.
Attorneys for Gaurino Defendants