# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company, et al. | ) ) ) | CIVIL NO. 16-00347 JMS RLP |
| Plaintiffs, | ) ) | CERTIFICATE OF SERVICE |
| vs. | ) ) ) | |
| ABNER GAURINO, et al. | ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of a copy of the foregoing document was made upon the following parties electronically through CM/ECF:

DENNIS W. CHONG KEE, ESQ.
W. KEONI SHULTZ, ESQ.
CHRISTOPHER T. GOODIN, ESQ.
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813-4212

LAWRENCE C. ECOFF, ESQ., Pro Hac Vice
ALBERTO J. CAMPAIN, ESQ., Pro Hac Vice
GINNI G. KIM, ESQ., Pro Hac Vice
Ecoff Campain & Tilles, LLP
280 S. Beverly Drive, Suite 504
Beverly Hills, CA 90212
Attorneys for Plaintiffs

JOHN R. REMIS, JR., ESQ.
P.O. Box 38112
Honolulu, Hawaii 96837

2101660 v2

ROBERT D. EHELER, JR., ESQ
1003 Bishop Street, Suite 2700
Honolulu, Hawaii 96813

Attorneys for Defendants
  ABNER GAURINO, AURORA GAURINO
  and ABIGAIL GAURINO

CHARLES A. PRICE, ESQ.
Koshiba Price & Gruebner
707 Richards Street, Suite 610
Honolulu, Hawaii 96813

WILLIAM J. PLUM, ESQ.
The Plum Law Office, ALC
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813

Attorneys for Defendants
  APT-320, LLC and INVESTORS
  FUNDING CORPORATION

THOMAS D. YANO, ESQ.
4374 Kukui Grove Street, Suite 204
Lihue, Hawaii 96766

Attorney for Defendant
  CRISTETA C. OWAN

DATED:  Honolulu, Hawaii; January 9, 2018.


                                   */s/ Francis P. Hogan*
                                   WAYNE NASSER
                                   FRANCIS P. HOGAN
                                   Attorneys for Defendants
                                     Fidelity National Title & Escrow of
                                     Hawaii, Inc. and Rommel Guzman