# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:16-cv-00347 JMS-RLP |
| CASE NAME: | Atooi Aloha, LLC *by Millicent Andrade and Craig B. Stanley, Its Managing Members*, et al. v. Abner Gaurino, et al. |
| ATTYS FOR PLA: | Alberto J. Campain<br>Dennis W. Chong Kee |
| ATTYS FOR DEFT: | Charles A. Price<br>William J. Plum<br>John R. Remis Jr.<br>Wayne P. Nasser<br>Pamela Schell |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 01/22/2018 | TIME: | 9:00am-9:45am |

COURT ACTION:  EP:  Hearing on Various Motions for Summary Judgment [164], [166], [191], and [202] was held.

Oral arguments heard.

9:20 a.m. Thomas Yano, Esq., attorney for Defendant Cristeta Owan arrives.  Discussion held with Mr. Yano.

[164]  Defendant Apt-320, LLC's Motion for Summary Judgment and for Interlocutory Decree of Foreclosure - GRANTED.   The parties shall meet and confer regarding Order addressing process of foreclosure of the property.

[166] Defendants Fidelity National Title & Escrow Of Hawaii, Inc. and Rommel Guzman's Motion For Summary Judgment on All Claims Asserted by Plaintiffs Against Fidelity and Guzman in The First Amended Complaint [#30], filed on 5/8/17 - GRANTED

[191] Gaurino Defendants' Joinder to Defendants Fidelity National Title & Escrow of Hawai'i , Inc. and Rommel Guzman's Motion for Summary Judgment on All Claims Asserted by Plaintiffs Against Fidelity and Guzman in the First Amended Complaint [#30], filed on 5/8/17 - DENIED

[202] Defendant Cristeta C. Owan's Motion for Summary Judgment on All Claims Asserted by Plaintiffs Against Cristeta Owan in the First Amended Complaint [Dos.#30] filed on 5/8/17 and All Claims Asserted by Cross-Defendant Apt 320, LLC (Doc. #40) filed on 6/2/17 and All Claims Asserted by Cross Defendant by Fidelity National Title & Escrow [Doc #46], filed on 6/5/2017  - DENIED

Court to issue a written order.

Submitted by: Shelli Mizukami, Courtroom Manager