**JOHN R. REMIS, JR., #4593**
P. O. Box 38112
Honolulu, Hawai'i  96837
Telephone: (808) 524-4343
Facsimile: (888) 502-9102
E-Mail: JRRHNL@aol.com

**ROBERT D. EHELER, Jr., #5786**
Pauahi Tower at Bishop Square
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i  96813
Telephone:  (808) 531-9957
Facsimile: (866) 612-9956
E-Mail: rdelawoffice@gmail.com

Attorneys for Defendants
ABNER GAURINO, AURORA GAURINO
and ABIGAIL GAURINO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ATOOI ALOHA, LLC, an[sic] Nevada Limited Liability Company, CRAIG B. STANLEY, as TRUSTEE for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, <br><br>                    Plaintiffs, <br><br>          vs. <br><br> ABNER GAURINO, AURORA GAURINO, ABIGAIL GAURINO, INVESTORS FUNDING CORPORATION, as Trustee for an | Civil No. 16-00347 JMS - RLP <br><br> **SUMMONS** <br><br><br><br><br><br><br><br><br><br><br><br> *(Caption continued on next page)* |

|  |  |
|---|---|
| unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaiʻi Limited Liability Company, CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAIʻI and DOES 1-100 Inclusive, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| ABNER GAURINO, AURORA GAURINO AND ABIGAIL GAURINO, | ) ) ) ) ) |
| Third Party Plaintiffs, | ) ) |
| vs. | ) ) |
| BEVERLY G. ALVAREZ, Individually and doing business as Westrend Realty, VERLIN LIM SANCIANGCO AND WESTREND REALTY, INC., a California Corporation, | ) ) ) ) ) ) |
| Third Party Defendants. | ) ) |

## SUMMONS

**VERLIN LIM SANCIANGCO**, YOU ARE HEREBY summoned and required to file with the court and serve upon Third Party Plaintiffs ABNER GAURINO, AURORA GAURINO AND ABIGAIL GAURINO's counsel, John R. Remis, Jr. and Robert D. Eheler, Jr., 1003 Bishop Street, Suite 2700, Honolulu,

Hawai'i 96813, an Answer to the Third Party Complaint within 21 days after service of this summons upon you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(1)(a)(i).  If you fail to file an answer within the 21 day limit, judgment by default will be taken against you for the relief demanded.

    This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

    A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

    Dated:  Honolulu, Hawai'i, __January 30, 2018_____.



SUE BEITIA_____
CLERK OF THE COURT

/s/ SUE BEITIA by AFC, Deputy Clerk