# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ABNER GUARINO; AURORA GAURINO; ABIGAIL GUARINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii limited liability company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive,<br>　　　　　　Defendants.<br>_____<br><br>APT-320, LLC, a Hawaii Limited Liability Company<br><br>　　　　　Third Party Plaintiff<br><br><br>APARTMENT OWNERS OF | Case No. 16-00347 JMS RLP<br><br>AMENDED SUMMONS<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*Caption continued on next page)* |

| | |
|---|---|
| DIAMOND HEAD SANDS, | ) |
|     Third Party Defendant. | ) |
| | ) |
| ABIGAIL LEE GAURINO; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually, ATOOI ALOHA, LLC, an Nevada Limited Liability Company; MILLICENT ANDRADE, individually | ) ) ) ) ) ) ) ) |
| | ) |
|     Third Party Cross-Claim Defendants. | ) ) |
| | ) |

## AMENDED SUMMONS

To Plaintiffs and Third Party Cross-Claim Defendants: ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST and CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually

To Defendant and Third Party Cross-claim Defendant: ABIGAIL LEE GAURINO

    You are hereby summoned and required to file with the Court and serve upon Anderson Lahne & Fujisaki LLP A Limited Liability Law Partnership, attorneys for Third Party Defendant ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS, whose address is 733 Bishop Street, Suite 2301, Pacific Guardian Center, Makai Tower, Honolulu, Hawaii 96813, an answer to the Third Party Amended Cross-Claim or Third Party Cross-claim which is served upon you, within twenty-one (21) days after service of this Amended summons upon you,

exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Third Party Amended Cross-Claim or Third Party Cross-Claim.

This Amended summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this Amended summons, personal delivery during those hours.

A failure to obey this Amended summons may result in an entry of default and default judgment against the disobeying person or party.

DATED: Honolulu, Hawaii February 5, 2018.



SUE BEITIA
Clerk of the above-entitled Court

/s/ SUE BEITIA by AFC, Deputy Clerk