ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

WAYNE NASSER          1097-0
FRANCIS P. HOGAN     2722-0
First Hawaiian Center, Suite 1400
999 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 539-0400
Facsimile:   (808) 533-4945
E-mail:       wnasser@awlaw.com
                     fhogan@awlaw.com

Attorneys for Defendants
 FIDELITY NATIONAL TITLE & ESCROW
 OF HAWAII, INC. and ROMMEL GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company, et al.,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>ABNER GAURINO, et al.<br><br>                    Defendants. | CIVIL NO. 16-00347 JMS RLP<br><br>JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF: (1) DEFENDANTS ABNER GAURINO, AURORA GAURINO AND ABIGAIL GAURINO'S CROSSCLAIM AGAINST DEFENDANTS ROMMEL GUZMAN AND FIDELITY NATIONAL TITLE AND ESCROW OF HAWAII FILED ON JUNE 15, 2017 [DOC. #53]; AND (2) DEFENDANTS ROMMEL GUZMAN AND FIDELITY NATIONAL TITLE AND ESCROW OF HAWAII'S CROSS-CLAIM AGAINST DEFENDANTS |

|   |   |
|---|---|
| ) | AURORA GAURINO, ABNER GAURINO, ABIGAIL GAURINO AND CRISTETA C. OWAN FILED ON JUNE 5, 2017 [DOC. #46-1] |

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF: (1) DEFENDANTS ABNER GAURINO, AURORA GAURINO AND ABIGAIL GAURINO'S CROSSCLAIM AGAINST DEFENDANTS ROMMEL GUZMAN AND FIDELITY NATIONAL TITLE AND ESCROW OF HAWAII FILED ON JUNE 15, 2017 [DOC. #53]; AND (2) DEFENDANTS ROMMEL GUZMAN AND FIDELITY NATIONAL TITLE AND ESCROW OF HAWAII'S CROSS-CLAIM AGAINST DEFENDANTS AURORA GAURINO, ABNER GAURINO, ABIGAIL GAURINO AND CRISTETA C. OWAN FILED ON JUNE 5, 2017 [DOC. #46-1]**

Defendants Abner Gaurino, Aurora Gaurino and Abigail Gaurino ("Gaurino Defendants"), Defendants Rommel Guzman and Fidelity National Title and Escrow of Hawaii ("Fidelity Defendants"), and Defendant Cristeta C. Owan ("Owan") acting through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c), hereby stipulate to the dismissal without prejudice of Gaurino Defendants' Crossclaim Against Defendants Rommel Guzman and Fidelity National Title and Escrow of Hawaii filed on June 15, 2017 [Doc. #53] and Fidelity Defendants' Cross-Claim Against Defendants Aurora Gaurino, Abner Gaurino, Abigail Gaurino and Cristeta C. Owan filed on June 5, 2017 [Doc. #46-1], and any and all claims asserted therein. Gaurino Defendants, Fidelity Defendants and Owan will bear their own attorneys' fees and costs.

2

CIVIL NO. 16-00347 JMS RLP

Dated: Honolulu, Hawaii, February 6, 2018.

/s/ Wayne P. Nasser_____
WAYNE P. NASSER
FRANCIS P. HOGAN
Attorneys for Defendants
  FIDELITY NATIONAL TITLE & ESCROW
  OF HAWAII, INC. and ROMMEL GUZMAN

/s/ John R. Remis_____
JOHN R. REMIS, JR.
ROBERT D. EHELER, JR.
Attorneys for Defendants
  ABNER GAURINO, AURORA GAURINO
  and ABIGAIL GAURINO

/s/ Charles Price_____
CHARLES A. PRICE
WILLIAM J. PLUM
Attorneys for Defendants
  APT-320, LLC and INVESTORS
  FUNDING CORPORATION

/s/ Thomas Yano_____
THOMAS D. YANO
Attorney for Defendant
  CRISTETA C. OWAN

---

ATOOI ALOHA, LLC, AN NEVADA LIMITED LIABILITY COMPANY, ET AL. V. ABNER GAURINO, ET AL.; CIVIL NO. 16-00347 JMS RLP; JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF: (1) DEFENDANTS/CROSSCLAIMANTS ABNER GAURINO, AURORA GAURINO AND ABIGAIL GAURINO'S CROSSCLAIM AGAINST DEFENDANTS ROMMEL GUZMAN; AND FIDELITY NATIONAL TITLE AND ESCROW OF HAWAII FILED ON JUNE 15, 2017 [DOC. #53] AND (2) DEFENDANTS ROMMEL GUZMAN AND FIDELITY NATIONAL TITLE AND ESCROW OF HAWAII'S CROSS-CLAIM AGAINST DEFENDANTS AURORA GAURINO, ABNER GAURINO, ABIGAIL GAURINO AND CRISTETA C. OWAN FILED ON JUNE 5, 2017 [DOC. #46-1]

*/s/ Dennis W. Chong Kee*_____
DENNIS W. CHONG KEE
W. KEONI SHULTZ
CHRISTOPHER T. GOODIN
LAWRENCE C. ECOFF, PRO HAC VICE
ALBERTO J. CAMPAIN, PRO HAC VICE
GINNI G. KIM, ESQ., PRO HAC VICE
Attorneys for Plaintiffs


*/s/ Pamela J. Schell*_____
PHILIP L. LAHNE
PAMELA J. SCHELL
Attorneys for Third-party Defendant
 ASSOCIATION OF APARTMENT OWNERS
 OF DIAMOND HEAD SANDS

APPROVED AS TO FORM.

DATED:  Honolulu, Hawaii, February 9, 2018.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

_____
ATOOI ALOHA, LLC, AN NEVADA LIMITED LIABILITY COMPANY, ET AL. V. ABNER GAURINO, ET AL.; CIVIL NO. 16-00347 JMS RLP; JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF: (1) DEFENDANTS/CROSSCLAIMANTS ABNER GAURINO, AURORA GAURINO AND ABIGAIL GAURINO'S CROSSCLAIM AGAINST DEFENDANTS ROMMEL GUZMAN AND FIDELITY NATIONAL TITLE AND ESCROW OF HAWAII FILED ON JUNE 15, 2017 [DOC. #53]; AND (2) DEFENDANTS ROMMEL GUZMAN AND FIDELITY NATIONAL TITLE AND ESCROW OF HAWAII'S CROSS-CLAIM AGAINST DEFENDANTS AURORA GAURINO, ABNER GAURINO, ABIGAIL GAURINO AND CRISTETA C. OWAN FILED ON JUNE 5, 2017 [DOC. #46-1]

4