*Letter*

| | |
|---|---|
| From: | Dennis Chong Kee <dchongkee@cades.com> |
| To: | 'Bill Plum' <wplum@plumlaw.com>, "seabright_orders@hid.uscourts.gov" <seabright_orders@hid.uscourts.gov> |
| Cc: | Bob Eheler <rdelawoffice@gmail.com>, "JRRHNL@aol.com" <JRRHNL@aol.com>, Larry Ecoff <ecoff@ecofflaw.com>, "thomasdyano@gmail.com" <thomasdyano@gmail.com>, "pschell@alf-hawaii.com" <pschell@alf-hawaii.com>, "Wayne Nasser Esq. (wnasser@awlaw.com)" <wnasser@awlaw.com>, Charles Price <cprice@koshibalaw.com>, Audrey Kawamura <akawamura@cades.com> |
| Date: | 02/12/2018 07:29 PM |
| Subject: | RE: Atooi Aloha LLC vs Abner Gaurino, et. al., Civil No. 16-00347 JMS-RLP |

Dear Judge Seabright -

The purpose of this email is to provide the Court with the substance of the comments that I provided to Mr. Plum.  I explained to Mr. Plum last Friday that I would compare his proposed form of order to a form of order that my office recently received back (with court comments) from Judge Castagnetti who is the State Circuit Court Judge assigned to foreclosure matters.   Based on this review and comparison, as well as consideration of other experiences my office has encountered in State Court foreclosure matters, I offered the following comments and suggestions to Mr. Plum:

> "First, if there are any assignment documents recorded in the Bureau of Conveyances, it would make sense to make reference to them at the end of paragraph 4.
>
> Second, it is our understanding that the State Courts typically insist on a provision in the order addressing when a notice of default was provided to the borrower.   Thus, it make sense to add such a provision."

I offer the following comments for the Court's consideration to incorporate in the proposed order as the Court deems appropriate.

Thank you.

**Dennis W. Chong Kee**
*Partner*

**Cades Schutte LLP**
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813
(t) 808.521.9200 | (d) 808.521.9209 | (f) 808.521.9210
dchongkee@cades.com | www.cades.com

**From:** Bill Plum [mailto:wplum@plumlaw.com]
**Sent:** Monday, February 12, 2018 4:23 PM
**To:** seabright_orders@hid.uscourts.gov
**Cc:** Bob Eheler; JRRHNL@aol.com; Dennis Chong Kee; Larry Ecoff; thomasdyano@gmail.com;

pschell@alf-hawaii.com; Wayne Nasser Esq. (wnasser@awlaw.com); Charles Price
**Subject:** Atooi Aloha LLC vs Abner Gaurino, et. al., Civil No. 16-00347 JMS-RLP

Dear Judge Seabright

Attached are three files in a PDF format.  One file contains a document that I have entitled Further Findings of Fact, Conclusions of Law and Order Granting Defendant Apt-320, LLC's Motion for Summary Judgment And For Interlocutory Decree of Foreclosure; Exhibit A ("Order").  That document has been drafted on behalf of my client, Apt-320, LLC, and is a proposed version consistent with the type of document typically filed in a state court foreclosure action after the court grants a mortgagee's motion for summary judgment and is looking to appoint a commissioner.  The second file contains the proposed Exhibit A, and the third file contains a CV for Thomas J. Wong (Apt-320, LLC's suggestion for the position of commissioner).

With regards to the attached files, I can report the following:

**Counsel for Cristeta Owen** takes no position on the proposed Order and no objections to Mr. Wong.

**Counsel for Fidelity National Title & Escrow and Rommel Guzman** has no objection to the form of the proposed Order and no objections to Mr. Wong.

**Counsel for the Apartment Owners of Diamond Head Sands** has no objection to the form of the proposed Order and no objections to Mr. Wong.

**Counsel for Plaintiffs** had two "comments/suggestions" to the proposed Order, but since they were received this afternoon, there was not sufficient time to evaluate the comments/suggestions and if accepted, to re-circulate the Order for approval among the parties, and still make today's deadline for submittal of the proposed Order to this court.  Counsel for Plaintiffs had no objections to Mr. Wong.

**Counsel for the Gaurinos** exchanged emails with me and had a phone call with me about the form of the Order, however I did not receive confirmation regarding approval of the Order.  No confirmation regarding the approval of Mr. Wong was received.

Lastly, I was instructed to send submittals to the court via a PDF format.  I can provide WordPefect or Word formats of the Order if requested.

Thank you.

Bill Plum
The Plum Law Office, a Law Corporation
700 Bishop Street, Suite 2100
Honolulu, Hawaii  96813
(808) 528-0050
(808) 524-3355 (f)
(808) 282-0636 (c)

-----------------------------------------------------------
This e-mail, including its attachments, is intended only
for the use of the individual or entity to which it is
addressed and may contain information that is privileged,
confidential or otherwise protected from disclosure.  If
you are not the intended recipient, please do not forward,
disseminate, disclose, distribute, use, or copy this e-mail
or its attachments.  Instead, please notify us immediately
by reply e-mail or by telephone (808) 521-9200, and delete
the original e-mail and its attachments, and all copies.