ANDERSON LAHNE & FUJISAKI LLP
A Limited Liability Law Partnership

PHILIP L. LAHNE          (3709)
PAMELA J. SCHELL         (6408)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, Hawaii 96813
Telephone: (808) 536-8177
email: plahne@alf-hawaii.com
       pschell@alf-hawaii.com

Attorneys for Third Party Defendant
ASSOCIATION OF APARTMENT OWNERS
OF DIAMOND HEAD SANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>      Plaintiffs,<br><br>vs.<br><br>ABNER GUARINO; AURORA GAURINO; ABIGAIL GUARINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT- | Case No. 16-00347 JMS RLP<br><br>RETURN ON SERVICE<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*[Caption continued on next page]* |

| | |
|---|---|
| 320, LLC, a Hawaii Limited Liability Company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive,<br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| APT-320, LLC, a Hawaii Limited Liability Company,<br><br>         Third Party Plaintiff,<br><br>     vs.<br><br>APARTMENT OWNERS OF DIAMOND HEAD SANDS,<br>         Third Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ABIGAIL GUARINO; ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>         Additional Third Party<br>         Cross-Claim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RETURN ON SERVICE

I HEREBY CERTIFY that I served the documents listed herein by delivering

certified copies of same to the person(s) at the time, date, and place herein shown.

Documents served:

1. (Filed) Third Party Defendant Association of Apartment Owners of Diamond Head Sands' Amended Cross-claim against Defendant and Third Party Cross-claim Defendant Abigail Lee Guarino and Plaintiffs and Third Party Cross-claim Defendants Craig B. Stanley, as Trustee for the Edmon Keller and Cleavette Mae Stanley Family Trust; and Craig B. Stanley, Individually and Cross-claim against Plaintiffs and Third Party Crossclaim Defendants ATOOI Aloha, LLC, an Nevada Limited Liability Company; Millicent Andrade, Individually; Amended Notice Re: Approved Housing Counselors and Approved Budget and Credit Counselors; Exhibits "A" and "B;" Amended Summons

| NAME OF PERSON SERVED | TIME | DATE | PLACE |
|---|---|---|---|
| Craig B. Stanley, an Individual through his attorney, Dennis W. Chong Kee, Esq. | 0840 hrs | 2/13/18 | 1000 Bishop Street 12th floor Honolulu, HI 96813 |

I am not a party to the above-referenced legal action. I am not less than 18 years of age. I do declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, 2/13/18  .

_____
Signature    Wadsley K. Abihai
_____
Printed name

### ACKNOWLEDGMENT OF SERVICE

Receipt of the document(s) listed is hereby acknowledged.

| Name | Time | Date |
|---|---|---|
| [signature] | 8:40 am | 2/13/18 |
| Dennis Chungkee | | |

3