*Letter*

| | |
|---|---|
| From: | Dennis Chong Kee <dchongkee@cades.com> |
| To: | 'Bill Plum' <wplum@plumlaw.com>, "Seabright_Orders@hid.uscourts.gov" <Seabright_Orders@hid.uscourts.gov> |
| Cc: | Charles Price <cprice@koshibalaw.com>, Larry Ecoff <ecoff@ecofflaw.com>, "JRRHNL@aol.com" <JRRHNL@aol.com>, "pschell@alf-hawaii.com" <pschell@alf-hawaii.com>, Bob Eheler <rdelawoffice@gmail.com>, "thomasdyano@gmail.com" <thomasdyano@gmail.com>, "Wayne Nasser Esq. (wnasser@awlaw.com)" <wnasser@awlaw.com> |
| Date: | 02/27/2018 03:54 AM |
| Subject: | RE: Atooi Aloha LLC vs Abner Gaurino, et. al., Civil No. 16-00347 JMS-RLP |

Ms. Hu -

This office represents Plaintiffs in the above-referenced Action. In response to requests from Mr. Plum to review the proposed forms of orders arising out of the motion in question, I offered Mr. Plum the following comments.

First, if there are any assignment documents recorded in the Bureau of Conveyances, it would make sense to make reference to them. It would appear that the place to reference any such documents would be the end of paragraph 3. I do not know if there are any assignment documents recorded at the Bureau.

Second, it is our understanding that the State Courts typically insist on a provision in these types of orders addressing when a notice of default was provided to the borrower. Thus, I suggested that it would make sense to add such a provision. I do not know if a notice of default was provided and, if so, the date of any such notice.

I offer the foregoing comments for the Court's consideration to incorporate in the proposed order as the Court deems appropriate.

Thank you.

**Dennis W. Chong Kee**
*Partner*

**Cades Schutte LLP**
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813
(t) 808.521.9200 | (d) 808.521.9209 | (f) 808.521.9210
dchongkee@cades.com | www.cades.com