CADES SCHUTTE
A Limited Liability Law Partnership

DENNIS W. CHONG KEE        5538-0
W. KEONI SHULTZ            7467-0
CHRISTOPHER T. GOODIN   8562-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
FAX:  (808) 521-9210
Email:  dchongkee@cades.com

ECOFF CAMPAIN & TILLES, LLP
A Limited Liability Partnership
LAWRENCE C. ECOFF, *Pro Hac Vice*
ALBERTO J. CAMPAIN, *Pro Hac Vice*
GINNI G. KIM, *Pro Hac Vice*
280 S. Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone:  (310) 887-1850
FAX:  (310) 887-1855
Email:  ecoff@ecofflaw.com

Attorneys for Plaintiffs and
Third Party Cross-Claim Defendants
ATOOI ALOHA, LLC
CRAIG B. STANLEY, as Trustee for
THE EDMON KELLER AND CLEAVETTE MAE
STANLEY FAMILY TRUST;
CRAIG B. STANLEY, Individually; and
MILLICENT ANDRADE, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, | CIVIL NO. 16-00347 JMS RLP<br><br>AMENDED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AND THIRD PARTY CROSS-CLAIM DEFENDANTS ATOOI ALOHA, LLC,; CRAIG B. STANLEY, AS TRUSTEE FOR THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY; AND MILLICENT ANDRADE; DECLARATION OF LAWRENCE C. ECOFF; CERTIFICATE OF SERVICE |
| Plaintiffs, | |
| v. | |
| ABNER GAURINO; AURORA GAURINO; ABIGAIL GAURINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii Limited Liability Company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive, | |
| Defendants. | |
| APT-320, LLC, a Hawaii Limited Liability Company, | |
| Third-Party Plaintiff, | |
| v. | |
| APARTMENT OWNERS OF DIAMOND HEAD SANDS, | |
| Third-Party Defendant. | |

ABIGAIL LEE GAURINO; CRAIG B.
STANLEY, AS Trustee for THE
EDMON KELLER AND CLEAVETTE
MAE STANLEY FAMILY TRUST;
CRAIG B. STANLEY, individually,
ATOOI ALOHA, LLC, an Nevada
Limited Liability Company;
MILLICENT ANDRADE, individually

Third Party
Cross-Claim Defendants.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AND THIRD PART CROSS-CLAIM DEFENDANTS

Comes now Ecoff Campain & Tilles, LLP ("ECT") and hereby move this Court for an order permitting ECT to withdraw as counsel for Plaintiffs and Third Party Cross-Claim Defendants Atooi Aloha, LLC, Craig G. Stanley, as Trustee for The Edmon Keller and Cleavette Mae Stanley Family Trust; Craig B. Stanley; and Millicent Andrade (collectively "Plaintiffs").  This Motion is made pursuant to Local Rule 83.6, and is based on the declaration attached hereto and the records and files herein.

ECT seeks to withdraw as counsel for Plaintiffs as a result of the complete breakdown of the attorney-client relationship.  On March 7, 2018, ECT received an email from Millicent Andrade terminating the representation of ECT as counsel for Plaintiffs, effective immediately.  ECT immediately responded by email, and requested that Ms. Andrade provide a substitution of attorney for execution and

filing with the Court.  To date, ECT has not received an executed substitution of attorney form, thus requiring the filing of this Motion to Withdraw, whereby both ECT seeks a court order to be allowed to withdraw as counsel for Plaintiffs in this action.

ECT complied with the notice requirements of Local Rule 83.6(b) by advising Plaintiffs that Plaintiffs are responsible for complying with all court orders and time limitations established by any applicable rules.  ECT further advised Plaintiff Atooi Aloha, LLC that it cannot appear without counsel admitted to practice before this court, and, absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken and default judgment or other sanctions may be imposed against the entity.

Based upon the foregoing, and the attached declaration, ECT respectfully requests that this Court grant the instant Motion and enter an order permitting ECT to withdraw from representing Plaintiffs in this matter.

ECOFF CAMPAIN & TILLES, LLP
A Limited Liability Partnership


 /s/   Ginni G. Kim
LAWRENCE C. ECOFF, *Pro Hac Vice*
ALBERTO J. CAMPAIN, *Pro Hac Vice*
GINNI G. KIM, *Pro Hac Vice*

and

CADES SCHUTTE
A Limited Liability Law Partnership
DENNIS W. CHONG KEE
W. KEONI SHULTZ
CHRISTOPHER T. GOODIN

Attorneys for Plaintiffs and Third Party
Cross-Claim Defendants
ATOOI ALOHA, LLC, CRAIG B.
STANLEY, as Trustee for THE EDMON
KELLER AND CLEAVETTE MAE
STANLEY FAMILY TRUST; CRAIG B.
STANLEY, Individually; and MILLICENT
ANDRADE, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, | CIVIL NO. 16-00347 JMS RLP<br><br>DECLARATION OF LAWRENCE C. ECOFF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AND THIRD PARTY CROSS-CLAIM DEFENDANTS |
| Plaintiffs, | |
| v. | |
| ABNER GAURINO; AURORA GAURINO; ABIGAIL GAURINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii Limited Liability Company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive, | |
| Defendants. | |
| APT-320, LLC, a Hawaii Limited Liability Company, | |
| Third-Party Plaintiff, | |
| v. | |
| APARTMENT OWNERS OF DIAMOND HEAD SANDS, | |
| Third-Party Defendant. | |

- 6 -

## DECLARATION OF LAWRENCE C. ECOFF

I, Lawrence C. Ecoff, hereby declare as follows:

1.      I am a partner with the law firm of Ecoff Campain & Tilles, LLP ("ECT") and counsel for Plaintiffs and Third Party Cross-Claim Defendants Atooi Aloha, LLC, Craig G. Stanley, as Trustee for The Edmon Keller and Cleavette Mae Stanley Family Trust; Craig B. Stanley; and Millicent Andrade (collectively "Plaintiffs").

