POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Robert D. Eheler, Jr., Esq.  SBN 5786<br>Pauahi Tower at Bishop Square - 1003 Bishop St., Ste. 2700<br>Honolulu, HI 96813<br>TELEPHONE NO.: (808) 531-9957   FAX NO: (866) 612-9956<br>E-MAIL ADDRESS: rdelawoffice@gmail.com<br>ATTORNEY FOR: | |

UNITED STATES DISTRICT COURT - DISTRICT OF HAWAII
STREE ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: ,
BRANCH NAME: United States District Court - District of Hawaii

PLAINTIFF/PETITIONER: Atooi Aloha
DEFENDANT/RESPONDENT: Gaurino

**PROOF OF SERVICE OF SUMMONS**

Case Number: 16-00347 JMS-RLP

Ref. No. or File No.: Atooi Aloha v. Gaurino

(Separate proof of service is required for each party served.)

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 18 years and not a party to the within entitled action. I served the:

Summons and Third Party Complaint

on: Verlin Lim Sanciangco

in the above mentioned action as pursuant to the Federal Rules of Civil Procedure by delivering to the parties dwelling house or usual place of abode or business and leaving with a person of suitable age and discretion. The name of the person with whom the documents were left with is:

Tonya "Doe" - F - Hisp - 30yrs - 5'6" - 175lbs - red hr - brn eyes, Person in Charge

at: 3610 Central Ave., Ste. 400, Riverside, CA 92506(Business)

on: March 02, 2018
at: 2:15 PM

The documents were mailed on 3/3/2018 to the party's Business

Fee for service: $59.00

Record # 18-150157
Invoice # 18143284, 18143284

Registered California process server.
County: Orange
Registration No: PSC2840
Expiration Date:

Trinidad Gardea Jr. - Sano Attorney Service

P.O. Box 1568, Riverside, CA 92502

I declare under penalty of perjury that the foregoing is true and correct and that this declaraction was executed
on: Mar 05, 2018        at: Riverside, CA 92501-1568

*Trinidad Gardea Jr.*

Trinidad Gardea Jr.