

**Fw: Atooi Aloha LLC vs Abner Gaurino , et. al., Civil No. 16-00347 JMS-RLP**
Seabright Orders                                                                                   03/21/2018 01:44 PM

| | |
|---|---|
| From: | Charles Price <cprice@koshibalaw.com> |
| To: | "seabright_Orders@hid.uscourts.gov" <seabright_Orders@hid.uscourts.gov> |
| Cc: | "'Bill Plum (wplum@plumlaw.com)'" <wplum@plumlaw.com>, "dchongkee@cades.com" <dchongkee@cades.com>, "ecoff@ecofflaw.com" <ecoff@ecofflaw.com>, "JRRHNL@aol.com" <JRRHNL@aol.com>, "rdelawoffice@gmail.com" <rdelawoffice@gmail.com>, "thomasdyano@gmail.com" <thomasdyano@gmail.com>, "pschell@alf-hawaii.com" <pschell@alf-hawaii.com>, "Wayne P. Nasser (wnasser@awlaw.com)" <wnasser@awlaw.com> |
| Date: | 03/20/2018 04:52 PM |
| Subject: | Atooi Aloha LLC vs Abner Gaurino, et. al., Civil No. 16-00347 JMS-RLP |

Ms. Hu,

We request that the Court enter a separate Rule 54(b) Partial Final Judgment on Defendant APT-320, LLC's foreclosure motion for summary judgment and foreclosure decree. Per the Court's Order re MSJ, APT-320's motion requested and the Court granted 54(b) relief.  The Order reiterates at page 16 that foreclosure cases are bifurcated into two separately appealable parts: (1) the foreclosure decree and (2) all other orders.  Entry of a separate final judgment on the foreclosure decree also will assist the foreclosure auction buyer in procuring title insurance for the purchased property.  A proposed form of Partial Final Judgment is attached.  For ease of reference, the Order re: MSJ and Foreclosure Decree are also attached.

Thank you for your consideration of this request.

Charlie Price

Charles A. Price, Esq.
Koshiba Price & Gruebner
707 Richards Street, Suite 610
Honolulu, Hawaii  96813
Phone: 808-523-3900
Fax: 808-526-9829
Email: cprice@koshibalaw.com
Website: www.koshibalaw.com[attachment "Partial Final Judgment..pdf" deleted by Lorraine Gin/HID/09/USCOURTS] [attachment "(238) Order re MSJ & Mot Interloc Decree.1.31.18.pdf" deleted by Lorraine Gin/HID/09/USCOURTS] [attachment "(262) Foreclosure Decree.pdf" deleted by Lorraine Gin/HID/09/USCOURTS]