IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, ET AL., | Civ. No. 16-00347 JMS-RLP |
| Plaintiffs, | RULE 54(b) PARTIAL FINAL JUDGMENT |
| vs. | |
| ABNER GAURINO, ET AL., | |
| Defendants. | |
| _____ | |
| AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | |

## **RULE 54(b) PARTIAL FINAL JUDGMENT**

Counsel for Defendant/Counter-Claimant/Third-Party Plaintiff Apt-320, LLC, has requested entry of a separate Partial Final Judgment incorporating language pursuant to Federal Rule of Procedure Rule 54(b).  ECF No. 269.[1]  The request is in accordance with Hawaii's procedure for bifurcated foreclosure proceedings,[2] and it is consistent with this court's Order Re: Motions for Summary

---

[1] Apt-320, LLC requested Rule 54(b) language in the underlying unopposed Motion for Summary Judgment, ECF No. 164 at 2-3, but no such language was included in the Foreclosure Decree submitted to the court, *see* ECF No. 262.

[2] *See, e.g. City Bank v. Abad*, 106 Haw. 406, 412-13, 105 P.3d 1212, 1218-19 (Haw. Ct. App. 2005) ("[F]oreclosure cases are bifurcated into two separately appealable parts: (1) the decree of foreclosure and the order of sale, if the order of sale is incorporated within the decree; and (2) all other orders.") (quoting *Sec. Pac. Mortg. Corp. v. Miller*, 71 Haw. 65, 70, 783 P.2d 885, 857 (1989)) (other citation omitted).

Judgment and Motion for Interlocutory Decree of Foreclosure, ECF No. 238; *Atooi Aloha, LLC v. Gaurino*, 2018 WL 650194 (D. Haw. Jan. 31, 2008), and the Foreclosure Decree; Exhibit "A," filed March 1, 2018, ECF No. 262.

Thus, finding no just reason for delay, the request is GRANTED. FINAL JUDGMENT is hereby entered in favor of APT-320, LLC and against Plaintiffs Atooi Aloha, LLC, Craig B. Stanley, individually and as Trustee for the Edmon Keller and Cleavette Mae Stanley Family Trust, and Milicent Andrade; Defendant Abigail Gaurino; and Third-Party Defendant Association of Apartment Owners of Diamond Head Sands on the following: (1) Apt-320, LLC's First Amended Foreclosure Counterclaim Against Plaintiffs and Cross-Claim against Defendant Abigail Gaurino, filed June 2017, ECF No. 57; and (2) Apt-320, LLC's Third-Party Complaint Against Association of Apartment Owners of Diamond Head Sands, file September 26, 2017, ECF No. 145.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 21, 2018.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Atooi Aloha, LLC v. Gaurino, et al.*, Civ No. 16-00347 JMS-RLP, Rule 54(b) Partial Final Judgment