CADES SCHUTTE
A Limited Liability Law Partnership

DENNIS W. CHONG KEE     5538-0
W. KEONI SHULTZ         7467-0
CHRISTOPHER T. GOODIN   8562-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email: dchongkee@cades.com

ECOFF CAMPAIN & TILLES, LLP
A Limited Liability Partnership
LAWRENCE C. ECOFF, *Pro Hac Vice*
ALBERTO J. CAMPAIN, *Pro Hac Vice*
GINNI G. KIM, *Pro Hac Vice*
280 S. Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone: (310) 887-1850
FAX: (310) 887-1855
Email: ecoff@ecofflaw.com

Attorneys for Plaintiffs and
Third Party Cross-Claim Defendants
ATOOI ALOHA, LLC
CRAIG B. STANLEY, as Trustee for
THE EDMON KELLER AND CLEAVETTE MAE
STANLEY FAMILY TRUST;
CRAIG B. STANLEY, Individually; and
MILLICENT ANDRADE, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ABNER GAURINO; AURORA GAURINO; ABIGAIL GAURINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii Limited Liability Company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive,<br><br>Defendants. | CIVIL NO. 16-00347 JMS RLP<br><br>STATEMENT CLARIFYING AMENDED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AND THIRD PARTY CROSS-CLAIM DEFENDANTS ATOOI ALOHA, LLC,; CRAIG B. STANLEY, AS TRUSTEE FOR THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY; AND MILLICENT ANDRADE; CERTIFICATE OF SERVICE |
| APT-320, LLC, a Hawaii Limited Liability Company,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>APARTMENT OWNERS OF DIAMOND HEAD SANDS,<br>Third-Party Defendant. | |

| ABIGAIL LEE GAURINO; CRAIG B. STANLEY, AS Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually, ATOOI ALOHA, LLC, an Nevada Limited Liability Company; MILLICENT ANDRADE, individually<br><br>Third Party Cross-Claim Defendants. |
|---|

## STATEMENT CLARIFYING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AND THIRD PART CROSS-CLAIM DEFENDANTS

On March 16, 2018, Ecoff Campain & Tilles, LLP ("ECT") filed its Amended Motion to Withdraw as Counsel for Plaintiffs and Third Party Cross-Claim Defendants Atooi Aloha, LLC, Craig G. Stanley, as Trustee for The Edmon Keller and Cleavette Mae Stanley Family Trust; Craig B. Stanley; and Millicent Andrade ("Amended Motion"). (Doc. 264.) On March 16, 2018, the Court requested that ECT clarify whether Cades Schutte also seeks to withdraw as counsel. (Doc. 268.)

The Amended Motion is brought solely by ECT, and only ECT seeks to withdraw as counsel. Cades Schutte is not seeking to withdraw as counsel.

ECOFF CAMPAIN & TILLES, LLP
A Limited Liability Partnership


 /s/   Ginni G. Kim
LAWRENCE C. ECOFF, *Pro Hac Vice*
ALBERTO J. CAMPAIN, *Pro Hac Vice*
GINNI G. KIM, *Pro Hac Vice*

and

CADES SCHUTTE
A Limited Liability Law Partnership
DENNIS W. CHONG KEE
W. KEONI SHULTZ
CHRISTOPHER T. GOODIN

Attorneys for Plaintiffs and Third Party Cross-Claim Defendants
ATOOI ALOHA, LLC, CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, Individually; and MILLICENT ANDRADE, Individually

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 22, 2018, a true and correct copy of Statement Clarifying Amended Motion to Withdraw as Counsel for Plaintiffs and Third Party Cross-Claim Defendants Atooi Aloha, LLC; Craig B. Stanley, as trustee for The Edmon Keller and Cleavette Mae Stanley Family Trust; Craig B. Stanley; and Millicent Andrade was duly served upon the following parties by CM/ECF:

>JOHN R. REMIS, JR., ESQ.
>P.O. Box 38112
>Honolulu, HI 96837
>JRRHNL@aol.com
>      and
>ROBERT D. EHELER, JR., ESQ.
>Pauahi Tower at Bishop Square
>1003 Bishop Street, Suite 2700
>Honolulu, HI 96813
>rdelawoffice@gmail.com
>
>Attorneys for Defendants
>ABNER GAURINO, AURORA GAURINO
>and ABIGAIL GAURINO and
>Third Party Cross-Claim Defendant
>ABIGAIL LEE GAURINO
>
>CHARLES A. PRICE, ESQ.
>Koshiba Price Gruebner & Mau
>707 Richards Street, Suite 610
>Honolulu, HI 96813
>cprice@koshibalaw.com
>      and

WILLIAM J. PLUM, ESQ.
The Plum Law Office, ALC
P.O. Box 3503
Honolulu, HI 96811
wplum@plumlaw.com

Attorneys for Defendants
INVESTORS FUNDING CORPORATION
and APT-320, LLC; and
Third Party Plaintiff/Third Party Counterclaim
Defendant APT-320, LLC

WAYNE P. NASSER, ESQ.
FRANCIS P. HOGAN, ESQ.
Ashford & Wriston
First Hawaiian Bank
999 Bishop Street, Suite 1400
Honolulu, HI 96813
wnasser@awlaw.com
fhogan@awlaw.com

Attorneys for Defendants
ROMMEL GUZMAN and
FIDELITY NATIONAL TITLE & ESCROW
OF HAWAII, INC.

THOMAS D. YANO, ESQ.
4374 Kukui Grove Street
Suite 204
Lihue, HI 96766
thomasdyano@gmail.com

Attorney for Defendant
CRISTETA C. OWAN

PHILIP L. LAHNE, ESQ.
PAMELA J. SCHELL, ESQ.
Anderson Lahne & Fujisaki LLP
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2301
Honolulu, HI 96813
plahne@alf-hawaii.com
pshcell@alf-hawaii.com

Attorneys for Third Party Defendant, Third Party Counterclaimant and Third Party Cross-Clamant ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS

The undersigned hereby certifies that true and correct copies of the foregoing document were duly served upon the following parties by U.S. Mail on March 22, 2018:

Atoohi Aloha, LLC
c/o Millicent Andrade
2090 Hanalima Street, #DD201
Lihue, Kauai, Hawaii 96766

Craig B. Stanley, Trustee and Individually
2090 Hanalima Street, #DD201
Lihue, Kauai, Hawaii 96766

Millicent Andrade
2090 Hanalima Street, #DD201
Lihue, Kauai, Hawaii 96766

Dated this 22nd day of March, 2018, at Beverly Hills, California.

/s/ Jennifer Choi
JENNIFER CHOI