**JOHN R. REMIS, JR., #4593**
P. O. Box 38112
Honolulu, Hawaiʻi  96837
Telephone: (808) 524-4343
Facsimile: (888) 502-9102
E-Mail: JRRHNL@aol.com

**ROBERT D. EHELER, Jr., #5786**
Pauahi Tower at Bishop Square
1003 Bishop Street, Suite 2700
Honolulu, Hawaiʻi  96813
Telephone:  (808) 531-9957
Facsimile: (866) 612-9956
E-Mail: rdelawoffice@gmail.com

Attorneys for Defendants
ABNER GAURINO, AURORA GAURINO
and ABIGAIL GAURINO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAIʻI**

| | |
|---|---|
| ATOOI ALOHA, LLC, an[sic] Nevada Limited Liability Company, CRAIG B. STANLEY, as TRUSTEE for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually, <br><br>                    Plaintiffs, <br><br>             vs. <br><br>ABNER GAURINO, AURORA GAURINO, ABIGAIL GAURINO, INVESTORS FUNDING CORPORATION, as Trustee for an | Civil No. 16-00347 JMS - RLP <br><br>**DEFENDANT ABNER GAURINO, AURORA GAURINO AND ABIGAIL GAURINO'S STATEMENT OF NO OPPOSITION TO PLAINTIFFS AND THIRD PARTY CROSS-CLAIM DEFENDANTS ATOOI ALOHA, LLC, CRAIG B. STANLEY AS TRUSTEE FOR THE EDMON KELLER AND CLEAVETTE MAE STANLEY TRUST, CRAIG B. STANLEY and MILLICENT ANDRADE'S AMENDED** |

| | |
|---|---|
| unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaiʻi Limited Liability Company, CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAIʻI and DOES 1-100 Inclusive,<br><br>    Defendants.<br>_____<br>APT-320, LLC, a Hawaiʻi Limited Liability Company, Third-Party Plaintiff,<br><br>  vs.<br><br>APARTMENT OWNERS OF DIAMOND HEAD SANDS,<br><br>    Third-Party Defendant.<br>_____ | **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AND THIRD PARTY CROSS-CLAIM DEFENDANTS [264]; CERTIFICATE OF SERVICE**<br><br>Non-Hearing Motion |

**DEFENDANTS ABNER GAURINO,
AURORA GAURINO AND ABIGAIL GAURINO'S
STATEMENT OF NO OPPOSITIONTO  PLAINTIFFS AND THIRD
PARTY CROSS-CLAIM DEFENDANTS ATOOI ALOHA, LLC, CRAIG B.
STANLEY AS TRUSTEE FOR THE EDMON KELLER AND CLEAVETTE
MAE STANLEY TRUST, CRAIG B. STANLEY and MILLICENT
ANDRADE'S AMENDED MOTION TO WITHDRAW AS COUNSEL FOR
PLAINTIFFS AND THIRD PARTY CROSS-CLAIM DEFENDANTS [264]**

Come now Defendants, Abner Gaurino, Aurora Gaurino and Abigail Gaurino, by and through their attorneys, John R. Remis, Jr. and Robert D. Eheler, Jr., and hereby submit their Statement of No Opposition to Plaintiffs and Third Party Cross-Claim Defendants Atooi Aloha, LLC, Craig B. Stanley as Trustee for the Edmon Keller and Cleavette Mae Stanley Trust, Craig B. Stanley and Millicent Andrade's Amended Motion to Withdraw as Counsel for Plaintiffs and Third Party Cross-claim Defendants [264].

DATED: Honolulu, Hawaiʻi, March 23, 2018.

/S/ JOHN R. REMIS, JR.
JOHN R. REMIS, JR.
ROBERT D. EHELER, JR.
Attorneys for Gaurino Defendants

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Statement of No Opposition Plaintiffs and Third Party Cross-Claim Defendants Atooi Aloha, LLC, Craig B. Stanley as Trustee for the Edmon Keller and Cleavette Mae Stanley Trust, Craig B. Stanley and Millicent Andrade's Amended Motion to Withdraw as Counsel for Plaintiffs and Third Party Cross-claim Defendants [264] via CM/ECF. TO:

**CHARLES A. PRICE, Esq.**
cprice@koshibalaw.com

**WILLIAM J. PLUM, Esq.**
wplum@plumlaw.com

Attorneys for Defendant APT-320, LLC

**DENNIS W. CHONG KEE, Esq.**
**W. KEONI SHULTZ, Esq.**
**CHRISTOPHER T. GOODIN, Esq.**
dchongkee@cades.com
wshultz@cades.com
cgoodin@cades.com

**LAWRENCE C. ECOFF, Esq.**
**ALBERTO J. CAMPAIN, Esq.**
**GINNI G. KIM, Esq.**
ecoff@ecofflaw.com
campain@ecofflaw.com
kim@ecofflaw.com

Attorney for Plaintiffs
ATOOI ALOHA, LLC; CRAIG STANLEY,
as Trustee for The Edmon Keller and
Cleavette Mae Stanley Family Trust;
CRAIG B. STANLEY, Individually;

and MILLICENT ANDRADE, Individually

**WAYNE P. NASSER, Esq.**
**FRANCIS P. HOGAN, Esq.**
wnasser@awlaw.com
fhogan@awlaw.com
Attorneys for Defendants
ROMMEL GUZMAN and
FIDELITY NATIONAL
TITLE & ESCROW OF
HAWAI'I

**THOMAS D. YANO, Esq.**
thomasdyano@gmail.com
Attorney for Defendant CRISTETA C. OWAN

**PAMELA J. SCHELL, Esq.**
pschell@alf-hawaii.com
Attorney for Third-Party Defendant
APARTMENT OWNERS OF DIAMOND HEAD SANDS

    DATED: Honolulu, Hawai'i , March 23, 2018.

    /s/ John R. Remis, Jr.
    JOHN R. REMIS, JR.
    ROBERT D. EHELER, JR.
    Attorneys for Gaurino Defendants