**JOHN R. REMIS, JR., #4593**
P. O. Box 38112
Honolulu, Hawaiʻi  96837
Telephone: (808) 524-4343
Facsimile: (808) 524-5505
E-Mail: JRRHNL@aol.com

**ROBERT D. EHELER, Jr., #5786**
Pauahi Tower at Bishop Square
1003 Bishop Street, Suite 2700
Honolulu, Hawaiʻi  96813
Telephone:  (808) 531-9957
E-Mail: rdelawoffice@gmail.com

Attorneys for Third-Party Cross-Claim Defendant
ABIGAIL GAURINO

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ATOOI ALOHA, LLC, by MILLICENT ANDRADE and CRAIG B. STANLEY, Its Managing Members; THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST, by CRAIG B. STANLEY, Successor Trustee; MILLICENT ANDRADE, individually; and, CRAIG B. STANLEY, individually, | CIVIL NO. 16-00347 JMS RLP **THIRD-PARTY CROSS-CLAIM DEFENDANT ABIGAIL GAURINO'S ANSWER TO THIRD-PARTY DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS AMENDED CROSS-CLAIM FILED 02/03/18 [239]; CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| vs. | |
| ABNER GAURINO, AURORA GAURINO, ABIGAIL GAURINO, and INVESTORS FUNDING CORPORATION, as Trustee for an | *(Caption continued on next page)* |

unrecorded Loan Participation )
Agreement date June 30, 2014, )
                               )
              Defendants. )
                               )
                               )
APT-320, a Hawaii Limited Liability )
Company, )
                               )
              Third-Party Plaintiff, )
                               )
       vs. )
                               )
APARTMENT OWNERS OF )
DIAMOND HEAD SANDS, )
                               )
              Third-Party Defendant, )
                               )
       vs. )
                               )
ABIGAIL GUARINO, ATOOI )
ALOHA, LLC, a Nevada Limited )
Liability Company, CRAIG B. )
STANLEY, as Trustee for THE )
EDMON KELLER AND CLEAVETTE )
MAE STANLEY FAMILY TRUST, )
CRAIG B. STANLEY, individually and )
MILLICENT ANDRADE, individually, )
                               )
       Third-Party Cross-Claim Defendants. )
_____ )

**THIRD-PARTY CROSS-CLAIM  DEFENDANT ABIGAIL GAURINO'S ANSWER TO THIRD-PARTY DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS AMENDED CROSS-CLAIM**

Comes now Third-Party Cross-Claim Defendant, Abigail Guarino, by and through her attorneys, John R. Remis, Jr. and Robert D. Eheler, Jr., and hereby submits her Answer to Third-Party Defendant Association of Apartment Owners of Diamond Head Sands Amended Cross-Claim[239] filed February 3, 2018 as follows:

1.      Denies the allegations of the Amended Cross-Claim as contained in paragraphs 13 and 22.

2.      Denies knowledge or information to form a belief as to the allegations of the Amended Cross-Claim contained in paragraphs 1, 2, 3, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 24, 25 and 26 (matters of law are deferred to the Court for determination).

3.      Admits the allegations of the Amended Cross-Claim as contained in paragraphs 4, 5, 6, 7, 8 (except denies knowledge or information sufficient to form a belief as to Exhibit "A" and its content) and 9.

4.      Repeats and reiterates the denials with respect to the allegations of the Amended Cross-Claim as contained in paragraphs 21and 23.

WHEREFORE, Cross-Claim Defendant, Abigail Gaurino, respectfully requests this Honorable Court to dismiss the Amended Cross-Claim filed herein and such other relief as may be just and proper.

DATED: Honolulu, Hawai'i, April 13, 2018.

/S/ JOHN R. REMIS, JR.
JOHN R. REMIS, JR.
ROBERT D. EHELER, JR.
Attorneys for Amended Cross-CLaim
Defendant Abigail Guarino

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing Third-party Cross-claim  Defendant Abigail Gaurino's Answer to Third-party Defendant Association of Apartment Owners of Diamond Head Sands Amended Cross-claim Filed 02/03/18 [239] was duly served on the parties below via CM/ECF.

TO:

**DENNIS W. CHONG KEE, Esq.**
**W. KEONI SHULTZ, Esq.**
**CHRISTOPHER T. GOODIN, Esq.**
dchongkee@cades.com
wshultz@cades.com
cgoodin@cades.com

**THOMAS D. YANO, Esq.**
thomasdyano@gmail.com
Attorney for Defendant CRISTETA C. OWAN

**PAMELA J. SCHELL, Esq.**
pschell@alf-hawaii.com
Attorney for Third-Party Defendant
APARTMENT OWNERS OF DIAMOND HEAD SANDS

DATED: Honolulu, Hawai'i , April 13, 2018.

/s/ John R. Remis, Jr.
JOHN R.  REMIS, JR.
ROBERT D. EHELER, JR.
Attorneys for Gaurino Defendants