KOSHIBA PRICE & GRUEBNER
Attorneys at Law, A Law Corporation

CHARLES A. PRICE     5098-0
707 Richards Street, Suite 610
Honolulu, Hawaii  96813
Telephone No.: (808) 523-3900
Facsimile No.:  (808) 526-9829
cprice@koshibalaw.com

WILLIAM J. PLUM     4839-0
The Plum Law Office, A Law Corporation
P.O. Box 3503
Honolulu, Hawaii  96811
Telephone:  (808) 528-0050

Attorneys for Defendants
APT-320, LLC and INVESTORS
FUNDING CORPORATION, as Trustee
for an unrecorded Loan Participation
Agreement dated June 30, 2014

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>              Plaintiffs,<br><br>vs. | CIVIL NO. 16-00347 JMS RLP<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT APT-320'S CROSSCLAIMS AGAINST DEFENDANTS ABNER GAURINO, AURORA GAURINO, CRISTETA C. OWAN, ROMMEL GUZMAN, AND FIDELITY NATIONAL TITLE & ESCROW OF HAWAII [DOC. # 40]; ORDER<br><br>(*Caption continued on next page*) |

| | |
|---|---|
| ABNER GAURINO; AURORA GAURINO; ABIGAIL GAURINO; INVESTORS FUNDING CORPORATION, as Trustee for an unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii Limited Liability Company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive,<br><br>　　　　　　Defendants. | Judge: Hon. J. Michael Seabright<br>Trial: October 16, 2018 |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT APT-320'S CROSSCLAIMS
AGAINST DEFENDANTS ABNER GAURINO, AURORA
GAURINO, CRISTETA C. OWAN, ROMMEL GUZMAN, AND
FIDELITY NATIONAL TITLE & ESCROW OF HAWAII [DOC. #40]**

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure, by and among the parties hereto through their respective counsel, that Defendant APT-320, LLC's crossclaims against Defendants Abner Gaurino, Aurora Gaurino, Cristeta C. Owan, Rommel Guzman, and Fidelity National Title & Escrow of Hawaii [Doc. # 40] are hereby dismissed without prejudice.

DATED: Honolulu, Hawaii; July 10, 2018.

/s/ Charles A. Price
CHARLES A. PRICE
WILLIAM J. PLUM
Attorneys for Defendants
APT-320, LLC and INVESTORS
FUNDING CORPORATION, as Trustee
for an unrecorded Loan Participation
Agreement dated June 30, 2014

/s/ Robert D. Eheler, Jr.
JOHN R. REMIS, JR.
ROBERT D. EHELER, JR.
Attorneys for Defendants
ABNER GAURINO, AURORA
GAURINO and ABIGAIL GAURINO

/s/ Stephen P. Pingree
STEPHEN P. PINGREE
Attorney for Defendant
CRISTETA C. OWAN

/s/ Wayne P. Nasser
WAYNE P. NASSER
Attorney for Defendants
ROMMEL GUZMAN and FIDELITY
NATIONAL TITLE & ESCROW OF
HAWAII

\

---

*Atooi Aloha, LLC, et al. vs. Abner Gaurino, et al.*; Civil No. 16-00347 JMS RLP; STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT APT-320'S CROSSCLAIMS AGAINST DEFENDANTS ABNER GAURINO, AURORA GAURINO, CRISTETA C. OWAN, ROMMEL GUZMAN, AND FIDELITY NATIONAL TITLE & ESCROW OF HAWAII [DOC. # 40]; ORDER

DATED: Honolulu, Hawaii, July 11, 2018

APPROVED AND SO ORDERED:



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

_____
*Atooi Aloha, LLC, et al. vs. Abner Gaurino, et al.*; Civil No. 16-00347 JMS RLP; STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OFDEFENDANT APT-320'S CROSSCLAIMS AGAINST DEFENDANTS ABNER GAURINO, AURORA GAURINO, CRISTETA C. OWAN, ROMMEL GUZMAN, AND FIDELITY NATIONAL TITLE & ESCROW OF HAWAII [DOC. # 40]; ORDER