IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Atooi Aloha, LLC, by Millicent Andrade and Craig B. Stanley, Its Managing Members, et al., | ) ) ) | Civil No. 16-00347 JAO-RLP |
| | ) | ORDER ADOPTING MAGISTRATE |
| | ) | JUDGE'S FINDINGS AND |
| Plaintiffs, | ) | RECOMMENDATION |
| | ) | |
| vs. | ) | |
| | ) | |
| Gaurino, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 21, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT/THIRD PARTY PLAINTIFF APT-320 LLC'S MOTION FOR ATTORNEY'S FEES AND COSTS," ECF no. 358, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:      Honolulu, Hawai'i, December 13, 2018.



Jill A. Otake
United States District Judge

Civil No. 16-00347 JAO-KSC; *Atooi Aloha, LLC, et al. v. Gaurino, et al.*; ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION