CADES SCHUTTE
A Limited Liability Law Partnership
DENNIS W. CHONG KEE        5538-0
W. KEONI SHULTZ            7467-0
CHRISTOPHER T. GOODIN      8562-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email: dchongkee@cades.com

Attorneys for Plaintiffs and Third Party Cross-Claim Defendants
ATOOI ALOHA, LLC
CRAIG B. STANLEY, as Trustee for
THE EDMON KELLER AND CLEAVETTE
MAE STANLEY FAMILY TRUST;
CRAIG B. STANLEY, Individually; and
MILLICENT ANDRADE, Individually

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, an Nevada Limited Liability Company; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; MILLICENT ANDRADE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ABNER GAURINO; AURORA GAURINO; ABIGAIL GAURINO; INVESTORS FUNDING CORPORATION, as Trustee for an | **CIVIL NO. 16-00347 JAO-RLP**<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ATOOI ALOHA, LLC; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY; and MILLICENT ANDRADE [DOC. 374]** |

| | |
|---|---|
| unrecorded Loan Participation Agreement dated June 30, 2014; APT-320, LLC, a Hawaii Limited Liability Company; CRISTETA C. OWAN, an individual; ROMMEL GUZMAN; FIDELITY NATIONAL TITLE & ESCROW OF HAWAII and DOES 1-100 Inclusive,<br><br>        Defendants.<br><br>APT-320, LLC, a Hawaii Limited Liability Company,<br><br>        Third-Party Plaintiff,<br><br>   v.<br><br>APARTMENT OWNERS OF DIAMOND HEAD SANDS,<br><br>        Third-Party Defendant.<br><br>ABIGAIL LEE GAURINO; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY, individually; ATOOI ALOHA, LLC, an Nevada Limited Liability Company; MILLICENT ANDRADE, individually<br><br>        Third Party Cross-Claim Defendants. | **Hearing:**<br><br>**DATE:** December 12, 2018<br>**TIME:** 3:00 p.m.<br>**JUDGE:** The Hon. Jill A. Otake<br><br>**JURY TRIAL:** No trial date set |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ATOOI ALOHA, LLC; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY; and MILLICENT ANDRADE [DOC. 374]**

Cades Schutte LLP's Motion to Withdraw as Counsel for Plaintiffs Atooi Aloha, LLC; Craig B. Stanley, as Trustee for the Edmon Keller and Cleavette Mae Stanley Family Trust; Craig B. Stanley; and Millicent Andrade, filed on December 10, 2018, came on for hearing on December 12, 2018 at 3:00 p.m. before the Honorable Jill A. Otake, Judge of the United States District Court for the District of Hawaii. Dennis W. Chong Kee, Esq. appeared on behalf of Cades Schutte LLP, withdrawing counsel. John R. Remis, Jr., Esq. and Robert D. Ehler, Jr., Esq. appeared on behalf of Defendants Abner Gaurino, Aurora Gaurino, and Abigail Gaurino. Richard McClellan, Esq. appeared on behalf of Defendant Cristeta C. Owan. Plaintiffs Millicent Andrade and Craig B. Stanley participated by telephone.

Upon consideration of the pleadings, motion and memoranda of the parties, and the record and files herein, and good cause appearing therefor, IT IS HERBY ORDERED, ADJUDGED, AND DECREED that the Motion to Withdraw is GRANTED and Plaintiffs' deadline to retain new counsel is January 11, 2019.

Pursuant to Local Rule 83.6(b), the contact information for Plaintiffs is as follows:

3

Atooi Aloha, LLC
c/o Millicent Andrade
2090 Hanalima Street, #DD201
Lihue, Kauai, Hawaii 96766
(808) 346-3671
*millimoana@gmail.com*

Craig B. Stanley, Trustee and Individually
2090 Hanalima Street, #DD201
Lihue, Kauai, Hawaii 96766
(808) 346-3671
*kekahasurfbuff@yahoo.com*

Millicent Andrade
2090 Hanalima Street, #DD201
Lihue, Kauai, Hawaii 96766
(808) 346-3671
*millimoana@gmail.com*

DATED: Honolulu, Hawai'i, January 9, 2019.



  /s/ Jill A. Otake_____
Jill A. Otake
United States District Judge

Civil No.16-00347 JAO-RLP; *Atooi Aloha, LLC, et al. v. Abner Gaurino, et al.*; ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ATOOI ALOHA, LLC; CRAIG B. STANLEY, as Trustee for THE EDMON KELLER AND CLEAVETTE MAE STANLEY FAMILY TRUST; CRAIG B. STANLEY; and MILLICENT ANDRADE [DOC. 374]