IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, by Millicent Andrade and Craig B. Stanley, its Managing Members, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ABNER GAURINO; et al., <br><br> Defendants. | CIVIL NO. 16-00347 JAO-WRP <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT THIRD PARTY DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS MOTION FOR SUPPLEMENTAL AWARD OF ATTORNEYS' FEES AND COSTS [526] |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
AND RECOMMENDATION TO GRANT THIRD PARTY
DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF
DIAMOND HEAD SANDS MOTION FOR SUPPLEMENTAL
AWARD OF ATTORNEYS' FEES AND COSTS [526]

Findings and Recommendation having been filed and served on all parties on September 19, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Third Party Defendant Association of Apartment Owners of Diamond Head Sands Motion for Supplemental Award of Attorneys' Fees and Costs," ECF No. 526, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, October 11, 2019.



Jill A. Otake
United States District Judge

CIVIL NO. 16-00347 JAO-WRP; *Atooi Aloha, et al. v. Gaurino, et al.*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT THIRD PARTY DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF DIAMOND HEAD SANDS MOTION FOR SUPPLEMENTAL AWARD OF ATTORNEYS' FEES AND COSTS [526]