IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATOOI ALOHA, LLC, by Millicent Andrade and Craig B. Stanley, its Managing Members, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ABNER GAURINO, et al., <br><br> Defendants. | CIVIL NO. 16-00347 JAO-WRP <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART THE GAURINO DEFENDANTS' MOTION FOR ATTORNEY FEES [523] |

ORDER ADOPTING FINDINGS AND RECOMMENDATION
TO GRANT IN PART AND DENY IN PART THE GAURINO DEFENDANTS'
MOTION FOR ATTORNEY FEES [523]

On September 17, 2019, the Magistrate Judge issued a Findings and Recommendation to Grant in Part and Deny in part the Guarino Defendants' Motion for Attorney Fees ("F&R"). ECF No. 523. None of the parties filed an objection to the F&R. Therefore, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Court HEREBY ADOPTS the F&R.

The Court notes that footnote 11 contains a reference to 448.95 compensable hours. ECF No. 523 at 16. However, this appears to be a typographical error, as the lodestar calculation ($122,237.50) is accurate, based on the 488.95 hours that the Magistrate Judge deemed compensable.

IT IS SO ORDERED.

Dated: Honolulu, Hawaiʻi, October 11, 2019.



Jill A. Otake
United States District Judge

CV 16-00347 JAO-WRP; *Atooi Aloha, et al. v. Gaurino, et al.*; ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART THE GAURINO DEFENDANTS' MOTION FOR ATTORNEY FEES [523]