2.      ECT seeks to withdraw as counsel for Plaintiffs as a result of the complete breakdown of the attorney-client relationship.  On March 7, 2018, ECT received an email from Millicent Andrade Plaintiffs terminating the service of ECT as counsel for Plaintiffs, effective immediately.  ECT immediately responded by email and requested that Ms. Andrade provide a substitution of attorney for execution and filing with the Court.

3.      To date, ECT has not received an executed substitution of attorney form, thus requiring the filing of a Motion to Withdraw whereby both ECT seek a court order to be allowed to withdraw as counsel for Plaintiffs in this action.

4.      Pursuant to Local Rule 83.6(b), the contact information for Plaintiffs is as follows:

Atoohi Aloha, LLC
c/o Millicent Andrade
2090 Hanalima Street, #DD201
Lihue, Kauai, Hawaii 96766
(808) 346-3671
*millimoana@gmail.com*

Craig B. Stanley, Trustee and Individually
2090 Hanalima Street, #DD201
Lihue, Kauai, Hawaii 96766
(808) 346-3671
*millimoana@gmail.com*

Millicent Andrade
2090 Hanalima Street, #DD201
Lihue, Kauai, Hawaii 96766

(808) 346-3671
*millimoana@gmail.com*

5.      ECT has also advised all Plaintiffs that (a) Plaintiffs must comply with all court orders and time limitations established by applicable court rules, (b) Plaintiff Atooi Aloha, LLC cannot appear without counsel admitted to practice before this Court, and (c) absent prompt appearance of substitute counsel, pleadings, motions and other papers may be stricken and default judgment or other sanctions may be imposed against Plaintiffs.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated this 16th day of March, 2018, at Beverly Hills, California.

 /s/  Lawrence C. Ecoff                  
LAWRENCE C. ECOFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 16, 2018, a true and correct copy of Amended Motion to Withdraw as Counsel for Plaintiffs and Third Party Cross-Claim Defendants Atooi Aloha, LLC; Craig B. Stanley, as trustee for The Edmon Keller and Cleavette Mae Stanley Family Trust; Craig B. Stanley; and Millicent Andrade was duly served upon the following parties by CM/ECF:

JOHN R. REMIS, JR., ESQ.
P.O. Box 38112
Honolulu, HI  96837
JRRHNL@aol.com
     and
ROBERT D. EHELER, JR., ESQ.
Pauahi Tower at Bishop Square
1003 Bishop Street, Suite 2700
Honolulu, HI  96813
rdelawoffice@gmail.com

Attorneys for Defendants
ABNER GAURINO, AURORA GAURINO
and ABIGAIL GAURINO and
Third Party Cross-Claim Defendant
ABIGAIL LEE GAURINO

CHARLES A. PRICE, ESQ.
Koshiba Price Gruebner & Mau
707 Richards Street, Suite 610
Honolulu, HI  96813
cprice@koshibalaw.com
     and
WILLIAM J. PLUM, ESQ.
The Plum Law Office, ALC
P.O. Box 3503
Honolulu, HI  96811
wplum@plumlaw.com

Attorneys for Defendants
INVESTORS FUNDING CORPORATION
and APT-320, LLC; and
Third Party Plaintiff/Third Party Counterclaim
Defendant APT-320, LLC


WAYNE P. NASSER, ESQ.
FRANCIS P. HOGAN, ESQ.
Ashford & Wriston
First Hawaiian Bank
999 Bishop Street, Suite 1400
Honolulu, HI  96813
wnasser@awlaw.com
fhogan@awlaw.com


Attorneys for Defendants
ROMMEL GUZMAN and
FIDELITY NATIONAL TITLE & ESCROW
OF HAWAII, INC.


THOMAS D. YANO, ESQ.
4374 Kukui Grove Street
Suite 204
Lihue, HI  96766
thomasdyano@gmail.com


Attorney for Defendant
CRISTETA C. OWAN

PHILIP L. LAHNE, ESQ.
PAMELA J. SCHELL, ESQ.
Anderson Lahne & Fujisaki LLP
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, HI  96813
plahne@alf-hawaii.com
pshcell@alf-hawaii.com


- 10 -

Attorneys for Third Party Defendant, Third
Party Counterclaimant and Third Party
Cross-Clamant ASSOCIATION OF
APARTMENT OWNERS OF DIAMOND
HEAD SANDS

The undersigned hereby certifies that true and correct copies of the

foregoing document were duly served upon the following parties by U.S. Mail on

March 16, 2018:

Atoohi Aloha, LLC
c/o Millicent Andrade
2090 Hanalima Street, #DD201
Lihue, Kauai, Hawaii 96766

Craig B. Stanley, Trustee and Individually
2090 Hanalima Street, #DD201
Lihue, Kauai, Hawaii 96766


Millicent Andrade
2090 Hanalima Street, #DD201
Lihue, Kauai, Hawaii 96766

Dated this 16th day of March, 2018, at Beverly Hills, California.


   /s/  Ginni G. Kim
GINNI G. KIM